**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 15, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ALYSSA BISTLINE, et al.,

    Plaintiffs - Appellants,

v.

RODNEY R. PARKER, et al.,

    Defendants - Appellees,

and

WARREN STEED JEFFS,

    Defendant.

No. 17-4020
(D.C. No. 2:16-CV-00788-TS)
(D. Utah)

---

## ORDER

---

By order dated February 28, 2017, proceedings in this matter were abated pending the district court's disposition of Appellants' "Motion for Fed.R.Civ.P.54(b) Certification." By order dated March 15, 2017, the district court entered an order granting Rule 54(b) certification. Accordingly, abatement of proceedings is lifted and briefing on the merits will proceed.

Whether the district court's Rule 54(b) certification satisfies the requirements set forth in *Stockman's Water Co. v. Vaca Partners*, 425 F.3d 1263, 1265 (10th Cir. 2005) will be determined by the panel of judges that will consider this appeal on the merits.

Appellants' brief and appendix are due 30 days from the date of this order.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lindy Lucero Schaible
    Counsel to the Clerk