AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

ALYSSA BISTLINE; RUBY JESSOP;
SUSAN BROADBENT; GINA
ROHBOCK; NOLAN BARLOW;
JASON BLACK; MAY MUSSER;
HOLLY BISTLINE; T.B.; M.B.; P. B.; A.B.;
A.B.; DERRELL BARLOW; ALICIA
ROHBOCK; R.R.; R.R.; B.J.R.;
WALLACE JEFFS; LAWRENCE BARLOW;
STEVEN DOCKSTADER;
MARVIN COOKE; HELEN BARLOW;
VERGEL BARLOW; CAROLE JESSOP;
BRIELL LIBERTAE DECKER; LYNETTE
WARNER; AMY NIELSON; SARAH
ALLRED; THOMAS JEFFS; and
JANETTA JESSOP,

              Plaintiffs,

v.

WARREN STEED JEFFS; RODNEY R.
PARKER; SNOW CHRISTENSEN &
MARTINEAU, P.C.; and JOHN DOES 1
THROUGH X,

              Defendants.

**JUDGMENT IN A CIVIL CASE**
Case Number: 2:16cv788 TS

    IT IS ORDERED AND ADJUDGED

    that final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure be entered as to Defendants Snow Christensen & Martineau, P.C. and Rodney R. Parker.

March 17, 2017

*Date*

D. Mark Jones

*Clerk of Court*

*(By) Deputy Clerk*