IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALICIA ROHBOCK; RUBY JESSOP; SUSAN BROADBENT; GINA ROHBOCK; NOLAN BARLOW; JASON BLACK; MAY MUSSER; HOLLY BISTLINE; LAWRENCE BARLOW; STEVEN DOCKSTADER; MARVIN COOKE; HELEN BARLOW; VERGEL BARLOW; CAROLE JESSOP; BRIELL LIBERTAE DECKER f/k/a LYNETTE WARNER; AMY NIELSON; SARAH ALLRED; THOMAS JEFFS; and JANETTA JESSOP,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN STEED JEFFS; RODNEY R. PARKER; SNOW CHRISTENSEN & MARTINEAU, P.C.; and JOHN DOES I THROUGH X,<br><br>Defendants. | ORDER DENYING MOTION TO DISMISS<br><br>Case No. 2:16-CV-788 TS-DBP<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendants Snow Christensen & Martineau, P.C. and Rodney R. Parker's Motion to Dismiss. Having carefully considered the arguments raised in the Motion, it will be DENIED. Plaintiffs are directed to file their corrected Amended Complaint within seven (7) days of this Order.

DATED this 31st day of July, 2019.

BY THE COURT:

_____
Ted Stewart
United States District Judge