# EXHIBIT A

CONFIDENTIAL

Kenneth B. Black (5588)
ken.black@stoel.com
Lauren A. Shurman (11243)
lauren.shurman@stoel.com
Jordan C. Bledsoe (15545)
jordan.bledsoe@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Attorneys for Defendants Snow Christensen
& Martineau, P.C. and Rodney R. Parker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALYSSA BISTLINE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SNOW CHRISTENSEN & MARTINEAU, P.C., et al.,<br><br>Defendants. | DECLARATION OF PAUL WALKER IN SUPPORT OF DEFENDANTS SNOW CHRISTENSEN & MARTINEAU, P.C. AND RODNEY R. PARKER'S DUCivR 37-1 SHORT FORM DISCOVERY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REVISED DISCOVERY REQUESTS<br><br>Case No. 2:16-CV-788 TS<br><br>Judge Ted Stewart<br><br>Magistrate Judge Dustin B. Pead |

108670151 0072384-00001

CONFIDENTIAL

I, Paul Walker, do hereby state and declare under oath as follows:

1. I make this declaration based on personal knowledge and am competent to testify to the facts set forth herein.

2. I serve as the Controller at Snow Christensen & Martineau, P.C. ("SCM"). I have been in that role for nearly nine years. ███████

███████████████████████████████████████████████

███████

███ ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████

███ ███████████████████████████████████

███████████████████████████████████████████████

███████████

███ ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████ █

1

CONFIDENTIAL

■ ███████████████████████████████████████

██████████████████████████████████

■ ███████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

■ ███████████████████████████████████████

████████████████████████████████████

█████████████

Executed: November 6, 2020

*Paul Walker* (signature)

Paul Walker

State of Utah ) ss:
County of Salt Lake )

On this 6th day of November 2020, Paul Walker appeared before me, Linda St. John, a notary, and acknowledged that he executed the same.

*Linda St. John* (signature)
Notary Public
My commission Expires: 6/13/2023

LINDA STJOHN
Notary Public State of Utah
My Commission Expires on:
June 13, 2023
Comm. Number: 706631

2

108670151  0072384-00001

# EXHIBIT 1

CONFIDENTIAL



October 30, 2020

VIA E-MAIL (pmw@scmlaw.com)
Paul Walker
Snow Christensen & Martineau

