Brett Godfrey (*pro hac vice*)
Karen Porter (#15446)
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Phone: (303) 228-0700
*godfrey@gojolaw.com*
*porter@gojolaw.com*

Philip M. Ballif (#4268)
GODFREY | JOHNSON, P.C.
100 West Canyon Crest Road, Ste. 202
Alpine, Utah 84004
Phone: (801) 871-8855
*ballif@gojolaw.com*

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALICIA ROHBOCK; RUBY JESSOP; SUSAN BROADBENT; GINA ROHBOCK; NOLAN BARLOW; JASON BLACK; MAY MUSSER; HOLLY BISTLINE; LAWRENCE BARLOW; STEVEN DOCKSTADER; MARVIN COOKE; HELEN BARLOW; VERGEL BARLOW; CAROLE JESSOP; BRIELL LIBERTAE DECKER, fka LYNETTE WARNER; AMY NIELSON; SARAH ALLRED; THOMAS JEFFS; and JANETTA JESSOP<br><br>*Plaintiffs,*<br>v.<br><br>WARREN STEED JEFFS; RODNEY R. PARKER; SNOW CHRISTENSEN & MARTINEAU, P.C.; and John Does I through X,<br><br>*Defendants.* | **ADDENDUM TO PLAINTIFFS' COMBINED RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME, AND SECOND MOTION FOR SANCTIONS**<br><br>**CERTIFICATE OF CONFERRAL**<br><br>Case 2:16-cv-00788-TS-DBP<br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

The parties conferred between November 3 and 5, 2020, pursuant to DUCivR 37-1.

Respectfully submitted this 13th day of November, 2020.

/s/ Karen J. Porter
Brett M. Godfrey
Karen J. Porter
Philip M. Ballif
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Phone: (303) 228-0700
godfrey@gojolaw.com
porter@gojolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2020, I electronically served the foregoing to the following:

Kenneth B. Black
Jordan C. Bledsoe
Lauren Shurman
Stoel Rives LLP
201 South Main Street, Ste. 1100
Salt Lake City, Utah 84111
Phone: (801) 328-3131
ken.black@stoel.com
jordan.bledsoe@stoel.com
lauren.shurman@stoel.com

*Attorneys for SCM Defendants*

/s/ Karen J. Porter
Brett M. Godfrey
Karen Porter
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, CO 80112
Phone: (303) 228-0700
godfrey@gojolaw.com
porter@gojolaw.com