AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF UTAH

BISTLINE et al
v.
JEFFS et al

### EXHIBIT AND WITNESS LIST

Case Number:  2:16cv788 TS

| PRESIDING JUDGE<br>Ted Stewart | | PLAINTIFF'S ATTORNEY<br>Roger Hoole, Ray Johnson | | DEFENDANT'S ATTORNEY<br>NA-Dft not present | |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>9/26/2022 - 9/27/2022 | | COURT REPORTER<br>Laura Robinson / Patti Walker | | COURTROOM DEPUTY<br>Ryan Robertson | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| * | | 9/26/2022 | | | WITNESS #1:  Alicia Rohbock |
| A | | " | X | X | Plaintiffs' Sixteenth Supplement to FED. R. CIV. P.26(a)(1) Disclosures |
| * | | " | | | WITNESS #2:  Briell Decker |
| * | | " | | | WITNESS #3:  Thomas Cafarelli |
| * | | " | | | WITNESS #4: Sarah Allred |
| * | | " | | | WITNESS #5: Holly Bistline |
| * | | " | | | WITNESS #6: Marvin Cooke |
| * | | 9/27/2022 | | | WITNESS #7: Ruby Jessop |
| * | | " | | | WITNESS #8: May Musser |
| * | | " | | | WITNESS #9: Gina Rohbock |
| * | | " | | | WITNESS #10: Amy Nielsen (Via ZOOM) |
| * | | " | | | WITNESS #11: Carole Jessop / Vergel Barlow / Helen Barlow (Via ZOOM) |
| * | | " | | | WITNESS #12: Susan Broadbent |
| * | | " | | | WITNESS #13: Janetta Jessop |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| BISTLINE et al | vs. | JEFFS et al | CASE NO. 2:16cv788 TS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |