IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION


In re:                      )
                            )
ALYSSA BISTLINE, et al,     )
                            )
        Plaintiffs,         )
                            )
vs.                         )   Case No. 2:16-CV-00788
                            )
WARREN STEED JEFFS, et      )
al,                         )
                            )
        Defendants.         )
                            )
_____    )




BEFORE THE HONORABLE TED STEWART

September 26, 2022


Bench Trial

Volume I

**Appearances of Counsel:**

For the Plaintiffs:        Roger H. Hoole
                           Ray Johnson
                           Attorneys at Law
                           Hoole & King
                           4276 S. Highland Drive
                           Salt Lake City, Utah 84124

                           Karen J. Porter
                           Attorney at Law
                           Godfrey Johnson PC
                           9557 S. Kingston Ct
                           Englewood, Colorado 80112

Court Reporter:

            Laura W. Robinson, RPR, FCRR, CSR, CP
                    351 South West Temple
                    8.430 U.S. Courthouse
                  Salt Lake City, Utah 84101
                       (801)328-4800

```
                    I N D E X

Examinations                                      Page

ALICIA ROHBOCK                                      16
DIRECT EXAMINATION                                  17
BY MR. HOOLE
BRIELL DECKER                                       43
DIRECT EXAMINATION                                  45
BY MR. HOOLE
THOMAS JEFFS                                        65
DIRECT EXAMINATION                                  65
BY MR. HOOLE
ALICIA ROHBOCK                                      88
CONTINUED DIRECT EXAMINATION                        88
BY MR. HOOLE
BRIELL DECKER
CONTINUED DIRECT EXAMINATION                        90
BY MR. HOOLE
SARAH ALLRED                                        91
DIRECT EXAMINATION                                  92
BY MR. HOOLE
HOLLY BISTLINE                                     120
DIRECT EXAMINATION                                 121
BY MR. HOOLE
MARVIN COOKE                                       140
DIRECT EXAMINATION                                 141
BY MR. HOOLE
```

1      **Salt Lake City, Utah**                    **September 26, 2022**

2                              * * * * *

3            THE COURT:  Good morning counsel.

4            MR. HOOLE:  Good morning, Your Honor.

08:30:27  5            THE COURT:  Mr. Hoole -- well let me -- we are

6      here in the case of *Bistline, et al versus Warren Jeffs.*

7      This is case 16-CV-788.  Representing the plaintiffs in this

8      case we have Mr. Roger Hoole and Mr. Ray Johnson.

9            MR. JOHNSON:  Good morning, Your Honor.

08:30:48 10            THE COURT:  Good morning to both of you.

11            MR. HOOLE:  I would also like to point out

12     attorney Karen Porter, she is an attorney in California,

13     used to be admitted in Utah but is practicing in California.

14            THE COURT:  Will she be participating?

08:31:03 15            MR. HOOLE:  No, I don't believe so.

16            THE COURT:  All right.  The court would note that

17     the defendant in this case, Mr. Warren Jeffs, is not

18     represented.  And I do want to read something at the outset,

19     Mr. Hoole, that I don't think any of it will be a surprise

08:31:21 20     to you, but I do want to just remind you of what it is I

21     believe I need to hear over the next two days.

22            Decisions to enter judgment by default are

23     committed to the district court's sound discretion.  A

24     defense default does not itself warrant the court entering a

08:31:40 25     default judgment.  Before entering a default judgment, the

1    court must determine that the court has jurisdiction over a

2    defendant and that the unchallenged facts constitute a

3    legitimate cause of action since the party in default does

4    not admit mere conclusions of law.  The court has

08:31:58  5    jurisdiction over Defendant Jeffs.  Many of the allegations

6    contained in the complaint regarding Jeffs activities

7    occurred in Utah.  Further the complaint states Jeffs has

8    directed many FLDS Utah residents as their prophet and

9    control trust land that is located in part in Utah.  No

08:32:18  10   facts before the court suggest Jeffs would have a legitimate

11   basis upon which to challenge jurisdiction so jurisdiction

12   is not an issue in this matter.

13         Regarding whether plaintiffs have pled sufficient

14   facts to support a legitimate cause of action, however, is

08:32:37  15   what the court needs testimony on.  Plaintiffs claims

16   against Jeffs include first, common law fraud under Utah

17   law; and second, violations under the civil remedies statute

18   of the Trafficking Victimless Protection Reauthorization

19   Act, probably referred to here on occasion as TVRP -- PRA.

08:33:11  20         Plaintiffs have directed the testimony offered at

21   trial should focus on those facts that will support

22   plaintiffs' individual claims against Jeffs specifically for

23   fraud and for violations of the TVPRA including any facts

24   that tie specific wrongful actions alleged to have been

08:33:31  25   taken by Jeffs to the specific harm alleged to be suffered

1    by individual plaintiffs.

2             Regarding damages to be proven at trial.  The

3    court understands that damages for common law fraud and

4    damages under the TVPRA civil action may be awarded in the

08:33:52 5   form of actual damages which includes economic and

6    noneconomic damages such as emotional distress and punitive

7    damages.  Plaintiffs are also directed that testimony

8    offered at trial should focus on facts supporting both

9    actual and punitive damages that the plaintiffs have alleged

08:34:12 10  to be suffered as a result of Jeffs specific actions.

11            And this next part, Mr. Hoole, is of some import.

12   The facts alleged in the complaint in support of plaintiffs

13   claims of will, excuse me, claim of fraud need further

14   development at trial to support a finding of fraud.

08:34:34 15  Specifically, each plaintiff asserting a fraud claim will

16   need to allege specific statements made by Jeffs that

17   induced them to take a specific action that resulted in

18   harm.  Any alleged misrepresentation, however, that might

19   require the court to evaluate the truth or the falsity of

08:34:55 20  the FLDS church's beliefs such as the alleged

21   misrepresentation that Jeffs is a prophet are not to be

22   allowed.

23            The Supreme Court has made clear that it is

24   quote, "Wholly inconsistent with the American concept of

08:35:12 25  relationship between church and state to permit civil courts

1    to determine ecclesiastical questions."  And that comes from

2    the case of *Presbyterian Church in the U.S. versus Mary*

3    *Elizabeth Blue Hull*, slash Presbyterian Church 393 U.S. 440,

4    1969.  This court would decline to entertain questions that

08:35:38    5    implicate questions central to the FLDS Church and its

6    members.

7            Mr. Hoole, do you have any questions at this

8    point?

9            MR. HOOLE:  I have some preliminary things if I

08:35:49   10    may, Your Honor.

11            THE COURT:  Please, go ahead.  May I ask, is

12    there anything that I just read to you that is disturbing to

13    you or contrary to what you understood the court was looking

14    for?

08:36:01   15            MR. HOOLE:  I do have one point with respect to

16    Mr. Jeffs being a prophet.  I don't know another situation

17    where a leader of a religious movement has admitted that he

18    is not a prophet.  And I think in that context I can put on

19    evidence of him admitting that he was never a prophet, never

08:36:19   20    had the authority to do the things that he did, and did not

21    disclose that to the people and that is central to our fraud

22    claim.  I don't -- I don't think that that is a situation

23    that arises ever other than in this context.  And I think

24    that in light of that, I think that the plaintiffs should be

08:36:40   25    entitled to discuss what they understood in terms of him,

1       what they relied on, what he said he was not, and how that

2       constituted fraud.

3                    THE COURT:  To the extent that I'm not required

4       to make a finding that he was or was not a prophet, I think

08:37:03   5    that testimony will be allowed.

6                    MR. HOOLE:  And I think that for many, many

7       people in the FLDS he is a prophet and they have sincere

8       religious beliefs with respect to that.  But he has, in

9       fact, made statements that support a fraud claim on that

08:37:21  10    point.

11                   THE COURT:  Again, if you are going to submit

12      testimony that wherein Mr. Jeffs is quoted as saying that he

13      was not a prophet I don't think I can disallow that.

14                   MR. HOOLE:  Okay.  Thank you, Your Honor.  I have

08:37:37  15    a couple of housekeeping matters, if I may.

16                   THE COURT:  Go ahead.

17                   MR. HOOLE:  The court pointed out in its

18      memorandum decision that we had not specified the statutes

19      under the trafficking statutes.  The general statute we rely

08:37:52  20    on is 18 U.S.C 1589 which is the general trafficking

21      statute.  15 -- excuse me, 18 U.S.C 1595 is the provision

22      that allows a civil cause of action based on trafficking.

23      And that is -- that is the statute we're relying on.

24                   THE COURT:  But as far as the elements, I will

08:38:17  25    find those in 1859; is that correct?

1          MR. HOOLE:  Excuse me?

2          THE COURT:  As far as the elements I must find as

3     -- that Mr. Jeffs in fact violated, I will find those in

4     1859?

08:38:29  5          MR. HOOLE:  That's correct.

6          THE COURT:  Okay.

7          MR. HOOLE:  The elements actually are in 1589.

8          THE COURT:  1589.

9          MR. HOOLE:  1589.  And I'll address those with

08:38:39 10   the witnesses.

11          THE COURT:  Okay.

12          MR. HOOLE:  The other matter is that three of our

13    witnesses are in a plural marriage.  And I was wondering

14    whether the court would entertain one of them to speak on

08:38:55 15   behalf of the other two.  What they went through as a family

16    is very similar.  I think the testimony would be quite

17    duplicative if all three were called.  That is the family of

18    Carole Jessop, Vergel Barlow and Helen Barlow.  They would

19    testify tomorrow, with the court's permission, via zoom, but

08:39:22 20   only one of them, Carole Jessop, would be the one offering

21    testimony unless the court wants to hear from all three of

22    them.

23          THE COURT:  Would it make sense to have Carole

24    Jessop testify in detail and then have the other two sworn

08:39:38 25   and you simply ask them did Carole Jessop represent

1    accurately your experiences as well or something?

2              MR. HOOLE:  Sure.  I think that --

3              THE COURT:  I think I would need that at a

4    minimum.

08:39:51  5              MR. HOOLE:  The only concern I have is that Helen

6    Barlow is a midwife and she never knows what her schedule is

7    going to be because she tends to a lot of births and that's

8    the one thing I can't predict.  But they, I think, could do

9    exactly that, acknowledge the proffer.

08:40:08 10              THE COURT:  And, again, I will remind you

11   Mr. Hoole, that I originally offered to you to allow this

12   testimony all to come in by proffer.

13              MR. HOOLE:  Yes.

14              THE COURT:  I suppose if something were to happen

08:40:19 15   so Helen Barlow is not able to testify tomorrow, you could

16   offer her testimony or her representation that Carole Jessop

17   represented her experience by way of an affidavit subsequent

18   to trial.

19              MR. HOOLE:  Yeah, I can certainly do that.  Let's

08:40:36 20   see my computer has -- it stopped for a minute.  Karen, do

21   you want to help me out?  I borrowed a computer.  There is

22   another witness, Amy Nielsen, who I might need to do the

23   same thing with because of a work conflict that has come up.

24   So I might end up proffering her testimony as well.  It will

08:41:04 25   be very, very similar to what is stated in the complaint.

1          And then with respect to some common allegations,

2     I would ask the court to allow a proffer with respect to

3     common allegations.  Those are found at pages 14 through 17

4     of Exhibit B to our trial brief.  They are taken from the

08:41:31  5     complaint itself.  We eliminated references to the dismissed

6     defendants and were able to shorten what was a 120 page

7     document down to less than 60 pages.  And rather than have

8     all of the plaintiffs testify as to the common allegations,

9     I am going to ask them generally to acknowledge the accuracy

08:41:52 10     of those and ask the court to maybe review those rather than

11     hear testimony so many times.

12          THE COURT:  As long as they are able to affirm

13     that they have read those pages and understand them to

14     represent the truth as they know it, something to that

08:42:13 15     effect, okay?

16          MR. HOOLE:  The last point is in my effort to

17     reduce the complaint down to what is before the court today,

18     I endeavored to take all of the references out to the other

19     defendants.  I failed to do that in two instances.  One at

08:42:32 20     page 17 of Exhibit B to the trial brief, and one time on

21     page 30 to Exhibit B to the trial brief.  And I can file an

22     amended Exhibit B if the court would like but any reference

23     to the lawyer defendants should be stricken.

24          THE COURT:  I understand that and I appreciate

08:42:52 25     you bringing that to my attention.  I think if my -- as I

1    have indicated to you a few weeks ago, my intention will be

2    to allow you to prepare findings of fact and conclusions of

3    law.  So I'm assuming that you will probably use those pages

4    in that.  As long as you make those changes for that which

08:43:11  5    you submit to me subsequently.

6            MR. HOOLE:  I just wanted to make it clear that

7    we did not intend to --

8            THE COURT:  Intend, yes.

9            MR. HOOLE:  -- to involve them.

08:43:18 10            THE COURT:  Okay.

11            MR. HOOLE:  So with respect to a brief opening

12    statement, I'm prepared if the court is ready.

13            THE COURT:  Yes, go ahead.

14            MR. HOOLE:  Your Honor, I think we all have the

08:43:27 15    general sense of the situation involving Warren Jeffs.  He

16    is serving a prison term of life plus 20 years in Texas for

17    spiritually marrying and impregnating a 12-year old girl and

18    a 15-year old girl.  That has been adjudicated and the court

19    can take judicial notice of that fact.

08:43:49 20            What we have today are 15 plaintiffs who were

21    victims of what he perpetrated.  These are people who were

22    born and raised in the community.  They knew nothing of the

23    outside world because it was such an isolated community and

24    they were not allowed information involving outside world.

08:44:12 25    There was severe restrictions on what information they could

1    receive, what information they could believe, and what

2    information they could rely on.

3            It's difficult to imagine that that can happen in

4    the United States, but it does happen and their testimony

08:44:28  5    will explain that.  The other point I would make is that

6    these folks had sincere religious beliefs.  They really

7    believed that Warren Jeffs was a prophet, inspired, and it

8    was through their own experiences over a process of time and

9    the things that happened to them that they concluded that --

08:44:52 10    that they should reject that belief.  That was their own

11    decision and they have a right to believe and they have a

12    right to not belief like everybody else.

13            And we do not intend to cast any aspersions on

14    anybody's religious beliefs today including the FLDS who

08:45:09 15    continue to follow Warren Jeffs.  The issue is that my

16    clients have different information than a lot of his

17    followers and we'll address that.  Because they were so

18    obedient and so loyal to Mr. Jeffs, and had such sincere

19    religious beliefs, they were susceptible to be manipulated.

08:45:34 20    And overtime, some fraud crept in to the FLDS.

21            Now where that crept in and how that crept in may

22    depend on who you ask.  But it crept in at some point and my

23    clients were damaged by that.  The evidence will talk about

24    how they believed him, they believed the things he said,

08:46:04 25    they revered him as a prophet.

1          After he was arrested in 2006 and put on trial in

2     Southern Utah, he made a series of admissions which were

3     videotaped and audio recorded from the Purgatory

4     Correctional Facility in Hurricane, Utah.  And he repeated

08:46:30  5     in those admissions that he was not the prophet, that he had

6     not held priesthood since he was 20, and that he had been

7     immoral with a daughter and with a sister.

8          And what that means, the witnesses will explain,

9     that they didn't know that.  That was not shared with them.

08:46:52 10     And whether or not Mr. Jeffs recanted that we don't know and

11     that's not before the court.  But he made those admissions

12     and I think those are significant admissions.

13          They did not know of those, however, until after

14     they left.  And I think that those admissions separate this

08:47:17 15     case from your typical case where the courts obviously show

16     deference to and don't interfere with religious beliefs.

17     But that is a significant statement.  Beyond that, although

18     the court doesn't decide religious beliefs, there is a line

19     where religious conduct can become illegal conduct.  And it

08:47:43 20     is that we're going to talk about today because where the

21     line was crossed, my clients were hurt.  And they were hurt

22     in terms of fraud and they were hurt in terms of

23     trafficking.  And the common allegations on pages 14 through

24     17 of Exhibit B to our trial brief layout the basic facts.

08:48:08 25     Certainly not everything that happened, but they really do

1   summarize the way my clients were defrauded, the way they

2   were trafficked, the way they were harmed.  And I'll have

3   them talk about that but specifically their own situation in

4   detail and the damages they sustained in detail.

08:48:36   5         Mr. Jeffs is a religious leader, assumed control

6   over these people in a very unique way which the evidence

7   will explain.  He controlled every aspect of their lives,

8   literally every aspect of their lives.  And it was that

9   control over them that required him to treat them with care

08:48:58   10  and honesty and to discharge his duties which he failed to

11  do.

12        The representations he made are supplemented by

13  the omissions he made.  He failed to disclose things that my

14  clients critically needed to know in order to make informed

08:49:20   15  religious decisions.  So we're looking at this as a fraud

16  case with the nine standard elements of a garden variety

17  fraud claim, but also he had a duty to disclose and that

18  duty was not met.  There was years of omissions.  And I

19  believe that constitutes fraud as well because he had a

08:49:44   20  duty, he undertook control of their lives and owed them

21  enough information to make informed decisions.  And he did

22  not do that.

23        At the end of the trial, Your Honor, we will ask

24  the court to award damages.  We understand that Mr. Jeffs

08:50:03   25  has been in prison since 2006, that he may have no assets at

1    all.  There are other judgments against him that are before

2    our clients but my clients want to proceed with this because

3    they want to share with the court on the record what

4    happened to them.  And what happened to them is just

08:50:26  5    illustrative of what has happened to so many others who have

6    had similar problems, gone through similar things.  But we

7    will be asking the court for damages including punitive

8    damages because I think it's important to send a message

9    that this kind of conduct where you cross that line, where

08:50:48  10   you cross that line, and you control people and manipulate

11   and essentially destroy people because of their sincere

12   religious beliefs after crossing that line into illegality

13   that needs to be -- that needs to be dealt with.

14        With that, Your Honor, I'm ready to call the

08:51:09  15   first witness.

16        THE COURT:  Go ahead, please.

17        MR. HOOLE:  Thank you.  Call Alicia Rohbock.

18        THE CLERK:  If you will raise your right hand.

19                    **ALICIA ROHBOCK,**

08:51:24  20      called as a witness at the request of the Plaintiffs,

21           having been first duly sworn, was examined

22                 and testified as follows:

23        THE WITNESS:  I do.

24        THE CLERK:  Thank you.  Please have a seat.  And

08:51:47  25   would you state and spell your name for the record, please.

1          THE WITNESS:  My name is Alicia Rohbock.

2          THE COURT:  How do you spell --

3          THE WITNESS:  A-L-I-C-I-A R-O-H-B-O-C-K.

4          THE CLERK:  Thank you.

08:52:00  5          MR. HOOLE:  Your Honor, may I refer to

6  Ms. Rohbock by her first name?

7          THE COURT:  Yes.  Normally if this was a jury

8  trial I would not.

9          MR. HOOLE:  Yes.

08:52:11  10          THE COURT:  But I think this is a circumstance

11  where it would be appropriate.  So go ahead.

12                    **DIRECT EXAMINATION**

13  BY MR. HOOLE:

14  Q.   Thank you.  A lot of last names repeat and it might be

08:52:20  15  clearer.  Hi, Alicia.  How are you?

16  A.   Good.  Thank you.

17  Q.   Good.  Alicia, where do you live?

18  A.   Hildale, Utah.

19  Q.   Who do you live with?

08:52:29  20  A.   My children.

21  Q.   Are your children present today?

22  A.   Yes.

23  Q.   Could I ask them just to stand so the judge can see

24  them?  Okay, thank you.

08:52:48  25          THE COURT:  Ms. Rohbock, I think that mic --

1          THE WITNESS:  Is that better?

2          THE COURT REPORTER:  Yes.

3     Q.   (By Mr. Hoole)  Alicia, have you been able to read 14

4     through 17 of Exhibit B, the common facts?

08:53:03  5     A.   Yes.

6     Q.   And do you agree with the accuracy of those?

7     A.   Yes.

8     Q.   Any changes?

9     A.   Yes.  Um, one paragraph that states when the 21 men

08:53:15 10     were corrected, it was January 10th not January 1st.

11     Q.   When 21 men were corrected.  What does it mean to be

12     corrected?

13     A.   Um, to have everything that you love, your family, your

14     businesses, anything that has any meaning to you, ripped

08:53:34 15     from you in an instant.

16     Q.   Removed from you?

17     A.   Removed.  All your wives, all your children to that man

18     to be sent away to be corrected, and wives, children,

19     re-assigned to other men.

08:53:51 20     Q.   Okay.  And that happened on what date to 21 men?

21     A.   It was January 10th of 2006 or '5, I'm not sure which.

22     Q.   Okay.  Alicia, you were born and raised in the FLDS?

23     A.   Yes.

24     Q.   At some point you were married in the FLDS?

08:54:14 25     A.   Yes.

18

```
 1   Q.   When were you married?

 2   A.   April 21st, 1997.

 3   Q.   And to whom were you married?

 4   A.   Rulon Jeffs.

 5   Q.   Who is Rulon Jeffs?

 6   A.   He was considered the prophet to the people at that

 7   time.

 8   Q.   Is he Warren Jeffs father?

 9   A.   Yes.

10   Q.   How old was Rulon Jeffs when you married him?

11   A.   85, 86, somewhere in there.

12   Q.   Okay.  And how old were you?

13   A.   I was 20.

14   Q.   When you married Rulon Jeffs, how long did he live?

15   A.   Five and a half years after I had married him.

16   Q.   Okay.  And at some point did his health decline?

17   A.   Very much so.

18   Q.   Okay.  And did anybody take over for him as the leader

19   of the church?

20   A.   Warren.

21   Q.   Can you explain how that happened?

22   A.   I grew up with Warren pretty much teaching me from the

23   time I was in first grade to twelfth grade so he had much

24   control over my life from the very beginning.  But as his

25   father's health declined, he took matters more and more into
```

08:54:20 5
08:54:28 10
08:54:46 15
08:55:00 20
08:55:17 25

1    his hands that when Rulon had his stroke, he -- things

2    started getting much more intense, um, everything was done

3    behind locked doors between him and his father.  And no --

4    none of us were allowed near and the doors were guarded.

08:55:38   5         And when Rulon would rally to at times he would

6    come in and just throw his arms down on the table just very

7    frustrated and said I want my job back.  What we saw is that

8    he felt disabled and couldn't do the work that he wanted to

9    do.  We had no idea Warren was taking over.  And we

08:56:02  10   understood as time went on that he would have more mini

11   strokes that he was frustrated at his son.

12   Q.    After Rulon Jeffs' death, did Warren become the prophet

13   of the church.

14   A.    Yes, he assumed so.

08:56:16  15   Q.    Do you remember him being sustained by the membership

16   of the church?

17   A.    I think he just took it over.  It wasn't an actual vote

18   of the people or anything, it just was considered that that

19   is what it was.

08:56:27  20   Q.    Did you recognize him as the prophet?

21   A.    When Rulon died, he came to me in the dining room after

22   he had gotten back home and he came up to me and he

23   whispered in my ear, he said, "Who do you think the next

24   prophet is?"  And I, um, was very scared of him and I

08:56:47  25   whispered "I think you are" and he just beamed.  But Warren

20

1    and I had a very close relationship up to the point of me

2    telling him I wouldn't marry him.

3    Q.   Say that last piece again?

4    A.   Warren and I were very close up to the point until

08:57:04  5    Warren asked me to become his wife.

6    Q.   So after his father's death, Warren Jeffs asked you to

7    become one of his wives?

8    A.   Yes.

9    Q.   And did you?

08:57:15  10   A.   I rebelled in every way.  I was very close to him.  I

11   was a personal transcriber, um, did everything, went down

12   and saw his family, saw how he dealt with his family, and

13   had no -- very little respect with how he treated his

14   ladies.  And, um, when he had another one of my sister wives

08:57:38  15   tell me that he wanted me to marry him.  And so I went to

16   Warren myself personally and just said I -- I don't feel

17   like that's right for me and he said I had to stay in Mother

18   Marilyn's family which means Mother Marilyn's sons.  And so

19   I had respect for his older brother LeRoy and I said, may I

08:58:02  20   marry LeRoy then and it really made him mad.

21   Q.   Now, you mentioned "his ladies."  What did you mean by

22   his ladies?

23   A.   As far as how he treated his ladies, is that what

24   you're asking?

08:58:13  25   Q.   Yes.

A.   Um, I would go down to his house several times and
there were those that were just really pretty women or
adored by him, constantly with him, and then others you
never saw with him that were the servants of the home.  He
never -- he never showed them off, he never brought them
into the public places, just were treated as much lesser.
And you saw them deal with great discouragement.  I was
close enough to the family to have many of the personal
family members talk to me.

Q.   Okay.  So in the FLDS context, the phrase "ladies,"
"his ladies," does that refer to his wives?

A.   At the time, yes.

Q.   Okay.  After you declined to marry him, were there
repercussions for you?

A.   They were very intense but I had no idea why he hated
me so much until after I was kicked out of the religion.  He
completely changed the demeanor toward me and started
putting me in basements.  And I had an 18-month old baby and
he took that baby from me.  I didn't know where.  I was
pregnant with my second child.

Q.   Okay.  And were these children fathered by LeRoy Jeffs?

A.   The two girls were.

Q.   Who are here in the courtroom today?

A.   Yes.

Q.   At --

22

1          THE COURT:  I'm sorry, were fathered by which

2     Jeffs again?

3          THE WITNESS:  Warren's older brother LeRoy.

4          THE COURT:  Okay.

08:59:48  5     Q.   (By Mr. Hoole)  So you said that after you said you

6     didn't want to marry him his attitude toward you changed and

7     he started to hate you?

8     A.   Very much so.

9     Q.   Okay.  Did there come a time when you learned something

09:00:05 10   about Warren Jeffs that you didn't believe?

11    A.   Yes.

12    Q.   What was that?

13    A.   This is when I was married to Rulon.  We hadn't yet

14    been told to move to the Creek, we were still here in Salt

09:00:17 15   Lake living here.  My father had just received Rulon's

16    prized daughter, Rachel Jeffs, Warren's full sister.  And

17    him and I had gone on a hike up Bells Canyon in Little

18    Cottonwood Canyon and my father just -- we got to the top of

19    the mountain and he sat down and he just started crying.  He

09:00:40 20   said I need to tell somebody this but I can't tell anybody

21    because no one will believe me.  And he said, do you promise

22    to not tell anybody this and I promised him.  And then he

23    proceeded to pour out his heart to me and tell me that

24    Rachel, his -- now my father's wife, had told my father that

09:00:59 25   Warren had molested her and done things with her sexually

1  that was very hard for my father to take.  And Warren was so

2  loved and revered and esteemed in the community I just

3  couldn't believe my father.

4          THE COURT:  So Warren was Rachel's brother?

09:01:22  5          THE WITNESS:  Yeah.

6          THE COURT:  Full brother?

7          MR. HOOLE:  Rachel is Warren's sister.

8          THE COURT:  By the same mother?

9          THE WITNESS:  Mother and father, yes.

09:01:31  10  Q.  (By Mr. Hoole)  So your father told you that he had had

11  sexual activities with his sister?

12  A.  And he also explained to me how Rachel was so scared to

13  let him touch her as a husband because of her trauma and how

14  hard it was.  So it was quite sometime before she started

09:01:51  15  out with her first child.  I did not know what to believe

16  and I didn't really believe it at the time.

17  Q.  So you didn't believe your father?

18  A.  No.  I had a -- I had a lot of compassion, but I didn't

19  -- I -- it was so beyond my reach because of how much

09:02:09  20  influence Warren had over my mind.

21  Q.  Was your father eventually kicked out?

22  A.  Yes.

23  Q.  What does it mean to be immoral within the FLDS

24  context?

09:02:18  25  A.  Um, um, it's taught -- it's one of the biggest things

1    in our religion.  If you're immoral, if is a man is immoral

2    or commits adultery, he becomes a son of perdition which is

3    the lower parts of hell than hell could actually be.  There

4    is no redemption whatsoever from it.

09:02:40 5    Q.   Is that related to sexual conduct?

6    A.   Any -- yes, any kind.  Even -- we were taught

7    fornication, too.

8    Q.   So immorality refers to fornication and adultery --

9    A.   Right.

09:02:54 10   Q.   -- that kind of thing.

11        After you were married to LeRoy Jeffs, were you

12   ever re-assigned to marry anybody else?

13   A.   Yes.

14   Q.   How did that happen?

09:03:02 15   A.   Um, I -- my daughter was taken from me at 18 months old

16   again and I was pregnant with my second daughter.  And I was

17   split from the family and sent to Nevada, Mesquite, because

18   I was having a little bit of complications holding onto the

19   baby.  So he sent me with Rulon's wife Mary and David

09:03:29 20   Allred.

21        And I basically, um, just one day Warren called

22   me and basically told me that LeRoy had been corrected.  And

23   if I ever had anything to do with him or talked to him again

24   I would lose all my blessings.  So I never heard from LeRoy

09:03:51 25   again.  And I was sent back to the Creek and went into labor

25

1   early, I couldn't hold onto her, and had her within a few

2   days of that correction.

3   Q.   So when LeRoy was corrected, does that mean he was sent

4   away from the people?

09:04:04 5   A.   Yeah.  I believe so, I don't know what happened.  I

6   never saw him again.

7   Q.   Okay.  When someone is corrected, does that generally

8   mean they're disciplined?

9   A.   Yes.  The father is taken way from the family and the

09:04:17 10   family -- there were times when the father could receive

11   priesthood back but never in my instance.  Um, I just never

12   saw him again, the children never saw him.

13   Q.   You never saw anybody get the priesthood back?

14   A.   Not personally but I heard that some men did.

09:04:33 15   Q.   Okay.  So did there come a time when you were married

16   to Seth Jeffs, another one of Warren Jeffs brothers?

17   A.   Yes.

18   Q.   And when was that?

19   A.   It was three months after I had Rachel.  June 24th of

09:04:50 20   2005.

21   Q.   And did you have a child with Seth?

22   A.   Yes.

23   Q.   Is that Joshua who is here today?

24   A.   Yes.

09:04:58 25   Q.   Okay.  As the mother of three children, were you

1    allowed to raise your children yourself?

2    A.    Not at all.

3    Q.    In the FLDS, is there a concept involving the

4    priesthood, or the children belonging to the priesthood?

09:05:14  5    A.    I was always told, especially when I went in to take my

6    children with me, that the seed was in the man.  The woman

7    has nothing to do with it.  They are the priesthood's

8    property and the woman is just the barer of the children.

9    It's her greatest honor to bring those children forward.

09:05:31  10    Q.    The word "priesthood," does that refer to a certain

11    type of person?

12    A.    Um, priesthood is where it comes in order.  So when a

13    boy turns 12 years old, he gets a certain degree.  And by

14    the time they're 18, I believe, they become an elder, which

09:05:49  15    is full priesthood.

16    Q.    When I use the phrase, "property of the priesthood,"

17    what do you understand that to mean in terms of the

18    children?  Who do they belong to?

19    A.    The father and the prophet and God.

09:06:03  20    Q.    So ultimately the prophet decides who raises the

21    children?

22    A.    Exactly.

23    Q.    And were you -- you said you were not able to raise

24    your own children?

09:06:14  25    A.    Yes.

1    Q.   Can you walk us through what happened in having your

2    children taken away?

3    A.   Which time?

4    Q.   The first time?  Just go through them and tell us the

09:06:27  5    states where this happened and approximate times, if you

6    could?

7    A.   When my 18-month old was taken from me, I had been

8    hearing that there were mothers that were having their

9    children ripped from them because Warren was raising an Army

09:06:45  10   of God that was of pure blood line and pure seed.

11           And if mothers did not qualify or have their name

12   whispered to the prophet, the children could be taken from

13   those mothers and taken and re-assigned to different mothers

14   who literally became their mothers.  So my children, even

09:07:05  15   when I went to claim them, did not know me as their mother

16   ever.

17           I just got a call one day and LeRoy told me he

18   was coming to take Rulicia from me, she was 18 months old.

19   I asked why, what I had done wrong or what -- what -- why --

09:07:25  20   there was no understanding and there was no understanding of

21   why.  And for me to even ask the question why is questioning

22   the prophet and the Lord.  So there was no clarity on why

23   she was taken from me, just that I needed to qualify to go

24   be with her.  I had no idea where they were taking her, what

09:07:44  25   state, when he would show up, everything happened in the

1    middle of the night.

2    Q.    What did you do to try to qualify, if anything?

3    A.    Oh everything from keeping sweet to not asking

4    questions why, to stuffing all emotions down, to becoming

09:07:59   5    nonhuman, a robot, to pretty much just live in a world that

6    is not real.

7    Q.    You mentioned that you tried to keep sweet.  What does

8    that mean?

9    A.    Keep sweet means show no emotion, show -- show no

09:08:17  10    feeling of any sort especially to your priesthood head

11    because if you do, if you are in any rebellion of any kind,

12    if you ask any question, I would lose anything that was most

13    precious to me which would be my children at that time.

14    Q.    So after your oldest daughter Rulicia was taken away,

09:08:37  15    but also Rachel was too, right?

16    A.    Yes, in time.

17    Q.    Were you able to reunite with them?

18    A.    For a short time after we were remarried to Seth,

19    Warren's younger brother, we were just basically re-assigned

09:08:50  20    and also told when we were re-assigned to that new man to

21    never mention the other father.  To cut all pictures out and

22    burn them.  To never mention to the children that they were

23    the fathers and the new father then becomes their father and

24    your priesthood head.

09:09:06  25    Q.    So this was essentially an adoption?

1    A.    Right.

2    Q.    And a marriage in a spiritual sense?

3    A.    Yes.

4    Q.    And Seth became their literal father?

09:09:18  5    A.    Yes.  Then in those words but never as a father figure.

6    He didn't want anything to do with his brother's children.

7    Q.    Were you able to keep the children?

8    A.    I was told that I didn't have the gift of the Holy

9    Ghost in time and I wasn't allowed to touch them or be near

09:09:37  10   them or be a mother of any kind.  Because I didn't have the

11   Gift of the Holy Ghost you can't raise children.  You can

12   only do dishes or clean house or --

13   Q.    What time period was this when you were not able to

14   touch them?

09:09:51  15   A.    Um, their whole time.  I either was put in basements or

16   if they did bring me back with the children then the

17   children weren't allowed to be with me.

18   Q.    Where were you at this point?

19   A.    I was either in Hildale, Colorado City, or I was in

09:10:06  20   Colorado in basements.  It would go between because they

21   would bring me back for a minute and then put me back in

22   basements.

23   Q.    So did they move you back and forth from state to

24   state?

09:10:16  25   A.    Yes.

1    Q.   How many states?

2    A.   Um, between Colorado and Hildale and Arizona and then

3    when the raid happened in Texas.

4    Q.   You went to Texas?

09:10:27 5    A.   (Witness nodded affirmatively.)

6    Q.   Okay.  So were the children ever taken away from you

7    again?

8    A.   Yes.

9    Q.   Where was that?

09:10:37 10    A.   That was in Colorado.  November 1st.

11    Q.   What happened at that time?

12    A.   Excuse me.  Um, Seth kept disappearing.  And this was

13    after he had been caught by the courts and for aiding and

14    abetting his brother.  And he had just gotten off of trial

09:11:02 15    and I was heavily pregnant with my last son.  Um, in January

16    of 2007, January 5th, 2007, I got told that all my blessings

17    were taken way and I was no longer allowed to be a mother

18    and I found out within a few weeks I was pregnant with my

19    son.  And it was a huge embarrassment to Seth that he had

09:11:30 20    gotten me pregnant by a repenting wife.  So he told me

21    immediately to write letters of repentance to the prophet.

22    Q.   Okay.  And at some point did you write a letter to the

23    prophet disclosing what your father had said to you?

24    A.   Yes.

09:11:48 25    Q.   What did you write to the prophet?

1       A.    I told him exactly what my father had told me that he

2       had been immoral with his sister Rachel.

3       Q.    Did you write to confront the prophet or what was the

4       purpose of writing that letter?

09:12:00  5     A.    Warren put a whole lot of pressure on us to write

6       repentance letters and go into great details.  He seemed to

7       enjoy greatly the details especially of any immoral thoughts

8       that anyone had or anything.  So my -- when he told me all

9       my blessings were taken, he told me it was because I was

09:12:20  10    immoral and I had no idea what I had ever done.

11      Q.    So why would you write a repentance letter to him

12      talking about what your father told you?

13      A.    Because I was going to do anything I could to see my

14      girls again.

09:12:33  15    Q.    Okay.  Did you tell the prophet that you believed your

16      father or that you didn't believe your father?

17      A.    I told him I didn't believe him.  I was trying to get

18      into Zion with my children.

19      Q.    So if I'm understanding correctly, you are trying to

09:12:50  20    raise your children, they're being taken away.  The way you

21      understand you can earn them back is through obedience?

22      A.    Yes.

23      Q.    Not through trying to get them back?

24      A.    There was no way.  I had no idea where they were.

09:13:04  25    Q.    So what was your hope?  How would you earn your

1    children again?

2    A.    Just work so hard, pray.  I mean we were told to gather

3    every hour, say a prayer for prophet's deliverance.  Just

4    work night and day.  Just so many tears and exhaustion and

09:13:25  5    wondering what I had done wrong and it was extremely, um,

6    heart rendering because I couldn't understand what I did.

7    Q.    Okay.  Did you continue to lose your children?  Did

8    this pattern continue?

9    A.    Yes.

09:13:47 10    Q.    Um, I'm going to skip over all of the detail on the --

11    on all of that but at some point were you able to get them

12    back?

13    A.    Only after I was sent away.

14    Q.    How did you do it?

09:14:04 15    A.    I was, excuse me, I was -- at first went septic in the

16    hospital.  I became so sickly and became septic and the

17    doctors told me I was going to pass away.  So I asked if I

18    could say goodbye to my children and Seth said he would

19    bring them down and at this point it was basically for about

09:14:32 20    seven years after I got my blessings taken away.  It was

21    seven years of just torture, just constantly being asked why

22    I was so unworthy and so wicked and why the Lord hadn't

23    whispered my name, et cetera.  And I knew I was dying and I

24    just wanted to see them one last time and Seth walked in and

09:14:56 25    shook my hand and said goodbye.  And so I rolled off the

1    hospital bed and I went into the bathroom and I stood myself

2    up to the toilet the best I could and I just said the most

3    sincere prayer I had ever said in my life and just said if

4    God would save my life and let me be with those kids I would

09:15:15  5    do about anything.  And a few days later the doctors figured

6    out a new antibiotic that saved my life.  And within -- I

7    got home and I was still on I.V.s and I was told I was

8    needed up at the meeting house.  So I went to the meeting

9    house and I went in front of a group of men.  Isaac,

09:15:38  10    Warren's younger brother, was sitting across the desk from

11    me and I finally found out seven years later how I had been

12    immoral and they called me a lesbian.  That I had been a

13    lesbian with my own sister Elizabeth.  And I had no idea

14    what the word meant.  So I asked the brothers to please tell

09:16:00  15    me what that meant and Isaac looked over at his brother and

16    said explain.  And he said well, it is where you were

17    immoral with a sister you touched each other.  And it was so

18    crazy to me to even think that was even possible.

19    Q.   Was the word lesbian ever used in your community?

09:16:19  20    A.   No.  Not to my knowledge.  I had no idea that even

21    existed.

22    Q.   Okay.

23    A.   Anyway, my heart broke again and there was something

24    that just settled within me that there is no way I am

09:16:31  25    leaving my kids.  My daughter was eight, my oldest was eight

34

1    at this time, and I had been without her for all of them all

2    those years and it was so scary but I made a choice that I

3    wasn't going to leave them again.  So I went back home and

4    the nice thing was that Seth was corrected the same day so

09:16:52  5    he wasn't in the house and my Uncle John had become the

6    bishop, John Wayman, and they kept saying give the children

7    back, give the children back.  I took the kids over to my

8    brother's, told them we're staying over the night, went back

9    over to Seth's, gathered what I could and my brother Josh

09:17:12  10   and my mother came down from North Dakota, picked us up the

11   next day and my children were very upset at me.  They didn't

12   know me as a mother they thought I was taking them to hell.

13   I thought I was taking them to hell.  Um, Isaac told me if I

14   took them their blood would be upon my skirt and I would be

09:17:33  15   responsible for taking them away from the priesthood.

16   Q.   And you took them any way?

17   A.   I took them any way.  But I just kept looking out the

18   window waiting for lightening to hit me but I was to a point

19   that I knew I was so close to death that if I couldn't have

09:17:46  20   the last few moments with my children I would rather die any

21   way that way with them.

22   Q.   At some point after you got them and were able to get

23   away, did you learn more about Warren Jeffs?

24   A.   Yes.

09:18:01  25   Q.   What happened?

```
         1    A.   My step dad that my mother had been remarried to came

         2    up to North Dakota to get her and had some information and I

         3    was disgusted by it.  I didn't believe him at first because

         4    we had been taught so much about false prophets and

09:18:18 5    deceivers that would come and lie to us.  And I had been

         6    Warren's personal transcriber so I knew that if I could hear

         7    his voice, I would be able to tell.  And, um, I got with my

         8    father, who I hadn't talked to for 10 years, and he referred

         9    me to a lawyer.  And the lawyer handed me the books that

09:18:39 10   they had gotten when he was pulled over.  And so it was

         11   actual thick binders of documentation and it had CDs and

         12   disks in it.

         13        As soon as I could, my sister and I went in a

         14   room and we slipped a disk into a recorder and I started

09:18:58 15   listening to it.  And what was on there was Warren taking

         16   all my sister wives that had been married to Rulon and

         17   making them lesbians with one another in the temple.  And it

         18   was so grotesque I could only listen to about five minutes

         19   of it and I went and threw up.  And then I made a decision

09:19:21 20   then and there I was never letting my children go back again

         21   and held -- I mean they -- the Jeffs men kept calling me

         22   telling me they were the fathers and to -- I said I'm not

         23   giving them back and they said will you promise to teach

         24   those children to never disparage Warren Jeffs?  And I said

09:19:43 25   I don't believe it is right to just rip anybody's character
```

1    apart, but I'll tell you this, I by damn will never teach my

2    children the Higher Law of Sarah or the things that I heard

3    on those disks and I was never talked to again by them.

4    Q.   What's the Higher Law of Sarah?

09:20:01  5    A.   What Warren was doing in the temple with my sister

6    wives and others.

7    Q.   So, um, when your children were removed from you, were

8    you ever in a situation where you could not have contact

9    with them but you were in the same structure, the same

09:20:17  10   building?

11   A.   Yes.

12   Q.   Did you observe anything happen to them that caused you

13   any particular stress?

14   A.   Yes.  I wasn't allowed out of my room because I wasn't

09:20:26  15   a part of the United Order.  So they were assigned to other

16   mothers.  And the other mothers, there is a lot of jealousy,

17   and I mean I felt those feelings, and I would hear my

18   children just being scratched and they were screaming.  And

19   my second daughter had quite a fiery temper and she would

09:20:47  20   come up into my room and her face was bleeding from the

21   mothers taking their fingernails and scratching her.  And my

22   second daughter was -- would be pinched by the mothers

23   themselves and stuff like that.  So they were not loved by

24   the family at all.

09:21:06  25   Q.   Did you suffer stress as a result of this?

1    A.   Oh, so much stress.

2    Q.   Can you explain that?

3    A.   Oh, it was just heart rendering, heartbreaking, so

4    confusing.  And just -- I just dropped to my knees and asked

09:21:24  5    God what have I done, did I do something in another life to

6    make this happen?  What did I do to cause this to my

7    children?  But if my children ran to me, they were

8    immediately taken from a mother by a mother.

9    Q.   Did you have any physical manifestations of the stress?

09:21:42  10   A.   Yes, I was very sickly.  I lived on I.V.s.  I now have

11   ankylosing spondylitis.  It is a blood marker that is passed

12   on through parents but it is only activated if you're under

13   very high stress conditions.  So I live with extreme pinched

14   nerves, lesions on my brain, extreme anxieties.  I mean even

09:22:06  15   though we're out of the religion, it still follows you.

16   Q.   Is it something that you deal with every day?

17   A.   Every day.

18   Q.   At some point when you were still in the religion did

19   you lose your hair?

09:22:17  20   A.   My hair is still gone.  I'm wearing a wig.

21        MR. HOOLE:  Your Honor, I wonder in order to make

22   it a little easier to address damages, the disclosures

23   provided in this case detail the economic damages.  And I

24   could file with the court the Plaintiffs' 16th Supplemental

09:22:50  25   Disclosures which detail that.  I also have the

1   documentation supporting these numbers but this is the

2   calculation required by the federal rules.  And if I could

3   use that to proffer the damages that are economic, I think

4   it could save some time.

09:23:11 5           THE COURT:  You can do that.

6           MR. HOOLE:  May I file this as Exhibit A?

7           THE COURT:  Exhibit A.

8           MR. HOOLE:  Okay.  With that Your Honor, I won't

9   ask damages questions.  I won't ask questions about amounts

09:23:29 10   and things like that.  I think the detail --

11           THE COURT:  It will all be found --

12           MR. HOOLE:  I believe so, yes.  And if the court

13   needs to see the underlying documents, we can provide those.

14       That is all I have got for Alicia unless the

09:23:42 15   court has more questions.

16           THE COURT:  Mr. Hoole, I wish that you would ask

17   her specific statements or material omissions made by Warren

18   Jeffs that induced her to take specific actions or

19   inactions.

09:24:04 20           MR. HOOLE:  Thank you.

21           THE COURT:  That would be helpful for each of the

22   witnesses, if you would.

23           MR. HOOLE:  Yes.  Yes, Your Honor.

24   Q.   (By Mr. Hoole)  Do you recall statements being made by

09:24:14 25   Warren Jeffs to the effect that he was the prophet?

1   A.   No.   Only in asking us to tell other people that he

2   was.

3   Q.   Was it widely accepted in the community that he was?

4   A.   Yes.

09:24:29   5   Q.   Did you -- did you rely on that?   Did you rely on your

6   belief in his statements?

7   A.   Absolutely.

8   Q.   Um, did everybody to your knowledge in the community

9   also rely on that?

09:24:47   10   A.   Absolutely.

11   Q.   If they didn't believe that what would happen to them

12   typically?

13   A.   They were made a public example of and shamed in a very

14   big way as far as I mean we were thousands and thousands of

09:25:03   15   people and they were used as an example of what not to do.

16   Q.   Did your belief in him as the prophet, like the other

17   FLDS people, cause you to do things and to be obedient to

18   his commands?

19   A.   Absolutely.

09:25:17   20   Q.   And did that also involve you giving up your children

21   as directed?

22   A.   Yes.

23   Q.   And did that involve you trying very hard to show your

24   faithfulness to try and earn your children back?

09:25:29   25   A.   Yes.

1    Q.   And did you rely on his statements and his

2    representations that he was indeed the prophet?

3    A.   Yes.

4    Q.   Did he ever tell you he was not the prophet?

09:25:41   5    A.   I did not hear that until after I had been kicked out.

6    And then I watched the jail interview and I was shocked that

7    that wasn't made, you know, made us aware of.

8    Q.   But you didn't receive that message?

9    A.   No.

09:25:58   10    Q.   Um, and you relied on these false statements by him?

11    A.   Yes.

12    Q.   And the injuries and damages you have suffered that we

13    talked about and have proffered to the court, were they the

14    result of your relying on his false statements?

09:26:15   15    A.   Yes.

16             MR. HOOLE:   Thank you, Your Honor, I think that

17    covers it.

18             THE COURT:   May I ask this also, Mr. Hoole.  Does

19    the Exhibit A include specific evidence of any expenses that

09:26:30   20    she incurred as a result of the mental and physical distress

21    that you have had her describe to me?

22             MR. HOOLE:   Um, with respect --

23             THE COURT:   If it is there already just say so.

24    But if not, I think you have to have that brought out.

09:26:48   25             MR. HOOLE:   It lists total economic damages for

1    her.

2              THE COURT:  Does that include doctors bills or

3    similar things?

4              MR. HOOLE:  It includes forced labor, loss of

09:26:55  5    earning capacity, loss of personal property, and

6    professional services, yes.

7              THE COURT:  Professional services?

8              MR. HOOLE:  That would be --

9              THE COURT:  Incurred by her.

09:27:04  10             MR. HOOLE:  Yes.  That would be the therapy, and

11    what not.  And I would just note that that's as of the date

12    of those initial disclosures.  For many of the plaintiffs

13    that has been ongoing but we're not going to get into the

14    ongoing part of it.  I think it's simpler to focus on what

09:27:20  15    is in the disclosure document if that's okay.

16             THE COURT:  And may I ask you, Ms. Rohbock, did

17    that information contained in this exhibit that was just

18    referenced, have you looked at those and can you affirm to

19    the court that they are in fact the legitimate expenses that

09:27:40  20    you incurred?

21             THE WITNESS:  Yes.

22             THE COURT:  And otherwise, the other evidence

23    that Mr. Hoole just referenced you have reviewed and can

24    affirm to the court that they are accurate as well?

09:27:51  25             THE WITNESS:  Um, I pointed out the care and

1      there are some things that aren't quite covered but pretty

2      punctual.

3                  THE COURT:  So if anything, it excludes something

4      that you felt could have been, but everything in Exhibit A

5      is accurate to your knowledge?

6                  THE WITNESS:  Yes.

7                  MR. HOOLE:  And I would add your specific factual

8      allegations, the ones that pertain to you individually, have

9      you read those as well?

10                 THE WITNESS:  Yes.

11                 MR. HOOLE:  And are they accurate?

12                 THE WITNESS:  Yes.

13                 MR. HOOLE:  Okay.  Thank you Your Honor.

14                 THE COURT:  Thank you.

15                 MR. HOOLE:  Plaintiff calls Briell Decker.

16                 THE COURT:  Thank you, Ms. Rohbock.  You may step

17     down.

18                 MR. HOOLE:  And Ms. Decker, Your Honor, has a

19     trafficking claim.

20                 THE COURT:  Okay.

21                 THE CLERK:  If you will raise your right hand.

22                              **BRIELL DECKER,**

23          called as a witness at the request of the Plaintiffs,

24              having been first duly sworn, was examined

25                       and testified as follows:

43

1          THE WITNESS:  Yes.

2          THE CLERK:  Thank you.  And would you please

3     state and spell your name, please.

4          THE WITNESS:  Briell Decker.  It's spelled

09:29:14  5     B-R-I-E-L-L, Decker is D-E-C-K-E-R.

6          THE CLERK:  Thank you.

7          MR. HOOLE:  Your Honor, counsel has corrected me

8     on one statement I made and that is with respect to the

9     Exhibit A, the initial disclosures, they do not contain a

09:29:41 10     specific number on medical bills that was derived from the

11     documents that were produced.  I can tell you the number, if

12     that would be helpful with respect to Ms. Rohbock for

13     professional services, and this will be in any subsequent

14     filing I make for the court's consideration, 40,553 as of

09:30:07 15     the date of that disclosure.  Apparently that total is not

16     referenced in the disclosure itself, just legal items.

17          THE COURT:  Not attributed to her specifically?

18          MR. HOOLE:  That's just to her specifically.

19          THE COURT:  Okay.

09:30:22 20     MR. HOOLE:  Yeah.

21          THE COURT:  Ms. Rohbock, you just heard your

22     counsel represent that dollar figure.  Is that accurate to

23     your knowledge?

24          MS. ROHBOCK:  I think so.  I'm not sure.

09:30:34 25     MR. HOOLE:  She worked with us in putting it

1    altogether but --

2            THE COURT:  Perhaps just to keep this as clean as

3    possible, why don't you have her review those numbers at the

4    break and then perhaps we'll put her back on the stand and

09:30:50  5    have her just simply --

6            MR. HOOLE:  We'll do that.  Thank you.

7            THE COURT:  Would that be appropriate, Mr. Hoole?

8            MR. HOOLE:  Yes.

9            MS. ROHBOCK:  Yes.  Thank you.

09:30:56  10                    **DIRECT EXAMINATION**

11    BY MR. HOOLE:

12    Q.   Good morning, Briell.

13    A.   Good morning.

14    Q.   Um, were you born and raised in the FLDS?

09:31:04  15    A.   Yes.

16    Q.   Where do you live now?

17    A.   I live in Colorado City, Arizona.

18    Q.   Okay.  Who do you live with?

19    A.   I live with my husband now.

09:31:15  20    Q.   Is he present today?

21    A.   Yes.

22    Q.   Have him wave.  Okay.  Do you live in a home that you

23    received from the UEP Trust?

24    A.   Yes.

09:31:31  25    Q.   How did that happen?  Is it complicated?

1    A.    Yes.

2              MR. HOOLE:   Um, maybe I can just proffer a brief

3    thing, Your Honor, and see if she agrees with my statement.

4              THE COURT:   That would be good.

09:31:47  5    Q.    (By Mr. Hoole)   People in the community may apply for a

6    home or some property.   Briell did that and she was awarded

7    some property.   It was too big for her needs so she donated

8    that property to what is known as the Dream Center which

9    helps people in transition and in exchange they helped you

09:32:10 10    get into a smaller home; is that correct?

11    A.    Yes.

12              THE COURT:   Both these properties though were in

13    Colorado City?

14              MR. HOOLE:   The Dream Center is in Hildale her

09:32:19 15    home is in Colorado City and they're twin towns right next

16    to each other.

17              THE COURT:   All right.

18    Q.    (By Mr. Hoole)   Okay.   Briell have you had a chance to

19    review those common facts pages 14 through 17?

09:32:31 20    A.    I read the first some of it.   I trust you guys though.

21    It looks right.   I don't know if that works, but it's 17

22    pages long and --

23    Q.    Okay.   I may have you read them again and I may recall

24    you up here.

09:32:50 25    A.    Okay.

46

1   Q.   I want to make sure that we got that accurate in terms

2   of whether it reflects your story, okay?

3   A.   Okay.

4   Q.   Now, there was also some specific allegations about

09:33:00   5   your story.  Did you read those?

6   A.   Yes, I did.

7   Q.   Were those accurate?

8   A.   Those are -- some of the dates and things are not exact

9   but like most of it is.

09:33:12   10   Q.   Do the dates that are not exact, do they matter?  Does

11   it make a difference?

12   A.   I don't think so.  My birthday is not May but yeah.

13   Q.   Okay.  Um, I'll give you a chance to read this a little

14   bit more carefully so we can answer that question.

09:33:33   15   A.   Okay.

16   Q.   Um, that is in terms of the common facts?

17   A.   All right.

18   Q.   Briell, where were you born?

19   A.   I was born in Sandy, Utah.

09:33:44   20   Q.   Okay.  At some point did you move to what is called

21   Short Creek?

22   A.   Yes, when I was 16.

23   Q.   Is that Hildale, Utah and Colorado City, Arizona?

24   A.   That was Colorado City, Arizona.

09:33:55   25   Q.   Did you -- did it include Hildale, Utah, Short Creek?

1    A.    Short Creek -- they're right next to each other.  Our

2    house was in Colorado City though at the time.

3    Q.    I see.  Okay.  At some point did you enter into a

4    marriage?

09:34:25  5    A.    Yes.

6    Q.    And who did you marry?

7    A.    I married Warren Jeffs.

8    Q.    What number wife were you, if you know?

9    A.    I was number 65.

09:34:55  10   Q.    After you married Warren Jeffs, was anything required

11   of you in terms of being with his family, staying with him,

12   or what happened to you?

13   A.    The day of the ceremony like he -- after the ceremony

14   he asked me to come sit on his lap.  Like that?

09:35:21  15   Q.    Well, um, let me just ask you.  Did any sexual conduct

16   occur at that point?

17   A.    Yeah.  But like it wasn't like -- I didn't respond to

18   it but he did touch me all over.

19   Q.    Before the sexual activity, how long before that did

09:35:43  20   you know you were going to marry him?

21   A.    I was bullied my whole life because I went to Alta

22   Academy where he was the principal.  I was raised with a lot

23   of indoctrination.  My family teased me, my sisters and

24   brothers teased me a lot about I would probably marry Warren

09:36:06  25   Jeffs.  There were reasons but they weren't like well known.

1    I had assumptions of why that was.  Um, when it actually

2    came down to it, he had the ultimate say in every marriage

3    and I was very concerned because I knew I wouldn't be

4    treated well in his family because I didn't have the

09:36:26  5    heritage that would give you those blessings.

6    Q.   Okay.  At some point did you meet with him about

7    marriage?

8    A.   I did.

9    Q.   And after that meeting, how long was it before you

09:36:43  10   actually married him?

11   A.   It was five minutes after when I met the day it was

12   like five minutes after he confirmed that I was to marry

13   him.  He just went right into the ceremony.

14   Q.   Okay.  And at that point did you leave your family?

09:37:02  15   A.   I made him mad immediately after because I hesitated to

16   accept his advances and so he sent me back home that night.

17   Q.   Okay.

18           THE COURT:  How old were you?

19           THE WITNESS:  I was 18.

09:37:17  20           THE COURT:  18.

21   Q.   (By Mr. Hoole)  And then did you travel with him or his

22   family after that point?

23   A.   I did travel.  Two weeks later he sent me to Texas.

24   Q.   Okay.  What states did you end up going with his

09:37:36  25   family?  To what states did you end up going?

1   A.   I went to Nevada, Colorado, Utah, Arizona, Wyoming,

2   Texas, South Dakota.

3   Q.   And in those places were you required to work?

4   A.   Yes.

09:38:01   5   Q.   What kind of work did you do?

6   A.   The women were required to sew, cook, garden, clean,

7   teach school, correct like -- and some people stayed home

8   and watched the pre-schoolers.   Correct school work was a

9   common one.

09:38:26   10   Q.   And did you get paid for any of that work?

11   A.   No.   At one point he commanded that I could work but I

12   was commanded that I could not work for money.

13   Q.   Why did he command you that you could not work, if you

14   know?

09:38:39   15   A.   I could not work for money?

16   Q.   Yeah.   Well for money?

17   A.   Right.

18   Q.   So he said you can't work for money?

19   A.   Right.

09:38:47   20   Q.   But you had to still work?

21   A.   Yes.

22   Q.   Without being paid?

23   A.   Right.

24   Q.   And in all of those states that you discussed, did you

09:38:54   25   do those kinds of jobs that you referenced?

1    A.    Yes.

2    Q.    Okay.  Do you know how many times you moved?

3    A.    Um, I know I moved to -- I moved a lot.  There's 26

4    houses, at least, um, it doesn't count how many times I

09:39:24  5    moved back to the same house or how many rooms inside of the

6    house I moved to.  We lived out of bags.

7    Q.    Okay.  How many times would you estimate that you

8    actually moved from one place to another?

9    A.    I have no idea.

09:39:38  10    Q.    Your specific allegations say 26?

11    A.    26, yeah.

12    Q.    Does that sound right?

13    A.    Yeah.

14    Q.    Okay.  Was there a point in this situation where you

09:39:55  15    decided you needed to leave?

16    A.    Yes.

17    Q.    Where was that and when was that?

18    A.    So, um, in Texas, there was a really bad instance of

19    that he brought me into a training.

09:40:12  20    Q.    Let me --

21    A.    And that led to --

22    Q.    Let me have you back up.  Did anything happen in Las

23    Vegas?

24    A.    Yes.  That was after that training though.

09:40:21  25    Q.    I'm sorry.  Then talk about Texas?

A.     So in Texas, um, he called for me to go to his room one

day.  When I got to his room, he had a sister wife come and

tell me.  When I got to his room, he had five other sister

wives that he told to sit in the front, and he told us we

09:40:41  needed to stay focused on him, and he was sitting there so

he was watching us.  And he told us not to turn around or

look behind us at all.  We didn't dare.  We did hear like

noise, like the door opening and closing, but we didn't dare

turn around, at least I didn't.

09:40:58        And after that, he started recording and he

started teaching us about -- he called it the Introduction

to the Law of Sarah.  Um, he went into great detail about

how in -- when Adam and Eve the forbidden fruit was another

man and how in Joseph Smith trainings it talked about there

09:41:28  would be more revealed later on the Section 133, I think it

is 133 of when it talks about plural marriage or polygamy

and he said there would be more revealed later.

       And he said I'm going to teach you the more, what

God has revealed to me about what the more is.  After he got

09:41:50  done teaching us he said do you believe me?  And he said

that after every training in big churches, everything, and

it was common to just all agree because then he also if you

don't agree then you have to like publicly say I don't

agree.  So I agreed.  And then he said, if you agree, I want

09:42:10  you to prove it to me.  And the five women in the front, um,

1        we're all adults in my case, um, he had us undress to prove

2        it and then he said turn around.  So we turned around and

3        the whole room was filled with other wives that were also

4        undressed.

09:42:35   5        Q.   How big was that room compared to the courtroom?

6        A.   The room was a bedroom, it wasn't in the temple yet, it

7        was the introduction, he called it the introduction to what

8        was going to happen in the temple.  He told us there would

9        be more later, there would be more things, sexual things,

09:42:55  10        and I, um, I walked out of that room later, you know, I

11        dressed after when he told us we could.  I walked out of

12        that room, I immediately wrote to him and I told him I just

13        need more time to process this, I just can't process it fast

14        enough for him.  Like I need to process it on my own time.

09:43:16  15        Q.   What was your understanding of what he was asking you

16        to do that you needed to process?

17        A.    I believe he was -- he was asking us to join an orgy.

18        And I wasn't -- I wasn't really -- I didn't want to do that.

19        When I did turn around and see the women in the room, there

09:43:36  20        was underage brides in there.  That's when I noticed the

21        underage brides.

22             So when I walked out of there, I did have intent

23        to leave for good but I was in a compound with like a guard

24        tower and gates all around and they were driving around

09:43:55  25        every 15 minutes.  I knew that it wasn't -- I didn't have an

1    escape plan unless I figured it out on my own.

2    Q.    Were you restrained in other words?

3    A.    I believe that I would have been restrained if I tried

4    to fight back.  Like I was even bold enough to tell him I

09:44:15   5    didn't agree with it, which I couldn't tell him, I felt like

6    I needed to just play a game.  I needed to tell him enough

7    to say I need time to process instead of saying I don't

8    agree with you.  And I did witness him telling other women,

9    no, you cannot leave this -- this place.  I did know that

09:44:35   10   some of the women were in tears because they had children on

11   the property.  They were torn between leaving their children

12   on the property with this man who is doing things like this,

13   and, um, just leaving for their own safety.  But like they

14   couldn't leave, they would be pulled back in multiple times

09:44:55   15   if they stayed.

16         So in my case I didn't have any children with him

17   so I was able to, um, tell him in whatever way I could to

18   survive that I needed more time, whatever it was it was

19   survival for me.  He did buy into my story.  He did send me

09:45:18   20   away.  He sent me to Vegas.  That's where I went was Las

21   Vegas.

22         THE COURT:  How old were you when you received

23   this training?

24         THE WITNESS:  I believe it was 20, I think I was

09:45:30   25   20.  I believe I was 20 years old.  Like two years after I

1    married him.  Well, actually I can't remember exactly.  It

2    was in between there because like he got caught, so I got

3    married him -- the day before the meeting, I'm not good with

4    dates, but the day before the meeting, January 9th, was my

09:45:54  5    marriage date, the day before the big meeting January 10th

6    where he corrected all those men and so he got caught

7    somewhere in there.  But I stayed way from him successfully

8    until he was caught by being openly rebellious after he sent

9    me to Las Vegas.

09:46:11  10   Q.    (By Mr. Hoole)  Okay.  So when you turned around in

11   this room, were the other women and girls clothed?

12   A.    No.

13   Q.    How many were there?

14   A.    There was 20 or 30, like there was a lot of them.

09:46:25  15   Q.    Okay.  And so you were able to convince him that you

16   needed to leave and you went to Las Vegas?

17   A.    Right.

18   Q.    What happened in Las Vegas?

19   A.    In Las Vegas I determined that the God I had been

09:46:40  20   raised with my entire life was not adding up.  And I decided

21   that, um, I didn't know God, I still believed in him but I

22   didn't know him.  Um, I wrote to him, Warren Jeffs, and told

23   him that I was not going to pray to ensure that I don't go

24   back to Texas before I felt I was ready.  I did tell him

09:47:05  25   that I was going to read and the only books I had available

1    to me were his interpretations or other leaders that he had

2    compiled their trainings.  So it was basically his

3    interpretations of everything I had available to me.  But I

4    knew if I openly rebelled too far, it would cost me more.

09:47:24  5    So I wanted -- I wanted to try to eliminate as many

6    punishments as I felt like I could so I just told him I need

7    to study and read and process and I'm just going to do that

8    as much as I can between my chores, between cooking, between

9    what I had to do and I did that until he was caught.

09:47:49  10   Q.   Okay.  And once he was arrested, did that change things

11   for you?

12   A.   Yes.  When he got arrested, I was hopeful that I could

13   maybe escape.  I didn't feel like I wanted to try to escape

14   before that.  I was afraid of being pulled back in to those

09:48:07  15   orgy things and I didn't want to have that risk.  So I

16   waited until he was caught because I knew that he was

17   running from the law even before.  Like he wasn't on the

18   most wanted list when I married him, but he was -- he told

19   me after the ceremony that he was running from the law.  Um,

09:48:25  20   I -- he may have said it in a church training before that, I

21   don't remember registering until after the ceremony, but,

22   um, so yeah.

23   Q.   When you were being trained, did there come a point

24   where an issue involving your father arose?

09:48:47  25   A.   Yes.

56

1      Q.    Can you explain what that was?

2      A.    So when I was openly rebellious, when he got caught and

3      I started to try to find routes out of the church, um, he

4      sent people to surround me that were really loyal to him,

09:49:07   5      very harsh, he was very angry at me.  Um, he figured I had

6      done it all on purpose.  I -- we never -- I never was

7      brought back into another bad situation as far as sexual

8      while he was outside of prison so he felt like I had -- I

9      was like a target, like I put a target on my back because

09:49:32  10      I was one of the only ones that were able to successfully

11      evade those.  And each time you get brought in it kind of

12      builds guilt and he would use that against you.  He would

13      tell you you are an accomplice, the world doesn't want you.

14      But in my case, I had walked away.  So I had -- he was very

09:49:51  15      angry.  He put people around me.  I was very psychologically

16      abused and threatened, um, for three years it went on before

17      I made it back to Colorado City.

18      Q.    Was there a specific incident involving your father?

19      A.    Yes.  When I went back to Colorado City, I was the

09:50:11  20      first one in Warren Jeffs family to go back to Colorado City

21      when he took his family away from Colorado City.  When that

22      happened, it was determined on investigating my parents they

23      wanted me to go back to Colorado City to live with my

24      parents to investigate my parents.

09:50:28  25      Q.    What is your understanding of what Warren Jeffs wanted?

1   A.   He told us, according to scripture, it says if you were

2   not -- if you didn't understand the scriptures by the time

3   you were eight years old, then the sin goes on the head of

4   the parent.  So I had been threatened and they were going to

09:50:45   5   investigate my parents meant my parents would be threatened.

6   Q.   What did you understand would happen to your parents?

7   A.   Um, when I lived in my father's house, when I did go

8   back there, there was a time that I found a noose in my

9   hamper and I told my mother because I was concerned for her,

09:51:06   10   for my father, and for me now.  Wasn't just a battle of my

11   life any more and what I was going do with my life, you

12   know, as best as I could, it was a battle to protect my

13   parents.  They didn't understand to the same degree that I

14   did.  Um, so I told her about the noose.  She said let's

09:51:23   15   just put a baby monitor in your room tonight and we will

16   listen to see if anybody comes around.  Like there was

17   cameras on our house, we didn't know at the time, but they

18   were watching when we were leaving and coming.  Um, so I did

19   that.  And the next morning my mother came to me and she

09:51:43   20   said why did you get up in the middle of the night and

21   unplug your baby monitor?  And I said I didn't do that and

22   she didn't really believe me.  But she said in the middle of

23   the night it got unplugged and we went over there, and, um,

24   I touched the doorknob and it got plugged back in and then I

09:52:02   25   went back to my room.  She didn't actually open the door

1    which scared me really bad because I knew that if they had

2    opened the door what would have happened to them.  Um, so at

3    that point I did jump off a two story building, I mean not

4    building but jump off two stories off the porch to protect

09:52:26  5    them and to protect me and I didn't stay in the home that

6    night.

7    Q.    So let me call your attention to an incident in

8    Wyoming, um, where you were in a reservoir?

9    A.    Right.

09:52:40  10    Q.    Did that incident, and you can explain it, did that

11    have anything to do with your father?

12    A.    That incident was before they set up to investigate my

13    parents.

14    Q.    Tell us what happened in that case?

09:52:51  15    A.    In that case it was during the time of when they were

16    in Texas, the authorities were in Texas investigating Warren

17    Jeffs, investigating taking the children for a time.  Um, I

18    was in South Dakota when it originally started and then they

19    took me to Wyoming to a house that had a reservoir close by.

09:53:12  20    And they told me if you kill yourself, we will tell everyone

21    that it was an accident.  But if you don't kill yourself,

22    then we will kill you and tell everybody you did it

23    yourself.  So I thought a little bit about it, I didn't have

24    a lot of time to think about it, but I did climb out the

09:53:36  25    window.  I was thinking of more of an escape route.

```
 1    Q.    So did you climb out the window in --

 2    A.    In Wyoming.

 3    Q.    -- in Wyoming.

 4    A.    I went to the reservoir.

 5    Q.    Okay.

 6    A.    And I debated -- like I wasn't sure if I was on the

 7    compound, I didn't know if I could run to a neighbor or

 8    anybody.  It was a cloudy day so there was nobody at the

 9    reservoir.  But I didn't know -- I wasn't sure if I could,

10    um, go to a neighbor because I wasn't sure if there would be

11    FLDS.  I didn't know if I was just in a house or in like a

12    compound setting.

13          So I -- I went inside of the reservoir because I

14    felt like if I didn't, they would just say they could see

15    me.  And so I stood in the reservoir for quite a while up to

16    my neck.  Like they would have to be pretty close to be able

17    to rescue me at that point.  They never came.  So I

18    eventually climbed out and cried for a while and determined

19    I needed to go back to the house that I came from because by

20    this time, all of the other ladies that are in that house

21    would make it more -- it would kind of give me a protection

22    because they don't do things publicly, um, FLDS do not do

23    things publicly.  So if the house is all flagged that there

24    is a problem, and I come back, they wouldn't be able to kill

25    me that easy.
```

1    Q.    Okay.  Were you trying to kill yourself in the

2    reservoir?

3    A.    No.  I was trying to process how I was going to survive

4    this.  I also really wanted to know if they were serious.

09:55:11   5    Q.    Okay.  After the incident in Texas where you turned

6    around and saw all of these ladies of Warren Jeffs, um, and

7    you said you decided yourself you needed to get out somehow?

8    A.    Yes.

9    Q.    How long did it take you to actually successfully

09:55:30  10    escape?

11    A.    I was married to Warren Jeffs for eight years.  I

12    believe, um, I don't know the exact time frame.

13    Q.    Does three years sound right?

14    A.    At least three years.  It might have been four from the

09:55:48  15    time that I made that decision.

16    Q.    Okay.  And had you attempted during that four-year

17    period of time to get out?

18    A.    Yes.

19    Q.    Okay.  And were you caught and brought back?

09:55:58  20    A.    Yes.

21    Q.    Finally you were able to get out; is that correct?

22    A.    Yes.  I did escape in Colorado City.

23    Q.    Where did you wind up after that?

24    A.    I went to Tennessee.  Well I went -- yeah to Salt Lake

09:56:12  25    first, then I worked with some organizations that brought me

1    to Tennessee.

2    Q.   And do you know why you went to Tennessee?

3    A.   Yes.

4    Q.   Why?

09:56:21  5    A.   They were chasing me.

6    Q.   Okay.  So it was a place to stay?

7    A.   Yes.

8    Q.   And did you end up changing your name?

9    A.   Yes.

09:56:29  10   Q.   What did you change your name to?

11   A.   Briell Decker.  Well first I changed it to Serena Joy

12   and then I changed it to Briell Decker.

13   Q.   So you changed your name twice in Tennessee?

14   A.   Yes.

09:56:40  15   Q.   Was that for your self protection?

16   A.   Yes.  First I changed it fast and then I thought about

17   my name later so I wanted a name that I would like and be

18   able to --

19   Q.   So you're now Briell Libertae?

09:56:51  20   A.   Yeah, Briell Libertae Decker and then I am married now

21   so it is Blanchard.  But on my social it is still Decker.

22   Q.   Okay.  So in these various houses that you have lived

23   in and were working, were you providing services or labor

24   for Warren Jeffs and for his benefit?

09:57:13  25   A.   Yes.

1 Q. Were you required to do that by your belief in him?

2 A. It was more for survival.  I didn't want punishment.

3 So even though I had given up on a lot of the belief in him,

4 I didn't want to get punishments because that could include

09:57:35 5 my death, or my parents death, or family members death.

6 Q. So were you concerned about threats of violence against

7 you?

8 A. Yes.  And also my mental health was targeted.

9 Q. And were you also restrained in these places so that

09:57:47 10 you couldn't leave?

11 A. Yes.

12 Q. And when you did try to leave you were brought back?

13 A. Yes.

14 Q. Okay.  And were you paid at all?

09:57:57 15 A. No.

16 Q. And would you say that you did this because you had

17 been deceived by him?  You provided this work, this labor,

18 this services for him because of deception?

19 A. Because of deception and survival.

09:58:20 20 Q. Okay.  And did Mr. Jeffs benefit from the labor that

21 you and other FLDS people provided?

22 A. Yes.

23 Q. Okay.  Was it all to build up his program?

24 A. Yes.

09:58:37 25    MR. HOOLE:  Your Honor, I would, unless the court

1    has other questions, I would submit her damages as well, um,

2    and then I will recall her after she has a chance to look at

3    those common allegations.  As to her damages, we have -- we

4    have them listed I believe in the initial disclosures, but

09:59:13 5    again I think that the medical bills themselves haven't been

6    totalled; is that correct?

7             MS. PORTER:  Correct.  We produced the bills but

8    have not totalled them.

9             MR. HOOLE:  My understanding is the medical bills

09:59:24 10   she had incurred through her various hospitalizations -- and

11   have there been many hospitalizations?

12            THE WITNESS:  I have severe PTSD.

13   Q.   (By Mr. Hoole)  For mental health purposes?

14   A.   Right.

09:59:35 15   Q.   They exceed $900,000.  And we have that detail, I

16   understand, but we didn't total it in the -- in the

17   disclosure.  So let me ask you whether or not you agree with

18   me or not whether or not your medical bills exceed $900,000?

19   A.   Yes, I agree.

09:59:57 20            MR. HOOLE:  Okay.  That's all I have of this

21   witness then.

22            THE COURT:  Thank, you, Ms. Decker.  I have no

23   questions.

24            THE WITNESS:  Okay.

10:00:06 25            THE COURT:  You may step down.

1          MR. HOOLE:  We'll call Thomas Jeffs.  And Your

2     Honor, Mr. Jeffs has a fraud and a trafficking claim.

3          THE COURT:  Okay.  If you will stand and raise

4     your right hand.

10:00:36  5                         **THOMAS JEFFS,**

6       called as a witness at the request of the Plaintiffs,

7           having been first duly sworn, was examined

8                 and testified as follows:

9          THE WITNESS:  Yes.

10:00:44 10          THE CLERK:  Thank you.  And would you state and

11     spell your name, please.

12          THE WITNESS:  Thomas, T-H-O-M-A-S, and my new

13     legal name, last name, is Cafarelli, C-A-F-A-R-E-L-L-I.

14          THE CLERK:  Thank you.

10:01:03 15                    **DIRECT EXAMINATION**

16     BY MR. HOOLE:

17     Q.   Good morning, Thomas.  When did you change your name?

18     A.   I changed it October of last year.

19     Q.   Why did you change it?

10:01:12 20     A.   To get way from the Jeffs name.

21     Q.   Are you the son of Lyle Jeffs?

22     A.   Yes, I am.

23     Q.   And the nephew of Warren Jeffs?

24     A.   Yes.

10:01:26 25          THE COURT:  What was your father's name?

```
 1                THE WITNESS:  Lyle Jeffs.

 2                THE COURT:  Lyle.

 3      Q.    (By Mr. Hoole)  Did he serve a prison term?

 4      A.    He did serve a prison term.

 5      Q.    That was related to the food stamp?

 6      A.    Food stamp fraud.

 7      Q.    Okay.  Were you born and raised in the FLDS?

 8      A.    Yes, I was.

 9      Q.    Were you ever married in the FLDS?

10      A.    No, I was not.

11      Q.    You were a young boy, I suppose, when you started to

12      work; is that correct?

13      A.    That's correct.

14      Q.    When did you start working for the church?

15      A.    I -- well, I started working when I was 14 years old.

16      Q.    Did that become full-time work at some point?

17      A.    It did become full-time work.

18      Q.    How did you manage school?

19      A.    Um, I went to school through the day, um, of course we

20      got out at 3:00 and went to work after that.

21      Q.    What grade were you able to complete?

22      A.    I only made it through ninth grade in their curriculum.

23      Q.    Their home schooling curriculum?

24      A.    Yes.

25      Q.    Do you know how that compares to public school
```

Timestamps in left margin: 10:01:34 (line 5), 10:01:50 (line 10), 10:02:00 (line 15), 10:02:18 (line 20), 10:02:32 (line 25)

1    generally in Utah?

2    A.    Not typically, no.  Never went to a public school.

3    Q.    And then did you continue to work full-time for the

4    church ever since that time?

10:02:45  5    A.    Yes.

6    Q.    Until you left?

7    A.    Until I left, yes.

8    Q.    Okay.  Now --

9              THE COURT:  When did you leave?

10:02:53 10              THE WITNESS:  I left October 31st of 2013.

11              THE COURT:  How old were you then?

12              THE WITNESS:  I was 26.

13    Q.    (By Mr. Hoole)  Okay.  Have you read the common

14    allegations?

10:03:09 15    A.    Yes.

16    Q.    Do you agree with them or need to make any changes to

17    them?

18    A.    I agree with them completely.

19    Q.    Okay.  Have you read your specific allegations?

10:03:18 20    A.    Yes, I have.

21    Q.    And are they accurate?

22    A.    They are.

23    Q.    Okay.  Growing up, do you remember a time when Warren

24    Jeffs became the prophet?

10:03:30 25    A.    Yes, I do.

1 Q. Did you believe in him as the prophet?

2 A. Wholeheartedly.

3 Q. Okay.  Did your relationship with him, which probably

4 was closer than most people because he was your uncle,

10:03:46 5 reveal anything to you that would have caused you to

6 question whether or not he was the prophet?

7 A. Absolutely not.

8 Q. Okay.  Were you allowed to question whether or not he

9 was the prophet?

10:03:57 10 A. No.  We were told to put any questions on the shelf and

11 believe but stop asking the questions.

12 Q. As the prophet of the group, did he have the ability to

13 control you?

14 A. Absolutely.

10:04:19 15 Q. What aspects of your life did he control?

16 A. Everything down to the way we dressed.

17 Q. Okay.

18    THE COURT:  Everything down to what?

19    THE WITNESS:  The way we dressed.

10:04:29 20    THE COURT:  The way you dressed.

21 Q. (By Mr. Hoole)  So he controlled --

22 A. How you got dressed, everything.

23 Q. Marriages?

24 A. Marriages.  What you ate, what you couldn't eat,

10:04:39 25 literally every aspect of your life.

```
 1    Q.    Where you worked?

 2    A.    Where I worked.

 3    Q.    Who you lived with?

 4    A.    Uh-huh (affirmative).

 5    Q.    Whether you could keep your children?

 6    A.    I never had any children there but to stay with the

 7  family, yes.

 8    Q.    And whether you could stay with your family?

 9    A.    Uh-huh (affirmative).

10    Q.    You had experience there, don't you?

11    A.    Yes.

12    Q.    Okay.  Did he control the way you could think?

13    A.    No.

14    Q.    He had no control over how you thought?

15    A.    Well of course we could think whatever we wanted to,

16  but to be open about the way we thought absolutely not

17  unless it was in support of him.

18    Q.    What information were you allowed to receive?

19    A.    Um, we weren't allowed any sort of television or

20  outside, you know, internet, et cetera.

21    Q.    Could you read any book you wanted?

22    A.    We could not.  It was -- it was --

23    Q.    Could you turn on a radio?

24    A.    No.

25    Q.    Read a newspaper?
```

10:04:45
10:04:55
10:05:06
10:05:29
10:05:43

1    A.    Nope.

2    Q.    Watch the news?

3    A.    Absolutely not.

4    Q.    Was everything that you were allowed to consume as far

10:05:50  5    as information approved by Warren Jeffs?

6    A.    Yes.

7    Q.    Were you allowed to raise any doubts?

8    A.    No.  I mean when we did, then we were severely

9    reprimanded and either sent away or worse.

10:06:07  10    Q.    And did you see that happen throughout the community?

11    A.    Absolutely.

12    Q.    Okay.  Nevertheless, you believed he was a prophet, you

13    had sincere religious beliefs, um, is that --

14    A.    Yes.

10:06:23  15    Q.    And did he take advantage of those beliefs?

16    A.    Absolutely he did.

17    Q.    Did you rely on your belief in him?

18    A.    I did.

19    Q.    Did the other FLDS people, to your knowledge, similarly

10:06:32  20    rely on him?

21    A.    Yes.

22    Q.    Did he hold himself out as the prophet?

23    A.    He did.

24    Q.    Have you ever heard the phrase "the prophet can do no

10:06:42  25    wrong"?

1    A.    That was engrained into us.

2    Q.    What did it mean to you the prophet can do no wrong?

3    A.    Whatever he was required or required, he couldn't -- he

4    couldn't do wrong.  It was impossible for him.

10:07:05 5    Q.    Something that could not happen?

6    A.    Exactly.  Exactly.

7    Q.    Okay.  Is that a belief common in the FLDS?

8    A.    That is a belief common in the FLDS.

9    Q.    So you had that belief and you were not provided any

10:07:21 10    information other than what he allowed you to have?

11    A.    Exactly.

12    Q.    And was that common in the FLDS?

13    A.    Yes.

14    Q.    In terms of information?

10:07:28 15    A.    Yes.

16    Q.    And were there consequences if somebody accessed a

17    media of any kind?

18    A.    Yes.  You would either lose priesthood and get sent

19    away or be corrected.

10:07:44 20    Q.    Did Warren Jeffs have audio tapes of his sermons that

21    he had people listen to?

22    A.    We were supposed to listen to them every single day, so

23    yes.

24    Q.    And did you do that?

10:07:55 25    A.    I did.

1   Q.   How long in a day would you typically do that?

2   A.   Um, at least one hour a day but we were required in our

3   family.

4   Q.   Um, as a young boy in the FLDS you started to work

10:08:16  5   full-time at what age?

6   A.   Full-time -- well during the summers full-time since I

7   was 14.  Um, I started working full-time when I was 17.

8   Q.   Okay.  What was your first job?

9   A.   Um, well, there would be a correction, I guess, in my

10:08:38 10   proffer.  I actually did start working for Steeds

11   Incorporated.  I forgot to tell you about that.  We were

12   living up here in Salt Lake City.  That was short term.

13   Q.   Is that an excavation company?

14   A.   No.  That's -- well, it is an excavation company but I

10:08:52 15   worked in the concrete division.

16   Q.   And when did you start that?

17   A.   When I was 14.  Then we moved to Colorado City in 2001

18   and I started working for ALCO which is a printing company

19   printed lanyards, et cetera.

10:09:10 20   Q.   Why did people move from Salt Lake to Colorado City?

21   A.   Because there was an evil coming to the Salt Lake

22   Valley in 2002 when the Olympics came.

23   Q.   Was there any kind of prediction regarding destruction?

24   A.   Yes.  This valley would be wiped off the face of the

10:09:30 25   earth.

1    Q.    Okay.  So everybody moved down south?

2    A.    Everybody moved down to Colorado City.

3    Q.    Okay.

4    A.    And Hildale.

10:09:37  5    Q.    Um, based on your faithfulness to Warren Jeffs, did you

6    go to work at these various places?

7    A.    Yes, I did.

8    Q.    So after Steeds and after ALCO, where was the next

9    place you went to?

10:09:54  10    A.    I worked for Daygro Truss.

11    Q.    Do they build trusses?

12    A.    Yes.

13    Q.    And where did you work after that?

14    A.    After that, I was told to work directly for my dad.  At

10:10:09  15    that time he was counselor to the bishop but he was in the

16    bishopric in a leadership position.  So I worked for the

17    storehouse from then on.

18    Q.    Did you have any responsibilities with respect to

19    church security?

10:10:27  20    A.    Yes.

21    Q.    What was that all about?

22    A.    So I was -- I was his personal bodyguard for -- my

23    dad's personal bodyguard for a bit but always a part of the

24    church security which, um, in a sense was to help him evade

10:10:50  25    the FBI and authorities but also watch the people.

```
 1    Q.    Watch the people?

 2    A.    Anybody was out of line, we told on them.

 3    Q.    And then they would be --

 4    A.    Either kicked out, corrected or -- I don't know

10:11:13  5    whatever happened to everybody but yeah.

 6    Q.    And as a member of the church security, um, did you

 7    also work with the local marshal's office?

 8    A.    Yes, we did.  Very closely.

 9    Q.    And the marshal's office was the public police?

10:11:32 10    A.    They were the public police, but they were all members

11    of the church.  And if it come down to what we considered

12    God's law versus man's law or the law of the land, they

13    would always support God's law even if it came in conflict

14    with the laws of the land.

10:11:52 15    Q.    They believed that was a higher law?

16    A.    Yes.

17    Q.    So in a conflict they would disregard the law of the

18    land and go with the higher law?

19    A.    Absolutely.

10:12:00 20    Q.    Okay.  And they have all been decertified at this

21    point?

22    A.    Yes.

23    Q.    Where did you work after Daygro, excuse me, we talked

24    about church security?

10:12:13 25    A.    Yes.
```

Q.   After church security, what happened?

A.   So in 2010, I was called to the ranch.  I was -- my name was whispered to the prophet, I guess, and I became a part of the elect.

Q.   Part of the elect?

A.   Yes (witness laughing).

Q.   You're laughing.  Why is that?

A.   Well, because I was -- I believed in it full-heartedly and now I realize how stupid it is.

Q.   Okay.  Well, were you keeping all of the rules?

A.   Yup, you keep all of the rules.

Q.   Okay.  So you went to Texas?

A.   Yes.

Q.   What did you do in Texas?

A.   I was put in charge of the dairy.  And so my typical day started at 2:30 in the morning, milk cows.  Every morning we had to meet, well the elders had to meet and we went over what we were supposed to do that day, um, which was all construction work, heavy labor.  So between milking cows, it was hard labor.  I worked until midnight at least every -- every day.  So my typical day was 20 to 22 hours a day.

Q.   How could you sustain yourself working that many hours?

A.   I couldn't.  We just had to keep on going.

Q.   What did you do?  I mean how did you keep up or did you

1      keep up?

2      A.    I didn't keep up.  It was extremely hard.

3      Q.    Okay.  And you did that though why?  Why would you do

4      all of that hard work for so many hours?

10:14:10    5      A.    Well, because we were told that we were building Zion

6      and this was going to be the first part of the resting place

7      for the righteous.  It was -- we were working for our

8      eternal salvation and if it wasn't for God, you know, we

9      were nothing.

10:14:33   10      Q.    If you had not done what they told you, what would have

11      happened?

12      A.    We would have been sent away, lost priesthood, kicked

13      out.

14      Q.    How do you know that?

10:14:43   15      A.    Seen it happen to many other men.

16      Q.    Did this cause you to live in some degree of fear?

17      A.    My whole life was fear.

18      Q.    When you were in the FLDS, did you recognize that you

19      were living in fear?

10:14:59   20      A.    I didn't.  Um, we were -- we were taught to love even

21      our enemies which was anybody outside of the church but yet

22      the way we were, I don't know, physically -- I mean we were

23      all but taught, too, to hate everybody outside.

24      Q.    Okay.  Um, after Texas, where did you go?

10:15:35   25      A.    I went back to Colorado City.  I was sent away from

1    there.

2    Q.    You were sent away from Texas?

3    A.    Yes.

4    Q.    Do you know why?

10:15:44  5    A.    Um, because I was immoral, supposedly.  I don't know

6    why.  They didn't really say except for that I was immoral.

7    Q.    That is what they told you?

8    A.    Yeah.

9    Q.    So you went back to Colorado City?

10:16:03  10    A.    I went back to Colorado City and then was sent away

11    from there to work for Eco Alliance and Phaze Concrete and

12    to turn in everything.

13    Q.    When you say "turn in everything," give the court some

14    sense of what you mean in terms of your entire working life

10:16:27  15    for Warren Jeffs.  How much of the money were you able to

16    keep?  How much were you not able to keep?  Can you just

17    describe that.  I'm not asking for amounts, I just want to

18    see --

19    A.    Up until I started working for the storehouse, I turned

10:16:40  20    in everything, 100 percent.  Then when I was then sent out

21    to work for Phaze and Eco Alliance, Eco Alliance I got maybe

22    $1,200 a month and everything else I made on top of that

23    they actually just took and gave to the church.  Phaze, um,

24    I had to hand over my check to dad and he decided how much I

10:17:16  25    would keep.

1          THE COURT:  Were each of these business entities

2     you just mentioned owned by the FLDS church?

3          THE WITNESS:  Yes.

4          THE COURT:  Would you -- would you actually

10:17:27  5     receive a paycheck from them on each instance or would

6     they --

7          THE WITNESS:  Not all of the time, no.

8          THE COURT:  So you often times worked --

9          THE WITNESS:  Without paychecks.

10:17:40  10          THE COURT:  -- without any paycheck.

11     Q.   (By Mr. Hoole)  And at other times did you receive

12     paychecks and have to turn them back?

13     A.   Yes.

14          THE COURT:  Turn them back to --

10:17:51  15          THE WITNESS:  To the church.

16          THE COURT:  To the church.

17          THE WITNESS:  Uh-huh (affirmative).

18     Q.   (By Mr. Hoole)  After they do their accounting with the

19     paychecks?

10:17:56  20     A.   Yes.

21          THE COURT:  How did you pay your -- how did you

22     survive?  How did you eat?  Where did you live?

23          THE WITNESS:  Um, well I generally lived in a --

24     well, when I was out on the crews we lived in a company

10:18:09  25     house and they provided food.

1          THE COURT:  So you were supplied your basics.

2          THE WITNESS:  Yes.

3          THE COURT:  Shelter?

4          THE WITNESS:  Uh-huh (affirmative).

10:18:16  5          THE COURT:  Clothing?

6          THE WITNESS:  That one I had to work for but --

7          MR. HOOLE:  You didn't go to the store and buy

8     yourself?

9          THE WITNESS:  No, no that was most -- most

10:18:30 10    everything because I was, you know, dad's kid, a lot of it

11    came from the storehouse.

12    Q.   (By Mr. Hoole)  So the women would wear dresses,

13    correct, long dresses?

14    A.   Yes.

10:18:40 15    Q.   What would the men typically wear?

16    A.   The men typically wore homemade jeans and homemade

17    shirts, long sleeved.

18    Q.   And to your knowledge were those items prepared by the

19    women?

10:18:50 20    A.   Yes.

21    Q.   They would make them themselves?

22    A.   Yes, they did.

23    Q.   Okay.

24          THE COURT:  You had no disposable income?

10:18:57 25          THE WITNESS:  No.

79

1          THE COURT:  No cash in your pocket?

2          THE WITNESS:  Nope, I didn't.

3          THE COURT:  Okay.

4          THE WITNESS:  I think the most I ever had was $20

10:19:07  5  in my pocket at a time and I wasn't allowed to spend that

6  unless I asked dad.

7  Q.   (By Mr. Hoole)  At some point did your father ask you

8  to run up a credit card debt?

9  A.   Yes.

10:19:20 10  Q.   What was that for, if you know?

11  A.   We were told that the destructions were going happen

12  soon and to help take care of Warren's legal fees to go out

13  and get signature loans, you know, get cash back whatever on

14  credit cards, run up credit card debt and signature loans

10:19:45 15  and turn it into the storehouse for money.

16  Q.   Okay.  And did you take out debt?

17  A.   Yes, I did.

18  Q.   How much debt did you take out?

19  A.   Up to $60,000.

10:19:53 20  Q.   And did that all go back to Warren Jeffs?

21  A.   Yes, it did.

22  Q.   Okay.  And was that before you left or after you left?

23  A.   That was before I left.

24  Q.   How long after that did you actually leave?

10:20:06 25  A.   I left about a year after that.

```
 1   Q.    Okay.  In the meantime, you continued to work and
 2   provide labor and services for Warren Jeffs?
 3   A.    Yes.
 4   Q.    And he benefitted from your labor?
 5   A.    Yes.
 6   Q.    Did you have a chance -- did you have a choice in not
 7   working?
 8   A.    No, I didn't.
 9   Q.    Were you concerned that you would suffer some kind of
10   harm if you did not work?
11   A.    Well, it was not really harm but, you know, having
12   everything that I ever worked for taken from me, yes.
13   Q.    What do you mean by that?  What did you ever work for
14   because you weren't able to keep anything?
15   A.    Well, I mean I had a few -- a few material things that
16   I had, but also being able to be around the family.
17             THE COURT:  What material things did you have?
18             THE WITNESS:  I mean I -- I had a bed and a
19   dresser.
20             THE COURT:  What about a vehicle?
21             THE WITNESS:  I did have a truck that I had
22   gotten in my name and that was taken from me when I left and
23   everything else.
24             THE COURT:  Mr. Hoole has indicated that you
25   believe that your labor for which you were not compensated
```

1    benefitted Warren Jeffs.

2              THE WITNESS:  Yes, it did.

3              THE COURT:  How did it benefit Warren Jeffs?

4              THE WITNESS:  Well, it benefitted him and his

10:21:38   5    family.  None of his family had to work really for anything

6    and it built up the Texas ranch which was his.

7    Q.   (By Mr. Hoole)  And was that part of his scheme or plan

8    of accumulating wealth and assets, resources, by having the

9    FLDS people work?

10:22:07  10    A.   Yes.

11    Q.   And were both men and women required to work?

12    A.   Yes.

13    Q.   What about children?

14    A.   Absolutely children were.

10:22:15  15    Q.   Okay.  Would you have done any of this free work if you

16    had not believed that he was the prophet?

17    A.   No.

18    Q.   Did he hold himself out as the prophet?

19    A.   Yes, he did.

10:22:31  20    Q.   Did you ever learn that he had acknowledged that he was

21    not the prophet while you were in the group?

22    A.   No.

23    Q.   Did you -- strike that.  Was it your belief that he was

24    that caused you to work without pay?

10:22:57  25    A.   Can you repeat that?

1    Q.   Was it your belief in him that caused you to work

2    without pay?

3    A.   Yes.

4    Q.   And those beliefs were false?

10:23:07 5    A.   Yes.

6    Q.   And then you suffered injury as a result?

7    A.   Yes.

8    Q.   Okay.  Let's talk just a little bit about working.

9    Were you ever restrained -- you mentioned that you lived in

10:23:34 10   a home with a work crew?

11   A.   Yes.

12   Q.   Is that right?

13   A.   Yes.

14   Q.   Could you leave any time?

10:23:44 15   A.   No, not without -- no, you had to leave with someone so

16   that we were all watching each other.

17   Q.   Um, how many men or boys would be in this -- in a

18   typical home?

19   A.   Um, 15 to 30 at a time.

10:24:06 20   Q.   Okay.  And what states did you work in besides Texas,

21   and Colorado City, Arizona.  What other states?

22   A.   I worked in Oregon, in Washington state, um, Oklahoma,

23   Kansas, Nevada, California, Arizona, Montana.

24   Q.   During any of these work assignments did you have any

10:24:43 25   control over your earnings?

1    A.    No.

2    Q.    And even though you didn't recognize fraud while you

3    were in the group, you now recognize it -- excuse me.

4    Strike that.  Even though you didn't recognize that you were

10:24:57  5    fearful when you were in the group, do you now recognize

6    that you lived in fear?

7    A.    Absolutely.  And we -- we lived in fear.  That's the

8    way everybody lives in the church is he controls the people

9    through fear.

10:25:18  10    Q.    If you had had knowledge while you were in the FLDS

11    that Warren Jeffs had admitted that he was a fraud, would

12    you have taken any kind of action?

13    A.    I would have left immediately.

14    Q.    Did that information ever get to you?

10:26:13  15    A.    It never did.

16    Q.    So the context was that you believed fully in what he

17    was saying and doing and holding himself out as a prophet?

18    A.    Absolutely.

19    Q.    As did everybody else?

10:26:25  20    A.    Uh-huh (affirmative).

21    Q.    And I suppose for those of us who weren't born and

22    raised in it, it is hard to decide, you know, it is hard to

23    judge?

24    A.    It is.

10:26:36  25    Q.    Because if we were born and raised in it, we would

1      probably be in the same boat?

2      A.    I would agree.  I mean it is all we knew.

3      Q.    Okay.  Your Honor, I would submit Thomas's damages

4      through Exhibit A.  And Thomas, if there were -- why are you

10:27:00  5   testifying today, what is this all about?

6      A.    Um, this is mostly just to help maybe bring some light

7      to the people that are still there.  Um, if you knew Warren

8      had actually has been doing and what the lies that you were

9      being led to believe, you knew what I knew, you would run as

10:27:27 10   fast as you could away from it.

11     Q.    Problem is, they don't get the information.

12     A.    They don't get the information.

13     Q.    But nevertheless, are you hopeful that they'll hear

14     something about this and maybe check it out?

10:27:39 15   A.    If we can help a few people then that's what I'm here

16     to do.

17     Q.    Okay.

18             MR. HOOLE:  Unless the court has questions.

19             THE COURT:  Lyle Jeffs is your father?

10:27:48 20            THE WITNESS:  Yes.

21             THE COURT:  What is he doing now?

22             THE WITNESS:  I honestly have no idea.

23             THE COURT:  You have no association?

24             THE WITNESS:  I have no association with him.  I

10:27:56 25   haven't talked to him since the day I left in October

1      of 2013.

2                  THE COURT:  2013.

3                  THE WITNESS:  Uh-huh (affirmative).

4                  THE COURT:  Okay.

10:28:01    5      MR. HOOLE:  I could answer that, Your Honor, but

6      maybe --

7                  THE COURT:  Yeah, go ahead.

8                  MR. HOOLE:  You want me to?  Well, Warren Jeffs

9      is still in prison, and Lyle Jeffs is out of prison but on

10:28:16   10      parole.

11                  THE COURT:  Supervised release.

12                  MR. HOOLE:  Yes.  And Warren Jeffs seems to have

13      or at least the perception is that he has turned control of

14      the church over to his son Helaman Jeffs who has been

10:28:32   15      contacting people considered still faithful and rounding

16      them up and getting them ready to turn in their -- well to

17      bring the girls and children back.

18                  And so the challenge right now is getting these

19      children for the parents who are out who can protect them.

10:28:55   20      Because the folks that are in, don't recognize that the

21      prophet can do wrong and therefore they're not equipped to

22      protect their children.

23                  THE COURT:  Where he is trying to gather them?

24                  MR. HOOLE:  We believe that he is trying to

10:29:09   25      gather them to the Dakotas, particularly North Dakota, and

1      Nebraska.

2                THE COURT:  Okay.

3                MR. HOOLE:  That's the -- that's the word.  It's

4      hard to know.

10:29:20  5                THE COURT:  That has nothing to do with this

6      trial?

7                MR. HOOLE:  It has nothing to do with this trial

8      other than we hope this trial may send a message that the

9      people who are still followers can at least invite them to

10:29:34  10      look a little bit more deeply so that they can make their

11      own religious decisions.  That's all.

12                THE COURT:  Okay.

13                MR. HOOLE:  Okay.  Thank you, Thomas.

14                THE COURT:  Thank you, Mr. Jeffs.  You may step

10:29:45  15      down.  Why don't we take a break.

16                MR. HOOLE:  Okay.

17                THE COURT:  About 10 minutes.

18                MR. HOOLE:  Yeah.

19                THE COURT:  All right.  Thank you.

10:44:01  20                (Recess.)

21                THE COURT:  Mr. Hoole, if I was not helpful to

22      you in suggesting that each of the witnesses be allowed to

23      be prepared to testify as to amounts that might be

24      represented elsewhere in what you filed and proffered, I

10:44:33  25      wish that you would do that.  If you can prepare each

1    witness to testify as to specific damages in addition to

2    that which you have proffered I would appreciate it.

3              MR. HOOLE:  Okay.

4              THE COURT:  Okay.

10:44:48  5              MR. HOOLE:  Could we perhaps recall Alicia

6    Rohbock for that purpose?

7              THE COURT:  Certainly.

8              (Whereupon, Alicia Rohbock recalled

9               as a witness.)

10:45:15  10              THE COURT:  Ms. Rohbock, I remember that you're

11    still under oath.

12              THE WITNESS:  Yes.

13                    **CONTINUED DIRECT EXAMINATION**

14    BY MR. HOOLE:

10:45:20  15    Q.   Alicia, there was some discussion when you testified

16    earlier about some $40,000 in medical bills.  Have you been

17    able to verify that your medical bills were at least that

18    amount?

19    A.   Um, in my experience much, much more because I had been

10:45:36  20    in medical facilities from the time I was in the religion

21    clear to this point today.

22    Q.   And you are wearing a neck brace.  Is that related to

23    the --

24    A.   The pinched nerves and the trigeminal neuralgia I'm

10:45:53  25    dealing with right.  Last week I was on I.V.s twice and I

1    was also in the ER all day Tuesday.

2    Q.    And is it your understanding that your diagnosis is

3    stress related?

4    A.    Yes.

10:46:03  5    Q.    How do you have that understanding?

6    A.    Um, because I -- again, when I testified earlier, AS is

7    in the blood marker from your parents but it is only

8    activated under extremely high stress circumstances.

9    Q.    Is that something you concluded from speaking with your

10:46:22 10   physicians?

11   A.    Yes.

12   Q.    Are you under any kind of medication right now?

13   A.    Many.  Many medications.

14   Q.    What is the cost per month of your current medications?

10:46:33 15   A.    Oh, um, Medicaid helps cover some of that so in the

16   thousands.  But for the Enbrel that I am on for the AS, it's

17   $7,000 a month.

18   Q.    Um, the AS, is that the working diagnosis they have for

19   you?

10:46:48 20   A.    The ankylosing spondylitis which is pinching the nerves

21   in my neck and in my face.

22   Q.    And do you have an understanding of whether or not that

23   is a progressive illness?

24   A.    It becomes worse as you age.

10:47:02 25   Q.    Okay.

A.   It is a disease of the spine so it affects every part
of the body.

Q.   Okay.  So at this point in time do you have a
conservative estimate of what you believe your medical bills
have been?

A.   I do not.  I mean all I know is that I have been
hospitalized up at clinics constantly for the last several
years.

Q.   Okay.  Do you know whether they're more or less than
$100,000?

A.   I would imagine much more.

        MR. HOOLE:  Okay.  That's all I have got, Your
Honor.

        THE COURT:  Okay.

        MR. HOOLE:  Maybe I could call Briell Decker
really quick.

        THE COURT:  All right.

        MR. HOOLE:  And may this witness be excused?  She
wants to go rest.

        THE COURT:  Yes.

        (Whereupon, Briell Decker recalled as a witness.)

        THE COURT:  Go ahead, Mr. Hoole.

                **CONTINUED DIRECT EXAMINATION**

BY MR. HOOLE:

Q.   Briell, you're still under oath.

```
 1    A.    Right.

 2    Q.    Let me just ask whether you have had an opportunity to

 3    review those common allegations that you were provided?

 4    A.    Yes.  I did read them but fast.

 5    Q.    Are they accurate?

 6    A.    Yes.

 7              MR. HOOLE:  I think that's all we need on that.

 8              THE COURT:  That is all I need to hear.  Thank

 9    you, Ms. Decker.  Do you wish to have her excused as well?

10              MR. HOOLE:  Yes, but I think she might want to

11    stay.

12              THE COURT:  You're welcome to stay but you're

13    also free to go if you want to, all right?

14              MS. DECKER:  Thank you.

15              MR. HOOLE:  We call Sarah Allred.

16              THE CLERK:  Raise your right hand.

17                        SARAH ALLRED,

18      called as a witness at the request of the Plaintiffs,

19            having been first duly sworn, was examined

20                  and testified as follows:

21              THE WITNESS:  Yes.

22              THE CLERK:  Thank you.  And would you state and

23    spell your name please.

24              THE WITNESS:  Sarah, S-A-R-A-H, Allred,

25    A-L-L-R-E-D.
```

1          THE CLERK:  Thank you.

2                    **DIRECT EXAMINATION**

3    BY MR. HOOLE:

4    Q.    Good morning, Sarah.

10:49:37   5    A.    Good morning.

6    Q.    Were you born and raised in the FLDS?

7    A.    I was.

8    Q.    Okay.  Do you remember a time when Warren Jeffs took

9    over the church for his father?

10:49:55  10    A.    Definitely.

11    Q.    When approximately was that?

12    A.    2003, 2002.  When he officially took over.

13    Q.    And prior to that time had he become the mouthpiece of

14    the prophet?

10:50:12  15    A.    Yes, he had been for years.

16    Q.    Had he held himself out as the mouthpiece of the

17    prophet?

18    A.    Yes.

19    Q.    And after Rulon Jeffs' death, did he hold himself out

10:50:26  20    as the prophet of the FLDS people?

21    A.    Yes, he did.

22    Q.    Do you remember him saying that being -- calling

23    himself the prophet and referring to himself that way?

24    A.    Yes.

10:50:35  25    Q.    Did others --

1    A.    Immediately after Jeffs died then -- then Warren

2    stepped forward to the people who were with him and told him

3    that he was the -- he said father has spoken that I am a

4    prophet now.

10:50:59  5           THE COURT:  Ms. Allred, would you pull that

6    microphone closer to you, please.

7    Q.    (By Mr. Hoole)  That will aid my hearing aids.  Thank

8    you.  And did other people refer to him as the prophet?

9    A.    Yes.

10:51:14 10   Q.    Um, was he regarded as the prophet throughout the

11   community?

12   A.    Yes.  I know that there was a lot of conflict about it

13   but ultimately if you didn't acknowledge him as the prophet

14   then you were an apostate.

10:51:28 15           THE COURT:  Was he the oldest son of Rulon Jeffs?

16           THE WITNESS:  No.

17           THE COURT:  Who was the oldest son.

18           THE WITNESS:  I don't actually remember.

19           MR. HOOLE:  Might depend on the wife.  Well it

10:51:42 20   wouldn't depend on the wife if it's the oldest son of Rulon

21   Jeffs.  I'm sure somebody would know that but I don't, Your

22   Honor.

23           THE COURT:  It's not really relevant.  I'm

24   just --

10:51:51 25           THE WITNESS:  He was actually one of the younger

1    ones.

2    Q.   (By Mr. Hoole)  He was the favored son, was he not?

3    A.   Yes, definitely.

4    Q.   Okay.

10:51:59  5         THE COURT:  How was that reflected that he was

6    the favored son?

7         THE WITNESS:  Um, Rulon always said Warren will

8    speak for me and he always referred to him publicly in front

9    of the community for years before he passed away.

10:52:18  10        THE COURT:  Who was the prophet before Rulon

11    Jeffs?

12        THE WITNESS:  Um, LeRoy S. Johnson.

13    Q.   (By Mr. Hoole) Are you aware that Rulon Jeffs made

14    Warren Jeffs the principal of Alta Academy?

10:52:38  15    A.   Yes, I went to school at Alta Academy.

16    Q.   And was that an indication of favoritism for Warren?

17    A.   Um, yes.  And he also constantly would come over the

18    radio at the school and say that his son Warren was doing

19    his will and that he was a good man.

10:53:10  20    Q.   And as the principal of Alta Academy, was Warren placed

21    in a position where he could help formulate the minds of the

22    young people of the church?

23    A.   Definitely.

24    Q.   Alta Academy was actually located in Sandy, was it not?

10:53:25  25    A.   Correct.

1   Q.   Just at the base of Little Cottonwood Canyon?

2   A.   Yes.

3   Q.   And did you move down to the community in Short Creek

4   in 2001 with everybody else?

10:53:37 5   A.   I actually moved down in 1998 because that is when I

6   got married.

7   Q.   Okay.  Let's focus on your marriage.  Was it an

8   arranged marriage?

9   A.   Yes.

10:53:50 10   Q.   What does that mean?

11   A.   That means that the prophet chooses who you marry.

12   Q.   Do men have the ability within the FLDS to go to the

13   prophet and say hey I would like another wife?

14   A.   I am not -- I don't know.

10:54:09 15   Q.   I'll ask a man that then.

16   A.   Yeah.

17   Q.   Okay.  As a woman in the FLDS, what input do you have

18   in terms of who you marry?

19   A.   None.

10:54:21 20   Q.   Did you know your husband before you were married?

21   A.   No.

22   Q.   How much notice did you have from the time you were

23   told you would marry him until the time you actually did?

24   A.   I met him three hours after I knew he existed.

10:54:38 25   Q.   So you married him three hours later?

1   A.   Yeah.  After -- I met him three hours after I found out

2   that is who I was going to marry.

3   Q.   Oh, I see.  And then how quickly did you marry him?

4   A.   Um, about an hour after I met him.

10:54:55  5          THE COURT:  How old were you?

6          THE WITNESS:  18.

7   Q.   (By Mr. Hoole)  Um, did you have children with him?

8   A.   I did.

9   Q.   How many?

10:55:06  10   A.   Six.

11   Q.   Now, are any of them here today?

12   A.   No.

13   Q.   Okay.  I was hoping they might be able to come.  So

14   let's talk about your situation.  Did you believe Warren

10:55:21  15   Jeffs was the prophet?

16   A.   Yes.  Because, um, that's what we were told.

17   Q.   That's what he told you?

18   A.   That's what he told us.

19   Q.   Is that what he told the whole community?

10:55:32  20   A.   Yes.  He told the whole community but he, like I said

21   before, he was very verbal about it immediately after Warren

22   -- I mean after Rulon passed away.

23   Q.   And have you heard the phrase the prophet can do no

24   wrong?

10:55:47  25   A.   God and the prophet always and only do right.

1   Q.   So I'm paraphrasing a little bit.  What does that mean

2   as you understand it?

3   A.   It means that they can do no wrong, that God would

4   never lead the prophet astray.

10:56:06   5   Q.   Did that enable him to have a certain degree of control

6   over your life?

7   A.   100 percent.

8   Q.   What aspects of your life did he control?  I guess

9   100 percent is 100 percent but --

10:56:17   10   A.   Um, long before Rulon passed away then soon after I was

11   married then my husband was the bodyguard to the prophet.

12   And so we were really close to the family and witnessed a

13   lot of things that they were doing from the outside in like

14   we were -- I wasn't as involved just more I was the fly on

10:56:49   15   the wall, so to speak.

16   Q.   Were you ever -- in the sense that he had 100 percent

17   control over your life, did you do whatever he commanded you

18   to do?

19   A.   Yes.  I -- I tried really hard to be perfectly obedient

10:57:15   20   because that was the only way that I could have my salvation

21   and also eventually when I started having children and it

22   was the only way I could keep my family.

23   Q.   So the prophet wanted you to get married?

24   A.   Yes.

10:57:34   25   Q.   Told you who to marry?

1    A.    Yes.

2    Q.    And were you told you needed to have children?

3    A.    Yes.

4    Q.    And did you have children?

10:57:41  5    A.    Yes.

6    Q.    Okay.  All of that because you were trying to be

7    faithful?

8    A.    Yes.

9    Q.    Okay.  When you were in the group, did you ever learn

10:57:56  10    that maybe he wasn't the prophet?

11    A.    No.

12    Q.    Did you ever allow yourself to think that maybe he

13    wasn't the prophet?

14    A.    I --

10:58:09  15    Q.    You're under oath.

16    A.    I did.  Um, there was a time -- there was a time where

17    I -- I really struggled because it just didn't feel right

18    but I didn't know if it was -- I didn't feel like the

19    feelings were righteous.  I felt like I just needed to get

10:58:31  20    over it.

21    Q.    Had you been taught to discard any kind of negative

22    feeling toward the prophet?

23    A.    Definitely.

24    Q.    Who had taught you that?

10:58:40  25    A.    He did.  After Rulon Jeffs had his stroke, then I

1    witnessed for years Warren being in full control of the

2    narrative, so to speak, where he led the people way longer

3    than they realized because Rulon couldn't even communicate

4    normal, like he couldn't verbally communicate.  Rulon did

10:59:21  5    pretty much everything, but Warren did pretty much

6    everything for Rulon except for kiss his wives good night to

7    my observation.

8    Q.   And did Rulon's wives eventually become Warren's wives?

9    A.   Yes, a lot of them did.

10:59:38  10   Q.   Okay.  Were you ever made aware that he had confessed

11   that he was not the prophet?

12   A.   No.  Not until I was out for a while.

13   Q.   If you had known that he had confessed that and said I

14   haven't held priesthood since I was 20, what would that have

11:00:03  15   done to you at the time?

16   A.   It would have made me leave a lot sooner than I did and

17   it would have crushed me because I would have realized that

18   everything that I had gone through, everything that I had

19   suffered, everything that he had put me through was all a

11:00:26  20   lie for a lie.

21   Q.   And was what you went through a lie?

22   A.   Yes.  Well, the reasoning for what I went through it

23   was a lie.

24   Q.   And did you rely on that lie?  In other words, did you

11:00:45  25   do things because you believed the lie?

99

A.    Definitely.

Q.    And we talked about some of that children marriage,
working.  Did you work for the -- for the prophet as well,
provide labor?

A.    Yes.  Yes.  I think I held my first $50 bill when I was
about 28 and that was the only -- it was just once that I
ever had that much money or pretty much any money.

Q.    As a mother of children, did you ever lose control of
your children?  Did you ever lose your children, I should
say?

A.    When I became a parent then I knew that my job was to
protect them and to take care of them.  I had had -- I was
on my third pregnancy when I realized that I couldn't
protect them or I would lose them altogether.

Q.    What do you mean by that?  How would you lose them
altogether if you couldn't protect them?

A.    Um, one time I questioned what Warren was having my
husband do and he threatened -- my husband told me that if I
was to ever utter a word against anything that he or the
prophet did then I would never see my children again.

Q.    Okay.  And did the prophet ever say that same kind of
thing to you?

A.    Yes.  A couple of years later then he -- he said that
for -- and it was before he actually did take the children
away from me, um, about six months before that then he told

100

1    me that for me to ever stand between what he and God did

2    with my children would not only bring damnation to my soul

3    but to theirs as well.

4    Q.   Did you have any particular worry with respect to your

11:03:33  5    oldest daughter?

6    A.   Um, Warren groomed, was what I would say especially

7    now, groomed my oldest daughter who was, when I came to

8    realize what was happening she was seven at the time.  And

9    when she was 11, then he would send her special messages

11:03:58  10   from prison how to conduct herself and prepare herself for

11   marriage and to be placed by a man of God and he referred to

12   himself being the person that she belonged to.

13        When I became aware of that, then I wrote him --

14   he was in prison at the time and I realized one time then I

11:04:38  15   witnessed something that I was not supposed to see and it

16   was young girls who were -- who I knew to be around 11 and

17   12 were being trafficked for him under the care of some of

18   his trusted wives to groom them to save them for Warren.

19   And that's when I realized, because I felt like my daughter

11:05:13  20   was safe because he was in prison, that's when I realized

21   that she wasn't safe.

22        I, um, further learned that he had taken a

23   12-year old daughter just in the middle of the night, her

24   parents didn't know where she was or anything except for

11:05:36  25   that they were honored to have her go to Zion.  But the

1   truth was that he had somebody get this daughter and take

2   her and put her under the care of one of his trusted wives

3   in order to prepare and groom her for him.

4   Q.   You're afraid this might happen to your oldest

11:06:03  5   seven-year old?

6   A.   She was -- she was 11 at the time that this took place

7   and I knew that she wasn't safe.  And so I wrote a letter to

8   Warren Jeffs telling him that I wasn't okay with my daughter

9   marrying him ever or especially getting married until she

11:06:32 10   was of age to make up her own decision.  Shortly after that,

11   then I was charted again and eventually my children were

12   taken away from me again and hidden from me.

13   Q.   Had that happened previously?  Had some of your

14   children been taken way from you and hidden from you?

11:06:57 15   A.   I spent more time without my children than I did with

16   my children.

17   Q.   Writing the letter to Warren Jeffs to protect your

18   daughter seems to be a pretty remarkable thing to do.  That

19   is a dangerous thing, is it not?

11:07:16 20   A.   Yes.  But when it comes to a mother protecting her

21   child, you don't care about your own life.  You don't care

22   about what will happen to you as long as you can protect

23   your child.

24   Q.   So in this context you need to protect her, at one

11:07:38 25   level you understand that, but in another level are you

1    still believing sincerely that he is the prophet?

2    A.    Yes.  I didn't know if God was going to strike me dead

3    or not but it was worth the risk.

4    Q.    So you said for a period of time the children were away

11:07:59  5    from you more than they were with you.  How many years?

6    A.    Um, my children were used to control me.

7    Q.    What do you mean by that?

8    A.    Um, if I didn't conform or do exactly what I was told

9    and sometimes even when I thought I was, then my children

11:08:23  10   would be taken away and I wouldn't see them for years at a

11   time.

12   Q.    And that was leverage to control you?

13   A.    Leverage to control me and I was always kind of a

14   stubborn independent person, and I had a hard time not

11:08:41  15   thinking for myself.  And that was the way to conform me to

16   their will.

17   Q.    So in the FLDS, if the prophet controls the children he

18   controls the parents, doesn't he?

19   A.    Correct.

11:09:01  20   Q.    And in the FLDS, the prophet is the priesthood,

21   correct?

22   A.    Right.

23   Q.    And the children belong to the prophet?

24   A.    Yes.  And -- and not even -- I know a lot of people say

11:09:16  25   they belong to God and priesthood but or the prophet, but

1    they don't even belong to priesthood because priesthood can

2    lose the children just as much as anybody.

3    Q.    And were you ever placed in the dilemma where you had

4    to decide I'll give up this child to protect the others?

11:09:40  5    Did that ever happen to you?

6    A.    Many times I was -- my oldest daughter often was like

7    even when I was able to see my children, Warren would send

8    word to Richard to not let her be under my care.

9    Q.    Was there -- speaking of Richard, your husband, is he,

11:10:25  10   to your knowledge, still a faithful follower of Warren Jeff?

11   A.    My ex-husband?

12   Q.    Your ex-husband?

13   A.    As far as I know.  I haven't heard or seen him since I

14   left.

11:10:37  15   Q.    Is he off doing work for the prophet to your knowledge?

16   A.    To my knowledge.

17   Q.    How long has that been?

18   A.    Since I saw him or since --

19   Q.    Since he left to do work for the prophet and left the

11:10:56  20   family?

21   A.    I don't know.  Um, I know that since I left was in 2012

22   then I haven't seen or heard from him.

23   Q.    Now you say you left, how did you leave?

24   A.    Well, I was actually excommunicated because of that

11:11:16  25   letter that I wrote to Warren about my daughter.

1    Q.   When you say excommunicated what did that mean for you?

2    A.   Damned to hell.

3    Q.   Were you sent away?

4    A.   Yes.

11:11:29  5    Q.   Were you sent away forever?

6    A.   I was sent away forever.  But I didn't believe it

7    because I knew I had never done anything that would damn me

8    to hell, as they put it.

9    Q.   The only thing you had done is try to protect your

11:11:48  10   oldest daughter?

11   A.   But I had tried to protect all my children but in that

12   scenario it was protecting my oldest daughter.

13   Q.   So when they sent you away forever, you thought you

14   might be able to come back; is that right?

11:12:01  15   A.   I knew in my heart that I would see my children again.

16   Q.   Okay.  Where did you go when they sent you away

17   forever?

18   A.   Um, I was instructed when they read me the revelation.

19   Q.   Now, this is a revelation from Warren Jeffs?

11:12:21  20   A.   From Warren Jeffs.

21   Q.   Okay.  What did -- tell us about that?

22   A.   When they read me the revelation, they told me that I

23   was guilty of child murder and that I was to go far away

24   forever.  And they instructed in this revelation it

11:12:44  25   instructed me to not go to any of the states that the Lord

1    was doing his work, and to not go past the Mississippi

2    border.  And so I just drove and ended up in Nebraska.

3    Q.   Did you know anybody in Nebraska?

4    A.   No.  But I was also instructed to not associate with

11:13:15  5    anyone, apostate or not apostate.  So basically you're just

6    in solitary confinement without being caged.

7    Q.   So before you were sent away, there had been multiple

8    times when your children were taken from you.  Is that

9    correct?

11:13:40 10    A.   Correct.

11    Q.   Physically taken from you?

12    A.   Physically taken from me.  Them screaming and crying

13    and ripped away from me.

14    Q.   How did that make you feel?

11:13:51 15    A.   I don't think there is any words for how that felt.  It

16    felt like my heart was being ripped out of my chest and I

17    couldn't do anything about it.

18    Q.   Was there anything you could do other than try to show

19    more obedience, more faithfulness, in an effort to win them

11:14:19 20    back?

21    A.   Not as far as I knew.  Um, the only thing -- like I --

22    it was impossible.  It was just impossible to be what they

23    wanted me to be and I don't think they really ever intended

24    me to be a mother to my children.

11:14:45 25    Q.   Who actually sent you away?

```
  1    A.    Warren Jeffs.

  2    Q.    Who spoke for him?

  3    A.    Different times it was different people.  Sometimes it

  4    was his brothers, sometimes it was my husband.

11:15:03  5    Q.    Okay.  When you were sent and you went to Nebraska, who

  6    voiced that revelation to you?

  7    A.    Isaac Jeffs.

  8    Q.    Okay.  One of the brothers?

  9    A.    Yes.

11:15:14 10    Q.    Okay.  And you drove to Nebraska?

 11    A.    Yes.

 12    Q.    What were you thinking?  What you were feeling?

 13    A.    I don't know how to explain it.  I was in shock.  I was

 14    determined to do whatever I needed to do to get my children

11:15:57 15    back and I knew that I needed to find out what that was and

 16    I would do whatever it took.

 17    Q.    At that point in time did you still sincerely believe

 18    Warren Jeffs was the prophet?

 19    A.    A hundred percent.  And I didn't just have, what you

11:16:21 20    would say, a blind belief.  There were circumstances and

 21    things that happened to me to convict me.

 22          For instance, one time then Rulon -- I mean,

 23    sorry, Warren sent a message to my husband that I was to not

 24    have anything to do with my former family or his former

11:16:52 25    family and that I was to annihilate them from my life.  And
```

107

1    I really struggled with that.

2             And then a little bit later, and I had my own

3    private feelings about it, I did not voice them to anyone.

4    And a few days later, then Richard got another revelation

11:17:24   5    and I could hear, I was sitting by him and I could hear

6    Warren's voice over the phone say that the Lord is

7    displeased because I am having hard feelings towards the

8    prophet and Richard for this reason.  And I just thought to

9    myself I didn't tell anybody that.  There is no way that he

11:17:54  10    can know that except for that he must be the man that talks

11    to God.

12    Q.   Was there a time that you lived in a house of hiding in

13    Colorado?

14    A.   There was a time that I lived in a house of hiding many

11:18:12  15    places and Colorado was one of them.

16    Q.   Okay.  Did you -- were you involved in an ATV accident

17    at one point?

18    A.   Um, I was.  I was -- I was on an ATV, that was the only

19    vehicle that we had on the property, and it flipped over on

11:18:42  20    top of me and I was life-flighted to the nearest trauma

21    center.  I was in a coma for a couple of weeks, at least,

22    and when I came out of the coma, then I didn't remember

23    anything except for I knew I was a mother and I knew my

24    children's names, and I knew my husband and that was all I

11:19:17  25    could remember or I had to relearn how to do everything,

1    walk, and communicate.  They told my family that I would

2    most likely never walk again and that I would never be able

3    to communicate normally again, that I would pretty much most

4    likely be a vegetable when I woke up if I did wake up.

5            But I knew in my heart that I had to fight for my

6    children and that's what ultimately helped me walk again.

7    Helped me -- drove me to become everything that I could

8    become again.

9    Q.   Okay.  So were you able to get all of the medical care

10   you needed?

11   A.   They took me out of the hospital against medical advice

12   as soon as I could walk with a walker, I couldn't even walk

13   on my own yet.  But as soon as I could walk out of the

14   hospital, then they took me out and then I was corrected,

15   meaning punished for not having enough faith to be healed

16   without medical assistance, without doctors.

17   Q.   Did you receive any more medical care?

18   A.   No.

19   Q.   Were you prevented from receiving medical care by

20   anybody?

21   A.   Yes.  I would go to my husband and ask him if I could

22   keep going and he said that Warren Jeffs told him that if I

23   was pure enough, then I would be healed on my own by -- with

24   my faith.  And so I wasn't allowed to get the care I needed.

25   Q.   Among the many injuries you suffered, did you also

1    suffer a brain injury?

2    A.   Yes.

3    Q.   And does that still affect you?

4    A.   In a lot of ways it does, but I do pretty good at

11:21:55  5    everything.  I had a stroke because of it.  Um, I get a lot

6    of headaches, there is a lot of scar tissue where my injury

7    was.  I have memory loss, I am short term memory loss

8    mostly.  For instance, I forget like what happened like that

9    day or a couple of days before but I can, if I worked, like

11:22:40  10   if I work hard then I have been able to remember a lot of

11   what has happened to me in the past but it's hard for me to

12   remember day-to-day things.  Like I'll call my daughter and

13   she'll say mom, you barely called me five minutes ago and I

14   have no recollection of that and that's kind of typical.

11:23:07  15   Q.   So let me ask you this, when you're in Nebraska, sent

16   away forever but hoping to be called back if you're faithful

17   enough, what -- how did you process things on top of this

18   brain injury?  What happened over the next couple of years

19   in Nebraska?

11:23:29  20   A.   I lived in my own hell.  I don't know how to explain

21   it.  I still believed that I had to have the faith to be

22   healed in order for me to be able to return to my children.

23   I didn't -- at that point I didn't care about going back to

24   the religion, I just wanted to be with my children and I

11:24:03  25   worked hard to process and remember everything because I

1      didn't know why I was there, I didn't understand what I had

2      done.  And it took me about two years, plus a little, in

3      order to process my life, reprocess it, in order for me to

4      get to the point to where I could have the strength and the

5      willpower to go and find my children and get them back.

6      Q.   How did you, after going through this process and

7      deciding that you needed to go find your children and get

8      them back, how did you do that and where were your children?

9      Were they with their father?

10     A.   I didn't know, um, but I inquired around some of the

11     people who had left after me and I found out that my

12     children were not in fact with their father, that they were

13     with my former sister wives who I knew if that was the case

14     then they were not safe and I knew that they weren't being

15     treated right and that it helped drive me to find them and

16     get them out.  But at that point I didn't know any truths of

17     Warren Jeffs or --

18     Q.   This was the process you were going through for a

19     little over two years trying to understand what had happened

20     and what you needed to do?

21     A.   Right.  But ultimately, um, I didn't find out.  I had

22     called every single day for two years and three months

23     trying to get information about my children.  And after I

24     started calling, after about two years, then they acted like

25     I didn't even exist.  They're like I don't know who you are

1    and you're not in our -- so basically you're blotted out.

2    So whoever you are, then you're not anything to us and

3    that's when I realized that they were never intended to let

4    me return.

11:26:46 5    Q.   Is that when you realized that you were actually sent

6    away forever?

7    A.   That's when I accepted it.

8    Q.   What did you do next?

9    A.   I called this nice lawyer man that helped me.

11:27:05 10   Q.   Were you able to get your children?

11   A.   Um, it was hard to -- we didn't know where they were at

12   because for their whole lives they had bounced around from

13   compound to compound and house of hiding.  You know what I

14   knew how secretive the FLDS were so I knew it would be hard

11:27:33 15   but I finally, with the help of law enforcement, I had the

16   Washington County and actually the FBI helped me, um, and we

17   sent a threatening letter to the bishop's office that said

18   if I do not have my children within the hour, then I was

19   going to bring in law enforcement to raid the community

11:28:16 20   until I found my children.  And that ultimately scared them

21   and they brought my children to me.

22   Q.   Who was the bishop?

23   A.   Lyle.

24   Q.   And you say "they" brought them to you?

11:28:33 25   A.   I think --

112

1  Q.   Where did they bring them?

2  A.   I actually didn't know who the bishop was at the time.

3  All I knew is where the place was that --

4  Q.   Okay.

11:28:45  5  A.   -- that they work out of, the bishop's office.

6  Q.   But you sent this letter and then --

7  A.   I dropped it off to the actual front door.

8  Q.   Okay.  And then were you able to, with the assistance

9  of law enforcement, force them to bring your children to

11:29:05  10  you?

11  A.   Yes.  We -- first, in order for the FBI and the

12  Washington County to help me, then I had to go to the -- I

13  had to go to the police station, the town police station and

14  get their help first and they did not, they would not help

11:29:36  15  me and it was really frustrating.  They wouldn't help me

16  until the sheriff -- deputy sheriff somebody.

17  Q.   Deputy Sheriff Thompson?

18  A.   Yeah, came and basically stood over them and said, "I'm

19  going to watch you do your job and you get this woman's

11:30:06  20  children back to her."  And within 15 minutes then I had my

21  children after waiting for a full day of trying to get

22  information.

23  Q.   When the children arrived, how were they behaving?

24  A.   I didn't recognize my children.

11:30:28  25  Q.   Why not?  They didn't look the same physically or they

113

1    didn't act the same?

2    A.    They didn't act the same.  My children had been told

3    terrible things about me and they were scared of me.

4    Q.    When the FLDS are confronted with having to leave the

11:30:59  5    group, what is their particular fear?

6    A.    I'm sorry, can you repeat that.

7    Q.    When somebody has to leave the group, for example your

8    children, what would their fear be going with you?

9    A.    Oh, they felt -- they were told for me to even touch

11:31:21  10    them then my sins would go on them and I was a wicked

11    immoral apostate.  And it was -- they were so scared for me

12    to even touch them that I out of love and respect for them

13    and for what they were going through, I didn't touch my baby

14    girl for three months after I got them.

11:31:57  15    Q.    So they came in a vehicle?

16    A.    They brought them in a vehicle.

17    Q.    And you were in another vehicle?

18    A.    And --

19    Q.    How long did it take to get them from the first vehicle

11:32:10  20    into your vehicle?

21    A.    It was quite the -- I forced them into my vehicle.  It

22    broke my heart to do it, but I forced them into my vehicle

23    and I told them that if they don't get into my vehicle then

24    I was going to report the people that they were with they

11:32:46  25    were going to go to prison because I was going to report

114

them kidnapping.

Q.   How did they behave once you got them into your vehicle?

A.   They were little monsters.  They destroyed the vehicle and they kept, um, beating on me and pulling my hair and I had to pull over to the side of the road quite a few times. I had FBI police escort, that was quite the ordeal, to get them out of that town.  But we went and hid for a while and they still found us, they wanted my children back pretty bad.

Q.   Were you contacted by the FLDS police officers?

A.   They constantly called me, sometimes 5, 7, 10 times a day.  Then they --

Q.   Did they ever successfully find the children?

A.   Yes, they did and they tried to --

Q.   How long -- how long after you left was it that they found them?

A.   That they found us it was three months.

Q.   How long did it take before your children accepted you again as their mother?

A.   Some of them it took up to two years before my oldest actually called me mom.

Q.   How are they doing now?

A.   They're doing great.  They're really happy, successful.

Q.   Graduated from high school?

115

```
 1    A.   Graduated from high school, some of them, um --

 2    Q.   They're your children again?

 3    A.   Yeah, they're my children again.

 4    Q.   So are they happy now that they are out of the group?

 5    A.   Yes, very happy and they thank me every day for coming

 6    and getting them.

 7    Q.   You never would have lost them if you hadn't believed

 8    what Warren Jeffs had told you, correct?

 9    A.   Correct.

10    Q.   That he was the prophet and you needed to be absolutely

11    obedient?

12    A.   Correct.

13    Q.   And you didn't know of any of his confessions at all?

14    A.   Definitely not.

15    Q.   And --

16    A.   I didn't -- one of his daughters was married to my

17    husband and I still had no idea of anything that was later

18    confessed.

19    Q.   Okay.  Because that daughter had been molested by him?

20    A.   Yes.  She later told me after she left.

21    Q.   But none of that was known to you?

22    A.   No.

23    Q.   And you, like all of the other FLDS people who were

24    allowed to stay, believed 100 percent in him?

25    A.   100 percent.
```

1      Q.    Okay.

2             MR. HOOLE:  Your Honor, I think that's all I have

3      got unless the court has questions.

4             THE COURT:  Do you want to ask her about the

11:36:35  5      specifics of her damages?

6             MR. HOOLE:  Yes.  We would proffer damages based

7      on Exhibit A, and let me see what I have got on that.  Can I

8      have just a moment?

9             THE COURT:  Sure.

11:37:43 10      Q.    (By Mr. Hoole)  Sarah, your legal team would have

11      worked with you about your damages, economic losses, when

12      those disclosures were provided to the other side in this

13      case.  Do you remember working with Karen Porter to do --

14      A.    Yes.

11:38:12 15      Q.    -- to come up with that.  The document in terms of

16      labor that you provided, did you work, wherever you were,

17      for the benefit of Warren Jeffs?

18      A.    Yes.

19      Q.    What kind of work did you do?

11:38:57 20      A.    Sometimes I did a lot of different things.  It depends.

21      For a time I worked at a company that they owned called ALCO

22      Snugs, um, printing lanyards and assembling them.  Sometimes

23      I would do office work there.  Um, I would also do sewing,

24      cooking for -- sewing clothes or cooking meals for work

11:39:46 25      crews for the crews of men.

1   Q.   Were you paid for any of this?

2   A.   No.

3   Q.   The economic damages that have been calculated I think

4   through the date of the disclosures that were made for labor

11:40:13   5   total $271,142.60.  Does that sound accurate?

6   A.   I am sure that that's at least that much.

7   Q.   How far did you go in your schooling?

8   A.   Um, immediately after eighth grade then I was put into

9   teaching children school.

11:40:49   10   Q.   So you taught after eighth grade, you didn't go to

11   school?

12   A.   Right.

13   Q.   And your damages as a loss of your educational

14   opportunities have been estimated at $100,000.  Do you think

11:41:07   15   that's accurate?

16   A.   At least.  One of the hardest things right now is to

17   get a job above minimum wage and that's kind of hard to

18   support seven children.

19   Q.   And medical care, counseling, those kinds of things

11:41:26   20   that you have --

21   A.   I can't even imagine how much added up but it's at

22   least -- at least $150,000.

23   Q.   Well, the number we had was $223,540.76 but I think

24   that included a projection for future medical bills.  Does

11:41:49   25   that sound accurate to you?

1    A.    Yeah, at least.  That's not counting the accident that

2    is like all the provable --

3    Q.    Those are the economic damages?

4    A.    Yes, economic.

11:42:10 5    Q.    That is not the pain and suffering you went through?

6    A.    Right.

7    Q.    Do you still suffer from what you went through?

8    A.    I struggle with severe PTSD, um, depression, anxiety.

9    Um, I still have trouble with my brain injury, cognitive

11:42:41 10    function.

11    Q.    If you were able to have a magic wand and send a

12    message to the people that you know and love but they're not

13    listening, what would you tell them?

14    A.    I don't know exactly what I would tell them because I

11:43:05 15    know from personal experience that nobody else can do that

16    for me -- for them.  They have to do it for themselves.

17    Q.    Nobody can change your religious views?

18    A.    Yeah, it's just something that you have to do for

19    yourself.  And no matter how hard that hurts or breaks your

11:43:26 20    heart it's the truth.  They have to be ready to know what

21    the truth is and the truth that's in themselves.

22    Q.    So would the key be information?

23    A.    The key, I would say, look inside yourself and find out

24    what's true and follow it and not follow what other people

11:43:49 25    tell you that is true.

1    Q.   Just get -- seek out the information and make your own

2    decisions?

3    A.   (Witness nodded.)

4    Q.   Would that be?

11:44:00  5    A.   Right.  Correct.

6    Q.   Okay.

7              MR. HOOLE:  That's all I have got, Your Honor.

8              THE COURT:  Thank you, Ms. Allred.

9              THE WITNESS:  Thank you.

11:44:14 10              THE COURT:  Do you want her to be excused?

11              MR. HOOLE:  Yes.

12              THE COURT:  Ms. Allred, that means you don't need

13    to worry about being recalled.  You may leave.

14              THE WITNESS:  Thank you.

11:44:24 15              MR. HOOLE:  We would call Holly Bistline.

16              THE CLERK:  Raise your right hand.

17                         **HOLLY BISTLINE,**

18        called as a witness at the request of the Plaintiffs,

19              having been first duly sworn, was examined

11:45:08 20                    and testified as follows:

21              THE WITNESS:  Yes.

22              THE CLERK:  Thank you.

23              MR. HOOLE:  And Your Honor, this is a fraud

24    claim.

11:45:13 25              THE COURT:  Okay.

1        THE CLERK:  Would you please state and spell your

2   name.

3        THE WITNESS:  Holly Bistline, H-O-L-L-Y

4   B-I-S-T-L-I-N-E.

11:45:24  5        THE CLERK:  Thank you.

6        THE WITNESS:  Sorry.

7                          **DIRECT EXAMINATION**

8   BY MR. HOOLE:

9   Q.   Holly, how are you?

11:45:27  10   A.   Good.

11   Q.   Holly, where do you live?

12   A.   I live in Boise, Idaho.

13   Q.   Who do you live with?

14   A.   With my three kids.  I have three kids that live with

11:45:39  15   me in an apartment.

16   Q.   Okay.  Were you born and raised in the FLDS?

17   A.   Yes.

18   Q.   You have heard the testimony today.  Do you agree with

19   the things you have heard?

11:45:48  20   A.   Yes.

21   Q.   Did you get a chance to read those common allegations

22   of fact?

23   A.   Yes.

24   Q.   Were those accurate?

11:45:56  25   A.   Yes.

1    Q.   You need to answer audibly.

2    A.   Yes, sorry.

3    Q.   Thank you.  And did you also read the specific

4    allegations relating to your experience?

11:46:06 5    A.   Yes.

6    Q.   Were those accurate?

7    A.   Yes.

8    Q.   Okay.  I want to ask you a little bit more about those

9    and we start with Warren Jeffs becoming the prophet.  Do you

11:46:24 10    remember that happening?

11    A.   Yes.

12    Q.   What is your recollection of that?

13    A.   Um, so before he became the prophet, he was actually

14    counseling me on my first marriage over the phone and stuff

11:46:35 15    so I was talking to him.  And I'm trying to remember if it

16    was before he became the prophet or after that he told me to

17    get divorced, basically, and move down to my father's, my

18    step dad's.  So basically I knew he was the leader and --

19    Q.   So was he the leader even if he hadn't been

11:47:05 20    officially --

21    A.   Yes.  So I just have a hard time remembering exactly

22    when the switch was.

23    Q.   Okay.  So do you remember when he was officially the

24    prophet?

11:47:15 25    A.   Yes.

1    Q.   Did you accept him as the prophet?

2    A.   Yes.

3    Q.   Did you believe he was the prophet?

4    A.   I did.

5    Q.   Okay.  Was there any doubt in your mind?

6    A.   No.

7    Q.   Okay.  And you say he counseled you in his role?

8    A.   Yes.

9    Q.   Um, and told you to get a divorce?

10   A.   Yes.  He had me -- before that he had me write down

11   stuff on my husband and what was going on and call him

12   regularly and then --

13   Q.   Did you love your husband?

14   A.   I did to some degree but we definitely had our

15   problems.

16   Q.   Okay.  Was that an arranged marriage?

17   A.   Um, well, I liked him before and then Rulon told us to

18   get married and he wouldn't give us a priesthood marriage

19   for a year.

20   Q.   So you had a legal marriage?

21   A.   Yeah, legal marriage and then we were able to get a

22   priesthood marriage.

23   Q.   And that's the same thing as a spiritual marriage?

24   A.   Yeah.

25   Q.   Okay.  How many children did you have with your first

1    husband?

2    A.    I had four children from him.

3    Q.    Do you have all of those children with you at this

4    point?

11:48:21  5    A.    Yes.

6    Q.    What about your oldest?

7    A.    Um, so after I left, my oldest was still left in the

8    religion.

9    Q.    Is he still there?

11:48:33  10    A.    I haven't seen him or heard from him since which has

11    been from December of 2013.

12    Q.    Do you have any way to get a hold of him?

13    A.    I don't.  I have heard that he is working construction

14    still but --

11:48:47  15    Q.    Is he working for the church?

16    A.    As far as I know.

17    Q.    To your knowledge?

18    A.    I've never heard different so I don't know.

19    Q.    So after the prophet or Warren Jeffs told you to

11:48:59  20    divorce your first husband, were you placed in another

21    marriage?

22    A.    I was.  So I lived at my step dads for a year, around

23    that, and one day Warren called me on the phone and asked if

24    I was ready to go forward and I told him yeah.  And he said

11:49:18  25    I'll send a ride for you.  And he sent a driver who picked

1    me up that very day and took me out to LeRoy Jeffs house at

2    the time and told me I was marrying James Jessop and within

3    just a few minutes he had come in and married us.

4    Q.   Did you know who he was?

11:49:38 5    A.   I did know him because I had gone to school with him.

6    So I knew who he was but --

7    Q.   Did you have children with him?

8    A.   I had three children with him.  So at the time Warren

9    had looked at me and told me this man is a perfect

11:49:55 10   priesthood man, he's a good man, obey him, and because I

11   believed Warren so much and set me out I think that's why I

12   stayed in that marriage through the emotional and physical

13   abuse we went through for eight and a half years.

14   Q.   You are talking about the second marriage?

11:50:13 15   A.   Yeah.  Where I feel like if I wouldn't have believed

16   Warren, I wouldn't have stayed there that long trying to --

17   Q.   So did you, while you were in the FLDS, did you believe

18   Warren Jeffs was the prophet?

19   A.   Yes, 100 percent.

11:50:27 20   Q.   Did you ever --

21   A.   Even when I left I still thought he was.

22   Q.   Okay.  And did you ever question that belief?

23   A.   No.  No.  Because on the phone when he had talked to me

24   he -- he just had all of the high expectations, good

11:50:44 25   trainings, he talked against abuse for kids, just stuff like

1    that so I really thought he was a good person.

2    Q.   Okay.  And did he hold himself out as the prophet?

3    A.   He did.

4    Q.   Did he say he was the prophet?

11:51:02  5    A.   Um, he did, yeah.  Because when he told me to get a

6    divorce, I'm trying to remember how he worded it, but

7    basically through him and the Lord has told him that my

8    husband was to be sent away, wasn't worthy, and then go and

9    file, you know, the divorce and --

11:51:25 10    Q.   Okay.  Um, to your knowledge, did everybody in the

11    community believe he was the prophet?

12    A.   Yup.

13    Q.   And what happened to somebody if they didn't believe

14    that?

11:51:39 15    A.   They were sent away and had their -- I had known of

16    several people that had been sent away.

17    Q.   Is it common in the FLDS for even believing people to

18    be sent away?

19    A.   Yes.

11:51:55 20    Q.   Is it common in the FLDS to send parents away?

21    A.   Yes.

22    Q.   And leaving their children behind?

23    A.   Yes.

24    Q.   Are there a lot of children who live in the FLDS

11:52:08 25    without either their mother or their father?

1    A.    Yes.  Yes, I had sisters, nieces that had their

2    children took away.

3    Q.    Okay.  And so there parents would be off somewhere

4    repenting at a distance or struggling with their own

11:52:23  5    thoughts and emotions?

6    A.    Yes.

7    Q.    Okay.  Was that a concern for you when you were in the

8    community?

9    A.    It was.  And that is where I started thinking of

11:52:34  10    leaving was because they had took two of my boys and moved

11    them to a non-member house, boys house.  And but they took

12    my oldest son away and he was off doing construction as a

13    member so he couldn't live with me and so I had my daughter

14    and my little kids with me.

11:52:57  15    Q.    Okay.

16    A.    In a non-member house.  And it was then that I realized

17    I just can't do it with my kids being split up and I knew it

18    was just a matter of time that I was going to lose more of

19    them.

11:53:12  20    Q.    And so even though you were still a believer, you felt

21    like you had to do something before you lost even more of

22    them?

23    A.    Yes.

24    Q.    What did you do?

11:53:21  25    A.    Um, so my oldest daughter started talking about

1    leaving.  And as soon as I realized she would go with me and

2    I wouldn't have to leave her there is when we just started

3    talking about it.  I was shocked that she was even talking

4    about it.

11:53:39  5    Q.   Why were you shocked?

6    A.   I just didn't think that she would even question, you

7    know.

8    Q.   Is that the kind of thing you're not supposed to talk

9    about?

11:53:48  10    A.   Yeah.  Yeah.  And --

11    Q.   You saw you had somebody there you could confide in?

12    A.   Yes.  So once I realized she would go with me, I could

13    get my kids to go and I decided to leave.

14    Q.   Okay.  And how did you do it?

11:54:04  15    A.   Even then I didn't know if some of my other kids would

16    go or put up a fight but luckily they did, all except my

17    oldest son.

18    Q.   And you got them out?

19    A.   Yes.

11:54:16  20    Q.   When did you start questioning whether Warren Jeffs was

21    telling you the truth?

22    A.   It was probably about a half a year later that I

23    started hearing stuff about him and even then I thought oh

24    it's probably just made up, you know, and stuff.  And then I

11:54:36  25    started seeing more in those pictures with him with those

1    young girls and just started realizing wow, you know.

2    Q.   You didn't believe that?

3    A.   I didn't.

4    Q.   Have you heard anything about his confessions while you

11:54:50  5    were still --

6    A.   I hadn't, nope.

7    Q.   What information were you allowed to have?

8    A.   Basically none because we weren't allowed to go on the

9    internet or anything.  We would just -- he wanted us to

11:55:06  10    absorb in through his trainings and we would listen to his

11    tapes every single day.

12    Q.   So that's the information that you had?

13    A.   Yeah.

14    Q.   And that's the information you relied on?

11:55:19  15    A.   Yup.

16    Q.   Is that right?

17    A.   Yes.

18    Q.   You need to answer audibly.

19    A.   Sorry.

11:55:24  20    Q.   Okay.  And even for six months after you left, in order

21    to keep your children with you, you continued to believe?

22    A.   Um, I believed, but I felt like I wasn't going to be

23    part of it any more and I was worried something bad was

24    going to happen to me if I left, you know, what if all this

11:55:53  25    bad stuff happens for leaving.  So I lived in fear for a

1    part of it.

2    Q.   Had you been taught that if you left bad things would

3    happen?

4    A.   Yes.  So I was -- I was nervous to trust people and do

11:56:05  5    too much, but after I realized I just yeah totally different

6    mindset.

7    Q.   Had you been taught not to trust outsiders?

8    A.   Yes.

9    Q.   What about law enforcement?

11:56:15  10   A.   Yes.  I didn't trust hardly anybody.

11   Q.   What about judges?

12   A.   No.  It was --

13   Q.   Could -- as a member of the group, could you, if there

14   were problems, could you call the police?

11:56:31  15   A.   No.  And that is one of the things that, um, wasn't

16   like I didn't do anything when my kids were being abused, I

17   was writing letters to the prophet and the bishop thinking

18   that they were going do something and help me.

19   Q.   Did you ever try to contact the --

11:56:52  20   A.   So --

21   Q.   -- the local police that were the FLDS?

22   A.   I never did, but I definitely tried to call in and talk

23   to Warren and I wrote letters to him and the bishop telling

24   him the physical and mental abuse that was going on and

11:57:09  25   thinking something was going to happen different.

130

```
 1    Q.   Okay.

 2    A.   And it just never did because yeah, now I know why

 3    but --

 4    Q.   You never got a response?

 5    A.   No.

 6    Q.   So you had to take it into your own hands and flee with

 7    your children?

 8    A.   Yes.

 9    Q.   Was that a difficult process?

10    A.   It was.  It was -- it was -- it was a lot of fear going

11    into it.  We left in the middle of the night not that we had

12    to sneak but it was -- it wasn't worth having someone show

13    up and try to stop us or try to convince me different.

14    Q.   So had you kept the secret with your oldest daughter

15    then?

16    A.   Yes.  Yes.

17    Q.   Nobody knew you were going to do it?

18    A.   Just some of my family that was already out of the

19    religion offered to help us load up and stuff.  So they knew

20    but -- but I didn't even dare tell my oldest son because I

21    didn't know what he would do.  I didn't tell him until we

22    were on the road leaving.  So...

23    Q.   What did he do when you told him?

24    A.   He cried, he didn't understand it.  I wish now I would

25    have said more and took him, tried to convince him to go
```

11:57:19 (line 5)
11:57:32 (line 10)
11:57:55 (line 15)
11:58:06 (line 20)
11:58:22 (line 25)

131

1    with us, but at the time I felt like it wasn't safe to do

2    that.

3    Q.   So he decided he needed to stay?

4    A.   Yeah.

11:58:35 5    Q.   Okay.  How old is he?

6    A.   Um, so when he was 12 he started going on the

7    construction crews with his step dad and basically just kind

8    of got tooken (sic) away from me so I didn't really have

9    much of an influence with him.  Um, trying to remember how

11:58:55 10   old he would have been when I left.

11   Q.   He had been taken on to work crews?

12   A.   Yeah.

13   Q.   And then was he still a minor when you left?

14   A.   No.

11:59:03 15   Q.   He was over 18?

16   A.   Yeah.  He is turning 30 now this September so --

17   Q.   But regardless he decided to stay?

18   A.   Yeah.

19   Q.   And you haven't seen him since?

11:59:15 20   A.   No.

21   Q.   In the community were the homes controlled by Warren

22   Jeffs?

23   A.   Yes.

24   Q.   Was that through the United Effort Plan Trust?

11:59:36 25   A.   Yeah.  Yeah.

1    Q.    And if somebody were sent away, would they lose their

2    home?

3    A.    Yes.

4    Q.    They would lose their family?

11:59:43   5    A.    Yeah.  Like we lived in one house that my second

6    husband had built and we just got word to move to this other

7    house.  So we all picked up and moved to this other house

8    and gave that one up.  And it was really tough on him

9    because he had built that, put a lot into it.

12:00:05   10    Q.    But you do what you're told?

11    A.    Yeah.  So we moved to a different house.  And when we

12    -- when I got separated from him, because we were

13    non-members we moved to a -- and I had moved with some of my

14    children to another house.  So yeah, we just moved to

12:00:24   15    wherever they put us.

16    Q.    So when you say non-members, let's clarify that a

17    little bit.  What do you mean by a non-member?

18    A.    So we went up to the bishop and then he did a judgment

19    and if you were worthy enough you got to be a member of the

12:00:38   20    church.  If you still had to repent and weren't good enough

21    you would be a non-member.

22    Q.    And so what year was this approximately?

23    A.    There was a list of questions that, you know, and I was

24    doing everything.  I didn't understand why.  I wasn't a

12:00:52   25    member but my oldest son was a member, the rest of my kids

1    wasn't and that's where the division started with my kids.

2    Q.   Was this when the United Order was initiated in 2011?

3    A.   Yes.

4    Q.   Okay.  And that separated members of the United Order

12:01:11  5    or the UO from people who were not yet qualified to be in

6    the UO.  Is that correct?

7    A.   Yeah.

8    Q.   But the people who were not yet qualified to be in the

9    UO were still followers of Warren Jeffs?

12:01:24  10   A.   Yes.  So it got to where we had to live separate.  So I

11   couldn't even live with my oldest son because he was a

12   member and he wasn't supposed to talk to us.  So -- and my

13   husband at the time was a member and I was living in a

14   non-member house and struggling for food and money and

12:01:49  15   living off of the storehouse.  So they couldn't even help us

16   out at all.

17   Q.   So the United Order was used as a way to divide

18   families up?

19   A.   Yes.

12:01:59  20   Q.   Did that cause you -- well you said it caused you

21   concern?

22   A.   Yeah.

23   Q.   While you were in the group following Warren Jeffs, did

24   you find that he kept on giving tests that you had to pass?

12:02:17  25   A.   Yes.

1   Q.   And they got --

2   A.   Things got harder and harder.

3   Q.   Harder and harder.  And why would you try to pass that

4   test and then the next test and then the next test, why

5   would you try and do that?

6   A.   I think my angle was I wanted to be worthy enough and

7   live in the celestial kingdom.  You know, you want to live

8   with your kids forever in the next life and it's real, the

9   fear was real that my kids would be lifted up and saved and

10   I wouldn't go with them.

11   Q.   I see.  And was there also a belief that the

12   destructions would come?

13   A.   Yes.

14   Q.   What are the destructions?

15   A.   So, um, and that's what we were taught is the lifting

16   up of the whole earth would be destroyed except the people

17   that were good and worthy would be saved.

18   Q.   That's why everybody moved from Salt Lake down to

19   Southern Utah?

20   A.   Yes.

21   Q.   Um, because the world was going to be destroyed?

22   A.   Yeah.

23   Q.   And they were going to be lifted up?

24   A.   Yup.

25   Q.   But they weren't?

1    A.    It sounds crazy now, but yeah, I really worried about

2    it.

3    Q.    And the people in fact gathered one morning and were

4    not lifted up?

12:03:29  5    A.    Yeah.

6    Q.    And was there an explanation from Warren Jeffs as to

7    why they weren't lifted up?

8    A.    Um, at one point I think he told us the Lord was giving

9    us more time.

12:03:43  10    Q.    To get more prepared?

11    A.    To get more prepared.

12    Q.    Be more worthy?

13    A.    Yeah.

14    Q.    Okay.  So it was the people's fault that they hadn't

12:03:51  15    been lifted up?

16    A.    Yeah.  Yes.

17    Q.    That's why you were passing all those tests, one after

18    another, to the point --

19    A.    Yes.

12:03:57  20    Q.    -- where you're either a member or a non-member of the

21    United Order?

22    A.    Yeah.

23    Q.    And would you agree that Warren Jeffs used the belief

24    that children belong to the priesthood to separate children

12:04:14  25    from parents?

1    A.   Absolutely, yes.

2    Q.   And would you agree with the testimony earlier that if

3    Warren Jeffs controls a child, he controls the mother?

4    A.   Yes.

12:04:28  5    Q.   And was that how he was operating as you look back at

6    it now?

7    A.   Yes.

8    Q.   Okay.  Somehow you knew that instinctively and were

9    able to leave even though you believed in him?

12:04:39 10   A.   Yeah, it -- I think it was more just the heart break of

11   watching kids separated from parents.  Because I had gone up

12   and cooked and took care of like a house with 10 to 15 boys

13   that were 12 and 13 years old that weren't worthy enough to

14   live with their family any more.

12:05:01 15   Q.   Okay.

16   A.   So --

17   Q.   If you had learned while you were in the community that

18   Warren Jeffs had admitted being immoral with a sister and a

19   daughter --

12:05:16 20   A.   Yeah.

21   Q.   -- or that he had said I haven't had priesthood since I

22   was 20 and I never have been a prophet.

23   A.   Yeah.

24   Q.   What would you have done?

12:05:26 25   A.   I would have left a long time ago.

1    Q.    Do you know when he said that?

2    A.    I don't.

3    Q.    Okay.

4    A.    That was after I had left that I, you know, heard that

12:05:39  5    and stuff but --

6    Q.    Do you remember if it was before his trial in

7    Washington County in 2007.  It's okay if you don't know,

8    that's in the common allegations.

9    A.    Yeah, I don't remember.

12:05:57  10   Q.    That is in the common allegations.  But you do now know

11   that he did that?

12   A.    Yes.

13   Q.    You didn't know during the time?

14   A.    (Witness nodded negatively.)

12:06:06  15        MR. HOOLE:  One moment, Your Honor, for damages.

16   I lost my help.  Maybe we could take a two-minute break.

17        THE COURT:  Let's take a 10 minute break.  Do you

18   mind waiting?

19        THE WITNESS:  No, that's fine.

12:06:24  20        MR. HOOLE:  We're actually ahead of schedule,

21   Your Honor.  We can call a witness I was planning on calling

22   tomorrow next and be done by 1:30.

23        THE COURT:  Let's go ahead and take 10 minutes,

24   all right?

12:06:37  25        MR. HOOLE:  All right.

1           (Recess.)

2                THE COURT:  Mr. Hoole, if you and your witnesses

3      are cold, I apologize.  We have no control over the

4      temperature in this room for some strange reason.  And if

12:21:47  5      anyone's hands are cold, they should complain to

6      Mr. Robertson right here (indicating).

7                MR. HOOLE:  I haven't noticed it.  It seems very

8      pleasant to me.

9                THE COURT:  Well, I'm glad.  I'm glad.  I noticed

12:21:58 10      she put a jacket on.

11                THE WITNESS:  No, it's just for security.  Don't

12      worry about it.

13                MR. HOOLE:  It's your security blanket?

14                THE WITNESS:  Yeah.

12:22:06 15                THE COURT:  Go ahead, Mr. Hoole.

16      Q.   (By Mr. Hoole)  So Holly, you were raising a lot of

17      children in the FLDS.  But did you also do projects when

18      asked by the priesthood?

19      A.   I did some but not as much as my two oldest children.

12:22:23 20      Q.   What kind of things did you do?

21      A.   I did some of the sewing.

22      Q.   Were these sewing of --

23      A.   Sewing projects for the storehouse.

24      Q.   For example, what would you sew?

12:22:35 25      A.   Like I have sewn on the long underwear for a little

1    while.

2    Q.   The FLDS religious underwear?

3    A.   Yes.

4    Q.   So you would sew that to the storehouse and then the

12:22:46  5    storehouse would make that available to people?

6    A.   Yeah, yes.

7    Q.   Is that how that worked?

8    A.   Yeah.

9         MR. HOOLE:   Okay.   Your Honor, with respect to

12:22:52 10   economic damages, we do not have a number for Holly.   We

11   have not focused on economic damages in her situation.   So I

12   have no further questions.   If she may be excused.

13        THE COURT:   All right.   Thank you.

14        THE WITNESS:   Thank you.

12:23:06 15   MR. HOOLE:   We call Marvin Cooke.

16                    **MARVIN COOKE,**

17      called as a witness at the request of the Plaintiffs,

18          having been first duly sworn, was examined

19                and testified as follows:

12:23:35 20       THE WITNESS:   Yes, sir.

21        THE CLERK:   Thank you.   And would you state and

22   spell your name.

23        THE WITNESS:   My name is Marvin Cooke.

24   M-A-R-V-I-N, Cooke, C-O-O-K-E.

12:23:50 25       THE CLERK:   Thank you.

140

**DIRECT EXAMINATION**

BY MR. HOOLE:

Q.   Marvin, did you grow up in -- were you raised in the FLDS?

12:23:59 A.   I grew up my entire life until I was 55 years old.  I grew up in a polygamous family.  My father had four wives and so I grew up with 26 siblings that were four girls and 26 that were boys.  So yes, I grew up my entire life that way.

12:24:23 Q.   Where do you live now?

A.   I now live in Spanish Fork.

Q.   And who do you live with?

A.   Well, I live with my girlfriend, but I'm sad to tell the court that we're in a break up.  We have a break up 12:24:36 about every three months because of my condition.  It's like whenever I get into these trauma, you know, this case coming up right now it is like I lose it.  So we'll get back together and patch things up once I get through with court I think, I pray.

12:24:57 Q.   Hang on for another 45 minutes or so.

A.   Yeah.

Q.   Have you read the common factual allegations?

A.   Yes, sir.  Probably 10 times.

Q.   Do you agree with that?

12:25:08 A.   Yes, sir.

1    Q.    Okay.  Any clarifications with respect to those?

2    A.    No, not as far as the general.  I think we're good.

3    Q.    Okay.  And have you had your specific individual

4    allegations?

5    A.    Yes.  My specific ones I have read and I agree with.

6    Q.    Okay.  So you -- have you -- while you were in the

7    group, were you living in Short Creek?

8    A.    I lived in Hildale actually.  Of course we called it

9    Short Creek, we called it Short Creek.  I remember when it

10   got changed from Hildale you know from Short Creek to

11   Colorado City and Hildale in the mid 60s.  But I lived in

12   Hildale and Colorado City until 1993 and then I moved up

13   here to Salt Lake but I was still under the -- under the

14   influence of directly under Rulon Jeffs.  And I have quite a

15   bit of -- like he and I were really, really close so I have

16   a lot of stuff that I know he said to his son that I think

17   will be really important here.  But yes, I have lived there

18   and then in Salt Lake and then back down there.

19            I lived in Escondido, California for six months;

20   Portland, Oregon for six months, but those were on jobs that

21   I was doing.  My profession is flooring and it was a large

22   commercial flooring so, you know, we moved around and lived

23   in different locations.

24            THE COURT:  But were you employed by the FLDS?

25            THE WITNESS:  I owned the company.  It was my

142

1    company.

2              THE COURT:  You owned the company.

3              THE WITNESS:  So I have a lot of information on

4    how a FLDS company operates later if there is questions you

12:27:01  5    want to ask about that I'll address that specifically.

6              THE COURT:  I'm curious.  How old are you now?

7              THE WITNESS:  I'm 64 -- 64 years and 8 months and

8    I -- I barely retired.  So...

9              THE COURT:  You have been away from the --

12:27:17 10              THE WITNESS:  For 10 years in December.

11              THE COURT:  Okay.  Thank you.

12    Q.   (By Mr. Hoole)  So you lived under LeRoy S. Johnson?

13    A.   I lived under Uncle Roy, yeah, we called him Uncle Roy.

14    Q.   And then next was Rulon Jeffs?

12:27:34 15    A.   And then Rulon Jeffs.  And he and I were really close.

16    I was really close with Uncle Roy.

17    Q.   You mentioned that he shared information with you about

18    his son.  Were you talking about Warren Jeffs?

19    A.   About Warren Jeffs, yes.

12:27:46 20    Q.   What about Warren Jeffs do you think would be helpful

21    for the court to know?

22    A.   Well, I kind of thought we would get into that when we

23    started talking about my experience of what happened, but I

24    did have, like I had three wives, so I'm a polygamist and --

12:28:04 25    or I was a polygamist.  And I made the mistake and if

1    anybody that ever hears this testimony hears this I would

2    recommend they don't do what I did.  But I went and tried

3    out the experience of having sexual contact with one woman

4    while the other one was there.  It was a mistake, I admit

5    that.  But the reason I tell that to the court today is

6    because I am the only soul that I know of that heard Warren

7    Jeffs speak these words and I'm going to tell you about,

8    okay.

9         So I got brought into court, into Warren's court,

10   which I thought was Uncle Rulon but it was really Warren

11   doing the doing the interview.  My wife said we have an

12   appointment with Uncle Rulon tomorrow.  Well it shocked me.

13   I think this is important to the court to understand this.

14   I had come into Uncle Rulon's office prior to this, two

15   years prior, and Winston Blackmore, who is a bishop in

16   Canada had just barely walked out of the room.  And Uncle

17   Rulon would say these kinds of things to me because we were

18   so close.  He said, he said, Winston Blackmore and I just

19   barely shook hands with a priesthood grip and made a

20   covenant to each other that we would never see a woman

21   without her husband present.  So see in my knowledge that

22   was Rulon Jeffs' own personal training but then when it came

23   to Warren and my experiences with Warren he did not honor

24   that.  And you'll see that later in my testimony about when

25   the family, but the point I'm trying to make that I saw that

144

1    you asked about is that Warren -- after I got into court and

2    we were clear done with that case that I got brought before

3    him he said, I have a message to you from father, meaning

4    his father Rulon Jeffs.  He said father said to give you the

12:30:17  5    message that if you have ever been in the presence of more

6    than one woman at a time in a sexual way, that it's -- and

7    he put his hand up like this (indicating) and he said, that

8    is not part of the gospel, never has been part of the

9    gospel, world's before this one and never will be part of

12:30:35 10    the gospel world's beyond this.  And he went to four fingers

11    saying it like that.  I personally know from Warren's own

12    testimony to me that his father said that.

13    Q.   Okay.  Well, so you watched the transition?

14    A.   Oh, yeah.

12:30:55 15    Q.   From Rulon to Warren?

16    A.   Oh, yes.

17    Q.   And did you accept Warren as a prophet?

18    A.   Oh, with, you know, since I have got out of there,

19    since I got booted out of there I've asked myself why didn't

12:31:11 20    I go to God and ask because maybe God would have said no but

21    I didn't even stop -- he had us so entrenched in following

22    Warren, meaning Rulon Jeffs had us so entrenched in

23    following Warren that when Warren took this control, nobody

24    questioned it.  He had been -- there had been enough people

12:31:32 25    getting sent away.  We would -- you know, we were raising

1    our hand and saying yes to everything that he said.  And if

2    you didn't, you were sent away.

3    Q.   So did he claim that he was the prophet?

4    A.   Oh, yeah.

12:31:42   5    Q.   Warren did?

6    A.   Absolutely.  I was in the meeting when he had -- when

7    he had three or four witnesses get up and tell about what

8    his father had said about him prior to his and all of us, I

9    mean every one of us in that audience raised our hands.  If

12:32:00  10    we hadn't have, we would have been sent away.  But --

11    Q.   You personally believed it?

12    A.   Oh, yeah.  I --

13            THE COURT:  Mr. Hoole, you may have already

14    established this, but when was it that Warren Jeffs replaced

12:32:16  15    Rulon Jeffs?

16            MR. HOOLE:  Yes.

17            THE COURT:  And I am -- this is just for my

18    curiosity.  How long was Rulon the prophet?

19            THE WITNESS:  2001.

12:32:27  20            THE COURT:  Uncle Roy.

21            THE WITNESS:  Oh, uncle Roy died in November

22    of 1986 and Uncle Rulon died in, I don't remember what month

23    it was, but it was 2001 or '02.

24    Q.   (By Mr. Hoole)  November?

12:32:40  25    A.   November of 2002?  I was actually in Canada when it

1    happened.  But Warren, see this is the thing that is

2    important and why your -- the question needs established.

3    If Warren had already been -- even before 1980 -- '98 when

4    Rulon had his stroke, Rulon was having Warren do stuff for

12:33:02  5    him that was critical to our livelihood or our -- and so

6    Warren was basically in control long before his father

7    passed away.

8    Q.   So it was the natural thing for him to take control as

9    the prophet?

12:33:17  10   A.   Yeah, it was a natural thing for him when his father

11   had his stroke, it was natural for Warren because clear back

12   in '84 when I was -- when I was living in Manti, I forgot to

13   mention I lived in Manti when I was first married, but when

14   in 1984 or '85, it was when I remember Warren getting up and

12:33:38  15   starting giving sermons in meetings that were critical to

16   the doctrines of the church that we had, you know, that was

17   like we believed it a certain way and then all of a sudden

18   we start hearing a little bit different twist and that

19   started in the '80s.

12:33:53  20        So Warren became his father's mouthpiece in --

21   clear back in the '80s.  I remember it happening, the

22   transition.

23   Q.   And did that continue even more after?

24   A.   Oh, yeah, he took absolutely control.

12:34:14  25   Q.   We need not speak over each other.

147

1    A.    Right.  Sorry.

2    Q.    Wait until I finish and I'll try not to start until

3    after you finish.

4    A.    Okay.  Your question?

12:34:25  5    Q.    After Rulon's stroke, did Warren become more of a

6    mouthpiece for his father?

7    A.    Oh, yeah.  In fact when I took -- when I talked about

8    that when I got brought into court I thought that Rulon was

9    going to be the one we went to see but it was Warren.

12:34:43 10    That's just the way it became.  Warren stood in for his

11    father, he -- he took his father's place while his father

12    was still alive, yes, very much so.

13    Q.    So even though Warren's teachings started to differ

14    from what Rulon had been teaching, you still accepted Warren

12:35:04 15    as the prophet?

16    A.    The way the teachings started differing is where Uncle

17    -- what Uncle Roy had said and what Warren was saying his

18    father was saying.  For instance, I remember Uncle Roy

19    saying to me personally, I am a man and I am as likely to

12:35:25 20    fail as anybody else is.  Now we get over here to 2002 when

21    Warren is taking over for his father and the doctrine that

22    he's giving while his father is sitting there is that the

23    prophet cannot, cannot make a mistake.  God and the prophet

24    always do wrong -- do right.

12:35:48 25    Q.    You believed that?

148

1    A.    I believed that firmly with every bit of my heart.

2    Q.    Was it based on that belief that all of Warren's

3    commandments to the FLDS people were obeyed?

4    A.    Oh, yes.

12:36:02  5    Q.    In terms of where you lived?  What house you live in?

6    A.    Absolutely.  In fact, in fact my family by the time

7    2012 came we had 56 people in the house.  When they moved

8    us, the moving crew showed up and two hours later we were

9    moved.  It was not a matter of -- you didn't get a choice or

12:36:28  10    a -- it was not even discussed prior.  They just -- the

11    moving crew showed up and said we're moving you and you were

12    gone and moved in two hours.

13    Q.    This is all under Warren Jeffs?

14    A.    All under Warren's, absolutely.

12:36:43  15    Q.    Would anybody make a decision about who would live

16    where without Warren Jeffs deciding it?

17    A.    At the time when we were -- when I was there I believed

18    every bit of it was coming from Warren.  I kind of have

19    questioned since, you know, in the last 10 years whether

12:37:07  20    Lyle was just creating some of this or somebody else was

21    creating some of these revelations and just throwing them at

22    us, but we believed with everything that we had that he was

23    the -- or I should say that I believed that Warren was the

24    prophet and that whatever he said was right and you couldn't

12:37:25  25    question it.

149

1    Q.    And --

2           THE COURT:  Excuse me, Mr. Hoole.  Did Rulon

3    exercise the same control over the members that Warren did?

4           THE WITNESS:  Well, Rulon started with

12:37:38  5    revelations.  For instance --

6           THE COURT:  If you just answer yes or no.

7           THE WITNESS:  Yes, to a small degree but not near

8    as much as his son.

9           THE COURT:  Okay.

12:37:51  10   Q.    (By Mr. Hoole)  So let me ask you this.  Under LeRoy S.

11   Johnson, there was a big dispute over whether there was

12   going to be one man rule?

13   A.    Oh, yes, and I went through all of that.

14   Q.    And that was a lawsuit for years and years?

12:38:05  15   A.    Uh-huh (affirmative).

16   Q.    And that resulted in a bunch of the FLDS people

17   breaking off and forming a different group?

18   A.    Right.

19   Q.    In Centennial Park, Arizona; right?

12:38:15  20   A.    Right.

21   Q.    But after the one man rule thing went into force for

22   the FLDS people, it was one man ruled?

23   A.    Oh, yeah.  And Rulon, I even heard him say God has not

24   brought another counselor -- has not brought more men into

12:38:36  25   the council because in -- before 1984 there was seven people

1    in the priesthood council who were like in charge of the

2    church.  After that, Rulon stood in that position for

3    14 years.  I remember him saying the Lord has not brought

4    another man into the priesthood council so that he

12:38:57  5    establishes this one man rule.  So this dictatorship, which

6    is what I call it now, was established over that 14 year

7    period.

8    Q.   So the one man rule thing led to Rulon Jeffs being the

9    prophet.  Was he more extreme than LeRoy S. Johnson?

12:39:18  10   A.   Oh, yes.  And that's, for instance, he came up with the

11   rule that which I adhered to very, very strongly that there

12   was no sexual contact with your wives during pregnancy or

13   nursing.  So for 18 months you, I don't even know how to

14   describe it, I kind of like the bull standing out at the

12:39:44  15   pasture I guess is the best way to describe it, you just

16   adhered to his rule and there was no questions.

17   Q.   So it got more extreme under Rulon Jeffs --

18   A.   But even more extreme, in fact so much so, and I don't

19   know if the court has ever heard this, but anything more

12:40:02  20   than just a simple handshake between a man and his wife

21   could be considered adultery.  That's how extreme it got.

22   Q.   And as things got more extreme with new prophets, did

23   the tests you have to pass as members increase in --

24   A.   I remember, yeah, I remember in fact in 19 -- I was

12:40:24  25   actually a member of the United Order and in -- I think it

151

1    was early 2012, no, it was June of 2012 I actually got up

2    and walked out of the meeting when they said does anybody

3    question what is going on?  But the reason I walked out of

4    the meeting is I had determined the only way you could be in

5    that UO is to be an absolute liar because it wasn't possible

6    to live up to what the requirements they were requiring.  It

7    was so -- the tests, you know, one test and then the next

8    and the next and the next.  And bizarre things like we would

9    get baptized and be forgiven all our sins and then 30 days

10   later we had to all go get dipped again like a bunch of

11   sheep, you know, it was ridiculous.

12           How -- what could somebody have -- what sin could

13   somebody have committed in 30 days that -- that they had

14   been forgiven of 30 days before.  I mean that's the kind of

15   stuff we were -- we were just mind control the way I look at

16   it but when we were there we didn't know of mind control we

17   were just trying to conform.

18   Q.    And you did exactly that?

19   A.    Exactly.  To the letter.

20   Q.    Okay.  So let me ask about you said you had three

21   wives?

22   A.    Right.

23   Q.    How did you pick your wives?

24   A.    I didn't.

25   Q.    How were your wives selected?

A.   My first wife Uncle Roy told me who I was going to marry.  The second wife I had a dream and I went and told Uncle Rulon about it and it involved my second wife who I had grown -- all of my kids had grown up around her and Rulon says oh this might be the answer to my prayers.  So she didn't want him, she didn't want a husband she just wanted a father for the children.  And then shortly after I married her, her 19-year old daughter went to Rulon and said I felt like I've wanted to marry Marvin my whole life.  So that I don't care if my mom just married him.

I went to Rulon Jeffs right before this happened and I asked him well what -- how does the marriage program work?  And the reason I'm talking about this with Rulon is that it portrayed on to Warren and his beliefs in the marriage system.  And Rulon told me that if a man has a revelation or a thought that he -- somebody he is going to get married to, he is to put that out of his mind immediately and never think of it again.  But a girl has the right in fact he says if a girl comes to me and I ask her do you have somebody in mind?  If she says no she is lying to God.  That's Rulon's words.  So that -- that shows the control that they had both over the men and the girls.  And he says -- he says if a girl wants to get married and names somebody, I take it to the Lord and if the Lord says do it, then that's what I do.

1    Q.   So did that control become more extreme?

2    A.   Oh, way more extreme.  In fact, with my own children.

3    With my own, you know, the experiences I had, you know, some

4    of my second wife's daughters got married and I mean it was

5    -- I had -- I had a son who never got married.  He is now 40

6    years old but he was 20, 10 years ago he would have been 30

7    years old and he just -- they totally stopped the marriage

8    system.  I don't know if the court's aware of that, but

9    there was a time there where they totally quit having any

10   children in the FLDS.

11   Q.   Was that after Warren Jeffs went to prison in 2007?

12   A.   That was after Warren -- in fact it was when went to

13   prison but it was still a control thing.

14   Q.   And even now they're just now starting marriages again?

15   A.   Yeah, that's -- I'm assuming with this -- with this new

16   Helaman stuff I'm assuming it's starting but not to my

17   knowledge, you know.

18   Q.   So there is a whole generation of people that haven't

19   been married?

20   A.   Right.

21   Q.   But let me ask you this.  If you went to Warren and

22   said, "I would like to marry that woman or that girl," would

23   that be permissible?

24   A.   Oh, no.  In fact even from his father's own words if a

25   man has a thought he is to just to put it out of his mind

1    because -- and the logic that Rulon used and then Warren

2    later is that a man held priesthood so he had to rely on the

3    person above him and women didn't.  So that's why girls got

4    to say who -- they didn't always get married to who they

12:45:28  5    said, they just had that -- that voice that they could say

6    if they had somebody in mind.

7    Q.   They had a little bit more voice than the men?

8    A.   Yeah.  They had a little more voice in it.

9    Q.   So if a man were to say, well, prophet, I don't want to

12:45:45  10   marry who you are telling me to marry, what would be the

11   repercussion?

12   A.   Probably expulsion immediately if he didn't agree with

13   what the prophet said.  I mean it was -- you can be expelled

14   for -- when we were in the United Order, they would read

12:46:01  15   these revelations to Warren and some of them, I'll address

16   one of them that was really bizarre to me, he named -- I'm

17   going to not going to name names here in the court but he

18   named my bosses name in a revelation and my best friend in a

19   revelation in a public meeting and said so and so is to be

12:46:25  20   sent away, and so and so is to be sent away for causing the

21   death of an unborn child.  And then he says the one man is

22   to be sent away never to be given repentance, and the other

23   one would be given a -- given repentance because it had

24   happened in his newly married life due to his aggressive

12:46:49  25   sexual nature.  And that didn't make a bit of sense to me

1    because if God is just and child murder is unforgivable, how

2    could one be given repentance and one not.  Though I had

3    that question in my mind even though it sent me for a loop

4    and I literally slept 36 hours and would wake up and eat and

12:47:15   5    go, you know, go to sleep, you know, eat and shower and so

6    forth and then go back to sleep for 36 hours, I still, when

7    they said do you accept this, I still raised my hand because

8    you knew if you didn't raise your hand you were going to get

9    kicked out.

12:47:33   10           I had my brother-in-law who I witnessed in one of

11   those meetings, in fact it was the same meeting with those

12   same two men, he stood up and he walked to the front for the

13   sake of the court in that LSJ meetinghouse down there in

14   Colorado City there was a great big open area and then there

12:47:54   15   was balconies all the way along both sides.  And my

16   brother-in-law, he had a question.  And so after the meeting

17   he walked to the front of the stage up on the balcony and he

18   said, he said, "I have a question."  This is after the

19   meeting was closed.  And those men that were -- that had

12:48:13   20   read the revelation from Warren that I'm referring to, saw

21   him, looked at him, never answered, stood up and walked

22   away.  And that man was sent away that night for saying "I

23   have a question."  The question was never asked.  It was

24   just I have a question and he was sent away.  That's the

12:48:31   25   kind of stuff we witnessed.  If you didn't raise your hand

156

1    and say yes, you were out.

2    Q.   So did you -- did you recognize fear when you were in

3    there?

4    A.   Fear?

12:48:44  5    Q.   Fear.

6    A.   I did for -- from that day forward I started witnessing

7    fear but we'll discuss that in a little bit.

8    Q.   Now, you have referenced the death of unborn children

9    or the murder of children.  What is that all about?

12:49:00  10   A.   Okay.  So just that's the first we had heard of it but

11   what it was is that if you -- I guess they were claiming

12   somebody could have sexual contact which created the death

13   of a child I mean through a miscarriage.  You know when I --

14   when I heard that revelation I went home because I have had

12:49:25  15   a gift my entire life where I know and I know things are

16   going to happen prior to them to when it does and I knew

17   when I heard that about these two men who were really,

18   really close to me, one was my boss and one was my best

19   friend, I knew that was going to happen to me.  I just -- I

12:49:42  20   just knew that I was going to get sent away for that reason.

21            So I went home.  And I said to those three

22   ladies, and I wish I would have said it all to them together

23   at the same time, but I said to those three ladies could I

24   be guilty of that?  And because I had adhered to the Rulon

12:50:03  25   Jeffs teaching about no sexual contact during pregnancy or

1    nursing, the two -- the two second wives absolutely had to

2    say no way could it be possible and my first wife said yeah

3    I had a mis but you were off working in Texas when it

4    happened.  There is no way it could possibly be possible.

5    Q.   So if I'm understanding you correctly, you're saying

6    that none of your ladies, in other words, your wives, could

7    have -- or you could have participated in the death of

8    unborn child because no sexual relations therefore no

9    miscarriage and there had been no use of contraception?

10   A.   Absolutely right.  And I discussed that with all three

11   of them.  And I also said, okay, you know that I am not

12   guilty of that and I know I'm going to get sent away for

13   that.  So when this happens, if you don't stand up and

14   support me and defend me, I'm not going to go out there in

15   the world and wait around for you.  I'm going to go and get

16   me -- I'm going to go get me a life.

17   Q.   Okay.  I want to go back to just one thing and that is

18   in society in general I think there might be a perception

19   that in polygamist groups men sort of can pick and choose

20   who they want to marry?

21   A.   Oh, no.

22   Q.   That was not the case?

23   A.   Yeah.

24   Q.   But if you were told to marry somebody you had to do

25   it?

1    A.    Yeah.  I've heard of a couple of cases where there was

2    where the prophet had told a father this girl is going to

3    get married and then the father says well, I don't have

4    approve of that man and it didn't happen.  But I never

5    personally had any experience of that, I just knew of it

6    happening a time or two.  Very, very seldom though.

7    Q.    Okay.  How many children did you have?

8    A.    I have -- I used to say 23 but my girlfriend told me it

9    was 24 so I have got to go back and count again.  I either

10   have 23 or 24 birth children and then my second wife had 14

11   but one of them had died at birth so -- but those 13 we

12   helped raise them.  In other words, we grew up -- the two

13   families grew up right together and we tended each others

14   children.  So when I married this second woman, all of those

15   kids knew us, they knew, you know, we had been really close

16   as families.

17   Q.    Um, why did you leave?

18   A.    Okay.  I did not leave.  I got booted out.

19   Q.    How were you booted out?

20   A.    And if the court would -- there is a little bit of a

21   dialogue here that's I hope it doesn't take too much time.

22   Q.    Keep it as concise as you can.

23   A.    I will.  I knew that I was going to get sent away.  And

24   I was living up in North Dakota, I was working on a hotel.

25   By the way, sorry, I lived in North Dakota, too.  I lived

1    every where I worked.

2            But I was building a hotel.  It was December 4th

3    of 2012 and it was 30 degrees below zero.  Now, when you're

4    an FLDS on a job, it doesn't matter if it just snowed and

12:53:37  5    there is ice across the entire hotel you went out there and

6    you went to work.  Safety was not near the issue as getting

7    that money to the prophet.  You -- you gave up any concern

8    of yourself and went out there and worked under any

9    condition.

12:53:59  10           I got a phone call from Lyle Jeffs and he didn't

11   even say it was a revelation.  He said, "you have been found

12   guilty of child murder and adultery."  And I had never in my

13   life thought of another woman except for the women.  Now I

14   did do more than shaking their hands so maybe that's what he

12:54:28  15   was referring to as adultery.

16           I immediately picked up my phone because I knew

17   that was an absolutely lie, both of those were absolute

18   lies.  And this is the type of control and how it happened

19   when a man gets booted out of there.  I called -- I had 56

12:54:48  20   people living in the house.  I was a caretaker for my five

21   mothers, my sister and her children, my other sister and her

22   children, and then my sister's daughter and her children, 56

23   of us in the family in that house.  And I called 28 phones

24   and not one soul took my phone call.  Not one soul out of 28

12:55:16  25   people.  I have had children who were in that setting come

1    to me, my children, come to me and they said, when we --

2    when that happened, when you got that phone call, the

3    bishop's office had gathered us altogether in the living

4    room, all 56 people.  And as those phone calls started

5    ringing, they said don't take his call, don't take his call,

6    don't take his call, don't take his call.  28 phone calls.

7            To give you an idea of how it -- how that was, I

8    was like the best person in the world in that family because

9    fathers are revered, you know, it's a prophet and then the

10   father as far as authority, and just like that I was their

11   worst enemy.

12   Q.    An apostate?

13   A.    Yeah.

14   Q.    What happened to the 56 people in your home?

15   A.    They -- actually I have no idea except that they just

16   were told by the bishop to get rid of all of my pictures,

17   you know, now this is all hearsay because I -- I just -- I

18   have had the visitation of my 15 children.  I am the only

19   person that I know of that went back down there and told the

20   church to stand down.  And I did it in such a way through

21   the help of my lawyer that they had no choice.

22            I used -- I used everything that scares the FLDS.

23   I used outside news media, I used police -- the police

24   force, I used child protective services, I used child

25   services -- and we had those lined up and I went down there

1    and I told them, I'm going take my children and I am going

2    to have child protective services take my children which was

3    the hardest thing you could ever do to go down there and

4    take your own kids, say you're going to take your kids away

12:57:22  5    from their mother.  But it was the only choice I had because

6    I had just found out that Warren was having sex with 15

7    girls in the same room at the same time and I had witnessed

8    him which I had heard that recording and knew that man was

9    doing that when he himself said I will -- he had told me

12:57:45  10   sorry for crying but --

11   Q.   You're referring to the Texas evidence and his

12   prosecution?

13   A.   Yeah.  Yes.

14   Q.   Did any of your wives stand by you?

12:57:58  15   A.   No, not a one of them.

16   Q.   And you lost all your children?

17   A.   Can I -- can I refer back to that Texas recording?

18   Q.   Please.

19   A.    I think that if there is ever a time that this court

12:58:14  20   case comes into the eyes of anybody that is in the FLDS, I

21   think they need to hear this part right here.  And that is

22   that Warren, I know for a fact that Warren had said to me

23   any contact with more than one woman is out of line.  And I

24   had -- I read -- I have a recording that I listened to that

12:58:41  25   Warren himself, and it is his voice and anybody -- anybody

1   that hears that recording will know it is his voice even

2   though they claim that it was made up, and in that recording

3   I'm going to talk about five things that are important.  He

4   talks about the white ropes, he talks about we're here to

5   overcome the tradition that age matters.  Now, why would a

6   man say that to a group of woman if there wasn't underage

7   girls.  He said, come in all ye young ladies.  He said,

8   being unclad with your husband, if you have been to previous

9   sessions, being unclad would be -- would feel normal if you

10   had but if you hadn't this may be confusing.

11          And then he said the thing that why I went back

12   down there and stood up to the church, why I was -- I wasn't

13   going to back down for anything.  I was going to die that

14   day before I -- before I backed down.  He says, and I quote,

15   because I memorized it, he says, "In order to administer the

16   heavenly comfort, he is teaching this heavenly comfort to

17   this group of women that has already been referred to, you

18   have to be able to be excited sexually and to excite each

19   other.  Nobody -- everybody assist, nobody stand around,

20   everybody assist," end quote.

21   Q.   This is part of the training that women would go

22   through?

23   A.   Right.  That has been referred to by people who were

24   there.  But I'm saying this is what I heard and why I went

25   back down there and stood up to the -- to the church.  And

163

1    I'll tell you what, we -- my daughter who is now 24, in fact

2    today's her birthday, she turned 24, she says dad, you just

3    scared the -- I'm not going say the word, but you scared us

4    that day.

01:00:45  5    Q.   Is this a daughter who has now left the --

6    A.   Yeah, who is now out of the FLDS living -- most of my

7    children I have got them out of there.  I still have two

8    children who are living that -- I still have three children

9    that are minor children that are still in the FLDS.  But my

01:01:07  10    goal the last nine years have been to get them out of there

11    under any condition however I can do it.

12            THE COURT:  Okay.  Mr. Cooke, how were you given

13    access to that recording of Warren Jeffs?

14            THE WITNESS:  It was given to me by my lawyer.

01:01:25  15            MR. HOOLE:  That would have been me, Your Honor.

16    I have a certified copy of all of the Texas evidence

17    including all of the audio.  I haven't listened to very much

18    of the audio, but it is pretty gross.

19            THE COURT:  I have not listened to the audio but

01:01:41  20    I have read transcripts of it in the Lyle Jeffs case that

21    you referenced earlier so I'm familiar with it.  Um --

22            MR. HOOLE:  Yeah.

23            THE COURT:  -- it is shocking.

24            MR. HOOLE:  I think it is on the internet as

01:01:53  25    well.  But if I recall, I showed you that information.

1          THE WITNESS:  Yes.

2     Q.   (By Mr. Hoole)  Is that right?

3     A.   Yes.  You know, when I started reading through that and

4     the transcripts, I was shocked.  I was shocked.  One of them

01:02:10  5     that totally blew me away is there is these Mother Naomi

6     testimonies where she's like -- like Warren is going out

7     like a light and he has got no -- no consciousness and then

8     when he comes to Mother Naomi tells him what he had said

9     when he is out and those are the revelations that he went

01:02:29  10     by.  And one of them she said you're going to marry and

11     named five girls and those were those five girls that were

12     in Texas that he went to prison over.

13     Q.   When you refer to Mother Naomi, that's the word you use

14     to describe one of his wives?

01:02:44  15     A.   Right, his favorite one that traveled with him the

16     whole time.

17     Q.   So there was this weird thing going on between Mother

18     Naomi and him in terms of his priesthood dictation?

19     A.   Yeah.

01:02:55  20     Q.   And the record he kept and --

21     A.   Yeah.  In fact, there is -- there is 15 -- there is 15

22     phone calls that he made after his four confessions.  When

23     he made those confessions, there is also 15 phone calls.

24     And in one of those phone calls, which I have a -- which

01:03:11  25     will be in that -- those dictations you talk about, he says,

165

1        and I quote, "it was a devil who appeared to us as an angel

2        of light in those sessions."  So he admits, by his own word,

3        that he was being led by the devil.

4        Q.   Let me -- you were shocked?

01:03:38  5        A.   I was.  There aren't even words to describe how shocked

6        I was.

7        Q.   Let me see if I can understand that a little better.

8        Your specific allegations state that you were kicked out for

9        child murder?

01:03:52  10       A.   Child murder and adultery.

11       Q.   You were astonished because you had never murdered a

12       child.

13       A.   It wasn't possible.  It wasn't possible.  I had already

14       had all three women say it isn't possible for it to be.

01:04:09  15       Q.   But did you still believe that Warren Jeffs was the

16       prophet when you were kicked out?

17       A.   I sure did.  You know, that's the thing that is so

18       bizarre.  I look at it now after finding all of this

19       evidence and going through this case, why did I even say yes

01:04:24  20       to Lyle that day?  Why didn't I say this is total bull.  But

21       that explains the indoctrination that we had been receiving

22       for years and years and years even from my birth that led,

23       you know, one step led to the other.  I can't say Uncle Roy

24       wasn't right, but I can sure say that after he passed away

01:04:49  25       it became extreme.

1  Q.   Do you agree that at some point the sincere religious

2  beliefs of the people were taken advantage of through fraud?

3  A.   Oh yes, absolutely.

4  Q.   And that fraud was perpetuated by Warren Jeffs?

01:05:04  5  A.   Right, yeah.  In fact, Warren was the instrument even

6  when his father was alive to that twist, taking things and

7  twisting them to where something as simple as Uncle Roy

8  saying I could make a mistake and over here Warren saying

9  his father could never make a mistake.

01:05:25  10  Q.   Do you have --

11          THE COURT:  Excuse me, Mr. Hoole, may I ask?

12  When you received that telephone call from Lyle Jeffs, did

13  you believe it was Lyle Jeffs who was acting apart --

14          THE WITNESS:  For Warren Jeffs, yes.

01:05:39  15          THE COURT:  You didn't think it was for Warren.

16          THE WITNESS:  Right.

17          THE COURT:  Not apart from Warren?

18          THE WITNESS:  Absolutely.

19          THE COURT:  You still believed that Warren was

01:05:46  20  the prophet?

21          THE WITNESS:  Yes.  Okay even after he said that

22  I -- I went until -- I went until August of -- before I

23  started hearing anything.  And another thing I think it is

24  really important that we address and talk about, June, I

01:06:07  25  mean no, I got booted out on December 4th and March 26th,

1    the middle of the winter, cold as -- the coldest -- one of

2    the coldest days I have ever experienced, I was driving from

3    Phoenix to Salt Lake City.  And by the way, the reason I was

4    coming to Salt Lake City because I wanted to come up here

01:06:31  5    where we had been told we had been told the destructions are

6    starting in Salt Lake City because Rulon Jeffs had said the

7    Mormon Church is the abominable church of the earth and

8    that's where it is going to start.  That's how extreme the

9    trainings were.

01:06:47  10       I was coming to Salt Lake because I wanted to be

11    one of the first dudes gone when the destruction come.  I

12    had come to the point that I had nothing to live for.

13    Nothing.  I was driving up -- sorry, I was driving -- are

14    you familiar with the -- down there by the Lee's Ferry where

01:07:15  15    the two bridges cross the Colorado River.

16       THE COURT:  Yes.

17       THE WITNESS:  They have the old bridge.  And then

18    they have the new bridge that goes across there.  I hope you

19    all excuse my emotions.

01:07:32  20       One of the things that happens with the Cooke

21    kids if you want to get a Cooke kid to do something you tell

22    them you can't do that and they'll go do it to prove you

23    wrong.  That's just part of our heritage in the family.  So

24    I'm driving across that brand new bridge, and it's a cold

01:07:49  25    day, it's a quarter after midnight and I'm driving across

168

1    that new bridge and in the center of that bridge --

2    Q.   (By Mr. Hoole)   There is some Kleenex there if you need

3    it.

4    A.   I don't know if I can tell it.  In the middle of that

01:08:07  5    bridge there was a sign that says "do not stop on this

6    bridge."  And something happened in my brain where I slammed

7    on my brakes and that car slid sideways just like this

8    (indicating) right into that, you know, facing the rail in

9    the middle of that bridge.  And all of a sudden I was out of

01:08:26 10    that car.  It was like something just took a hold of me and

11    it wasn't even me.  And I was standing on the edge of that

12    bridge and I was going.  I was holding on to that rail and I

13    was done, I was going into that river.  And I -- and I stood

14    there for four and a half hours -- three and a half hours

01:08:52 15    'til quarter to four in the morning from just after

16    midnight.  Not one car came.  And I remember looking down at

17    that river and I thought to myself, I thought to myself it's

18    going to be a perfect crime because the Colorado River

19    doesn't give up the dead, it doesn't give up its body, it's

01:09:15 20    going to be a perfect crime.  I stood there and I still to

21    this day I don't know why I didn't freeze to death and fall

22    off of there because it was so cold.

23          And the only reason, giving the court the reason

24    why I'm here today, the only reason that I can think of of

01:09:36 25    why I'm here today is because a million times I jumped,

1    talked myself into it, and a million and one I talked myself

2    out and that's the only reason.  The only reason.  You know

3    and I think this should be discussed in this court so that

4    if somebody from the FLDS's faithful ever reads these words

01:10:00  5    there has been many, many, many suicides, way more than

6    there has been in any other society and it's something I

7    fight to this day.  But thank God that I have that lifeline,

8    the suicide prevention that I carry in my wallet all day

9    every day.  Sorry for taking so much of your time on that.

01:10:28  10   Q.   Marvin, it is important to hear this and we appreciate

11   it.  Let me take you back though.

12        You have heard testimony in the court about

13   Warren admitting that he was a fraud and people saying that

14   would have made a difference I would have left right away or

01:10:44  15   I would have left faster if I had heard that.

16   A.   Yeah.

17   Q.   If you had heard that, what would you have done?

18   A.   You know every time you have asked that question to one

19   of the witnesses and they said that they would have left,

01:10:58  20   I -- I question that because I don't think when you're in

21   the -- in the FLDS if you would have heard something like

22   that, I'm not trying to correct a witness I'm just talking

23   about the general how -- how brainwashed we were I guess is

24   the best way to say it.

01:11:18  25   Q.   Well, you were born and raised --

1    A.    I would have just thought and said that -- first of

2    all, from when we were very, very first growing up we were

3    taught to not -- not believe anybody out here in the world

4    including judges and police officers and news media.   I

01:11:36  5    would have just thought somebody made that up.   Somehow they

6    created -- I would have absolutely believed that somebody

7    had created this to try to trap me out of that religion.

8    Q.    So you would have stayed?

9    A.    I would have stayed.

01:11:54  10    Q.    Would anything other than being kicked out --

11    A.    I think it took, thank God, the act of me getting

12    kicked out.   I thank God every day that it happened, that

13    that's what -- that's the only thing I can think of that

14    would have caused that.

01:12:13  15    Q.    Caused you to sort of wake up?

16    A.    Yeah, to wake up.

17    Q.    How long was that process of waking up?

18    A.    Boy, I'll tell you what, even when I first started

19    hearing this stuff on the audio and all of this, I -- I had

01:12:30  20    serious doubts that it was even true even though I had been

21    out of the, you know, sent out into exile.

22         I still -- I tried to prove that it was wrong in

23    every way that I possibly could and thank God that Warren

24    made us go listen to his audios and thank God there was

01:12:51  25    audios there to listen to of his own that yeah, I -- I

1      wouldn't have thought that it was possible for Warren to be

2      wrong.  I thought Warren was walking and talking with God

3      and he represented God in every way.

4      Q.   Did he --

01:13:10  5      A.   And he --

6      Q.   I'm sorry, go ahead.

7      A.   I believe he was but it wasn't the God that I believe

8      in today.  And by his own admission I know which God it was

9      but that's speculation.

01:13:22 10           THE COURT:  Just for my benefit, when was it

11      again that you were sent away?

12           THE WITNESS:  On December 4th, 2012.

13           THE COURT:  2012.

14           THE WITNESS:  And then it was a year later, eight

01:13:34 15      months later I started finding out and when I did find out

16      because I -- I have the ability to read through an entire

17      1,200 page book in about two and a half days.  So when I got

18      all of that court -- those court documents I read through it

19      all way through them so it didn't take me very long to

01:13:56 20      realize that something wasn't right.

21           THE COURT:  So that eight months after you were

22      sent away you learned what you did.  When did you then go

23      down to Short Creek to try to retrieve your children?

24           THE WITNESS:  It was one year and one day from

01:14:13 25      when I got booted out.  So I was one of those lucky people

1    that found out -- I know hundreds of people right now that

2    still out there believing that Warren is a prophet.  And the

3    way I see it, Your Honor, it is -- it is like they have ears

4    that will not hear, and eyes that will not see because they

01:14:39  5    have been told by God they think and that's no swear word

6    I'm talking about by our Heavenly Father, they have been

7    told you can't look and you can't listen.  We got told in a

8    UO meeting that if you -- if we read those sacred documents,

9    which was what came out of that temple, the exact wording

01:15:01  10   was anybody who reads those sacred documents they can no

11   longer maintain their membership in the church.

12         Well I say today of course they won't because

13   they're going to see it but back then we just thought it was

14   the worst thing in the world to even -- that's the thing

01:15:19  15   that people today are under is they don't -- they can't look

16   and they can't see.  They can't --

17   Q.   (By Mr. Hoole)  So when somebody leaves or is kicked

18   out, that doesn't mean they automatically realize all of

19   this?

01:15:34  20   A.   Oh in fact absolutely not.  I'll bet you -- I think

21   that the percentages of the people, the men that were like

22   me that got kicked out over lies, over no reason whatsoever

23   except the control, they're still out there thinking that

24   they're going to -- that Warren -- they strongly believe

01:15:55  25   that Warren will be brought out of the prison and set

1       everything in order and God's going to take that control.

2       Q.   And even now there are what, hundreds and hundreds of

3       men and hundreds of hundreds of women?

4       A.   Thousands of people that still -- that have been exiled

01:16:12 5      that still are living their life out there thinking that

6       it's going to change.

7       Q.   And they have generally left their children with the

8       priesthood?

9       A.   Yeah.  They don't have their children and they don't

01:16:24 10     have their wives and the wives don't --

11      Q.   You know, it's so hard to understand that.

12      A.   Yeah, it is.

13      Q.   The only thing that, and maybe this is helpful, you

14      tell me.  After World War II, they found Japanese soldiers

01:16:47 15     in the jungles over the next 15 years or so.

16      A.   It has been 10 years today and there are still hundreds

17      and hundreds of people that are out there that still believe

18      the war is going on, you know, using your --

19      Q.   Because they didn't get the memo that it's over.  They

01:17:07 20     don't have that information.  They believe still, right?

21      A.   Right.  Or if the opportunity came to see or to hear or

22      to look, they still would go back to that that I can't look,

23      I can't listen.

24      Q.   And many of these people, would you agree, are still

01:17:24 25     trying to prove their faithfulness?

1    A.    Yeah.  Oh, absolutely.

2    Q.    Sending their money in, sending their letters to Warren

3    Jeffs?

4    A.    Oh, absolutely.

01:17:32  5    Q.    Trying to repent in whatever sin they can imagine?

6    A.    Oh, absolutely.

7    Q.    And that's what you went through?

8    A.    Yeah.  You mentioned something just barely about the

9    money that I -- I want to talk about if I can.  It's a

01:17:45  10   little bit of a diversion.  But I went for the last two

11   years of my life -- of my life, I say my life because the

12   way I -- my last two years working it in the FLDS I did not

13   draw a wage.  And the company I was working for was paying

14   $30,000 out for the vehicles that Warren was running in and

01:18:12  15   that Lyle was using, his brother, and I witnessed a stack a

16   foot high of paychecks that had supposedly been given to the

17   men but they never got them.

18          In other words, and that brings me to another

19   subject that I would like to address with the court.  You

01:18:35  20   know when it talks about donations in the FLDS and I know

21   that legally in a court a donation can't be considered in a

22   case like this because donations are exempt.  But --

23   Q.    In other words, you can't get the money back, right?

24   A.    Right.  Or you can't go sue for donations because

01:18:55  25   supposedly they were -- but Your Honor, in the FLDS we had

1    no choice.  We gave.  They told us you are to give this and

2    this and this and this.  That stack of paychecks were given

3    -- were withheld from the men who had families because they

4    were told, the company was told you have to donate this

01:19:19  5    amount.  And so when I talked about my donations and when we

6    start talking about the money side of it, I mean I have

7    thought about this in the last four years and I bet -- I bet

8    it was $8,000,000 in my time of big semi loads, because I'm

9    a carpet guy, semi loads of carpet or semi loads of pads or

01:19:41  10   semi loads of ceramic tile that was donated, but I say those

11   donations were under duress.  They were not true donations.

12   And so the court should consider a little bit of a twist

13   when it -- when we're calling them donations but in reality

14   it was under duress.

01:20:02  15   Q.   Let me ask you some questions about your economics.

16   You're a flooring guy, right?

17   A.   Made a lot of money.

18   Q.   And you made a lot of money.  Did you run crews?

19   A.   I ran crews.

01:20:16  20   Q.   And were those basically businesses that you ran for

21   the church or the church allowed you to run?

22   A.   Yeah.  Yes, sir.  In fact, the -- we did everyone of

23   the -- I have in my lifetime done every one of the campuses

24   down where the St. George hospital was.  In 2003, that was a

01:20:38  25   labor only contract for 6 to 18 people and it was a million

1    dollars labor in 9 months.

2    Q.    You ran that contract?

3    A.    I ran -- yeah, that was my contract.

4    Q.    That was Dixie Regional Medical Center?

01:20:54  5    A.    Right, Dixie Regional Medical Center.

6    Q.    What happened with the labor money that was earned?

7    A.    Well, I paid my guys their -- that is one thing I did

8    do my whole life is I paid their wages and let them go to

9    donate.  So I didn't get the same pressure as I did other

01:21:12 10    companies because I personally felt like that people should

11    do their own donations.  That was my personal.  But I was

12    kind of a rebel when it came to that kind of stuff.

13         But it was the year that I built my last house

14    there and over the four years, the last four years of that

01:21:32 15    house, the first $400,000 that went into that house, that

16    wasn't my house.  I mean you got to understand everything

17    down there belonged to the church until it was UEP was, you

18    know, taken over by this state or however it was and start

19    giving back to us.

01:21:51 20    Q.    In 2005?

21    A.    Right.  From 2001 to 2005 is when we built that house

22    but that's also when we were doing that huge St. George

23    hospital but it was -- but my house was called a -- my house

24    was called a Bishop Storehouse project.  It was not Marvin's

01:22:14 25    house it was a Bishop.

1    Q.   Was this the house you're referring to in your specific

2    allegations valued at approximately $890,000?

3    A.   Okay.  So I did three houses.  One of them I put about

4    130 or 140,000 and another I put 86,000 in and then that

01:22:35  5    last one there was about 400,000.  But I think on that

6    number you have that we're talking a lot of hours of wages

7    because I, you know, I -- I lived here in Salt Lake and I'll

8    give you an example.

9         I had a man I was working with that had bought

01:22:56 10    seven houses in a subdivision.  And he was -- he was a very

11    wealthy man.  He was doing about $26,000,000 a month.  And

12    none of those seven houses had a basement in them, had the

13    basement finished.  And he would come to me and say, because

14    we're really good friends, and he would say I need this

01:23:17 15    basement finished, give me a number.  And I would go to Ron

16    Rohbock, you've got to realize this is now in the time when

17    Warren's still -- starting to get some of his control so

18    that's why I'm talking about this with the court.  But I

19    would go to Ron Rohbock, who was Alicia's dad, and he would

01:23:37 20    give me a number and it was every time it was close to

21    $90,000.  And so this man that I was doing the work for

22    would go into his basement, open up his safe, and give me

23    $45,000 cash and say this is to start and one week later we

24    would be done.

01:23:57 25         And the reason I am talking about this is not

1    only the amount that was given that went into the coffers,

2    but we were required to work every night like we go to a

3    normal day job and then come there and be expected to work

4    all night long and three or four hours of work just like

01:24:22    5    down there in Texas we worked un-Godly hours every Saturday

6    and even days through the week.  It was way bigger than just

7    the Saturday project.

8    Q.   Did you do all of that at -- for the benefit of Warren

9    Jeffs?

01:24:41   10    A.   I have been doing it my whole life.  But after -- after

11    1998 is when it started becoming for Warren Jeffs.  And the

12    reason I say '98 is that's when Rulon had his stroke and I

13    do know that Warren was taking control then.

14    Q.   So the services that you provided and the labor that

01:25:06   15    you provided was that intended to be for Warren Jeffs?

16    A.   Yeah, we know --

17    Q.   After 1998?

18    A.   Yeah.  We knew it went to him or down to Texas or yeah.

19    Q.   So he received the benefit of that, correct?

01:25:22   20    A.   Yes, to a great degree or he had control of where it

21    went.  And to me it was, now that I looked at it now, it is

22    like a dictator telling all these little guys what to do.

23    Q.   Would you have ever done that if you hadn't believed?

24    A.   Oh, no, not me.  Oh, no.  I'm not the right guy for

01:25:40   25    that if I had known better.

1   Q.   And everybody in the community was in the same

2   situation?

3   A.   Oh, yeah.

4   Q.   Okay.  You have talked about if you had heard this, the

01:25:55  5   truth about Warren Jeffs and whether he was actually a

6   prophet, that wouldn't have made any difference to you

7   because you were that firm a believer?

8   A.   Yeah.  We would have just said that somebody was trying

9   to attack him, you know.

01:26:10  10   Q.   When you left, well first off, do you agree with the

11   value of $890,000 for that last home?

12   A.   For -- you mean the number through my -- since Warren

13   came into --

14   Q.   Well, let me read the sentence.  I want to make sure

01:26:30  15   we're clear on this.  It says, "Marvin constructed a home in

16   Colorado City for his large family valued at approximately

17   $890,000 which was owned and controlled by the UEP Trust."

18   A.   Yeah, I don't -- because the tax value was so low down

19   there I would say it's about 650,000 is the value which by

01:26:53  20   the way I bought that house back from the Trust also so I

21   own that home right now, the one --

22   Q.   So you have been able to get your home back?

23   A.   Yes.

24   Q.   Okay.

01:27:04  25   A.   In fact for the court, so that you know, when I first

01:27:25

01:27:39

01:27:51

01:28:08

01:28:26

1    got a distribution, Briell and I together got the Warren

2    Jeffs house and we donated it to become the Dream Center

3    down there in Colorado City, down there in Hildale.  So if

4    you want to look up Short Creek Dream Center you will see

5    what and I am quite happy about being able to say that I did

6    that because -- but then I asked myself the question did I

7    do that just because I'm programmed to give and the answer

8    is yes.

9    Q.   Hmm.

10   A.   In 2016, the reason I gave -- turned around and gave

11   that house is because I was programmed to give.  Been that

12   way my whole life.

13   Q.   Just for the court's benefit again, the Dream House

14   does what?

15   A.   The what?

16   Q.   The Dream House does what?

17   A.   The Dream House, the main thing they do is they're a

18   protection for child trafficking but they also do counseling

19   for -- for child abuse, sex abuse, physical abuse, mental

20   abuse and drug abuse.  So they have people that it is one of

21   the biggest organizations in the world, there are 286 of

22   them when we first got the Dream Center, now there is 300

23   and thinking of doing one here in Salt Lake that I'm going

24   to be on the board for.  So...

25   Q.   I meant to call it the Dream Center.

1   A.   Yeah, the Dream Center.

2   Q.   Okay.  Can you estimate how much free labor you

3   provided to Warren Jeffs?

4   A.   Oh, I would think I would have to have their records to

01:28:51  5   know.  The other thing that I want to point out is when I --

6   when we were looking at those numbers --

7         THE COURT:  Mr. Cooke, would you try to answer

8   that question.

9         THE WITNESS:  Specifically?

01:29:03  10        THE COURT:  He asked you to estimate.

11        THE WITNESS:  Okay, an estimate.  Yeah?

12        THE COURT:  Perhaps Mr. Hoole can give you a

13   number and you tell us whether or not it is accurate in your

14   direction.

01:29:19  15   Q.   (By Mr. Hoole)  So in your disclosures, I'll just

16   represent that you said the forced labor was 200,000.  Is

17   that low or high?

18   A.   That's way low.  But if I were to make an estimate, it

19   would be really hard.  I would say it would be in the

01:29:41  20   millions because the last time I did a job and I am an old

21   man and it took me four times as long as it used to, I was

22   making $135 an hour yet in that disclosure I said $35.  So I

23   mean --

24   Q.   Okay.  So you left December of 2012?

01:30:08  25   A.   Right.

1    Q.   Tell me about your work ability to earn income since

2    that date?

3    A.   Can I ask the judge a question first?

4    Q.   Well, that's not up to me.

01:30:23  5    A.   Was that a good enough answer?  Did I answer that

6    question good enough?

7         THE COURT:  You answered it adequately.  Thank

8    you.  Now you can answer your attorney's question.

9    Q.   (By Mr. Hoole)  We're a little informal today because

01:30:36  10   it is kind of a one-sided trial but --

11   A.   Yeah.

12        THE COURT:  I wouldn't suggest that if you ever

13   go to court again that you try to ask the judge a question.

14   This is a one timer for you.

01:30:49  15        THE WITNESS:  Okay.

16        THE COURT:  Go ahead.

17        THE WITNESS:  I have never been in court in my

18   life or a hospital so you'll have to forgive me.

19   Q.   (By Mr. Hoole)  So that's my next question is about

01:30:58  20   your medical care but first lost wages.  Can you estimate

21   how much money you have lost since leaving the community if

22   you have lost money?

23   A.   Oh, in the last 12 years?

24   Q.   Since 2012, December 4?

01:31:14  25   A.   When I was doing flooring and it was just my 14-year

1    old son and I, we would -- we made $20,000 in a week.  I --

2    I would make $3,500 just by myself in a week doing flooring

3    and I have not been be able to do any work as far as

4    flooring.  Very minimal.  There was one year that I did go

01:31:46  5    to work and run a crew and I think that five of us made

6    100,000 but I didn't take a lot home because I paid wages

7    out.  So hundred thousand a year times 12 years or at least

8    nine years.

9    Q.    Is money you would have earned?

01:32:08  10    A.    Would have earned because I made 100,000 a year

11    throughout my career and I have not made that since 2012.  I

12    have made very little.  In fact if I go back and look at my

13    tax returns, I think I might have made 20,000 in a year.

14    Q.    Marvin, why haven't you been able to work?

01:32:27  15    A.    Because my whole life I'll be going along and all of a

16    sudden it's like my life is on a roller coaster like this,

17    (indicating) and I'm doing okay one day and then the next

18    day or the next hour or the next minute something triggers.

19    And I'm in this lady's house doing her flooring and all of a

01:32:52  20    sudden I'm crying.  And I get no more flooring done that

21    day.  I physically am not able to work and I haven't felt a

22    lot of good health either.  I've just survived for 10 years.

23    Q.    You mentioned that you haven't had any

24    hospitalizations.  You haven't been in the hospital?

01:33:22  25    A.    In fact, I probably should have done and got some

184

1    mental help if nothing else.

2    Q.   Did you?

3    A.   But my dad growing up we would die before he would take

4    us to the hospital.  I mean I am serious it was not

01:33:36  5    something that you did in our house because he couldn't

6    afford it.  He was one person taking care of 56 people.  So

7    that got engrained into my life.  And why I haven't gone and

8    got mental health or -- I have no idea except for that it's

9    just what it has been.

01:34:01  10    Q.   But you haven't gone and gotten any?

11    A.   None.

12    Q.   So your economic losses are your income?

13    A.   Right.

14    Q.   Lost income, a million two plus the money that you

01:34:15  15    donated the way you described it before you left.  Is that

16    right?

17    A.   Right.

18    Q.   Your allegations say that in the first eight months

19    after you left you earned $600?

01:34:26  20    A.   Is that what it was and that's about what I'm guessing,

21    too.  There was, yeah, there was one year I did go back to

22    work but the crew mostly did the work so --

23    Q.   Have -- you haven't been diagnosed with depression

24    because you haven't seen anybody?

01:34:45  25    A.   No.  I have not seen a professional that describes --

1    if I were to describe what I'm feeling though, I feel

2    panicked.

3    Q.    That's what I need you to do.

4    A.    I feel panicked.  I feel like tomorrow everything could

01:34:59  5    end.  I feel like I have to call the suicide hotline to keep

6    myself from going crazy and then I will be okay.

7    Q.    Are you able to get out of bed in the morning?

8    A.    Yeah.  In the last -- there are days that I literally

9    sleep all day long.  Literally sleep all day long.

01:35:26  10   Q.    Okay.  That's why you haven't been able to work?

11   A.    Yeah.  It's -- it's -- somebody if you have not gone

12   through this they have no idea what we're talking about.  It

13   is hard to comprehend.

14   Q.    Okay.  And do you attribute what you have gone through

01:35:53  15   as the reason for your inability to work?

16   A.    Oh, absolutely.

17   Q.    Okay.

18   A.    I don't know if I said this, but if you were to take in

19   your family take 36 people that you personally know and put

01:36:08  20   them in an airplane and slam them into a cliff and they die,

21   that's how this was to me because those people, my children

22   my, own wives and children, they are not the same today.

23   It's like I died and went to hell or I went to heaven, one

24   of the two, and I haven't figured out yet which.  Literally,

01:36:28  25   I'm in a different world, I'm in a different life that is

1    not where I was, not that I want to go back to that.

2              MR. HOOLE:  That's all I have, Your Honor, unless

3    the court has any questions.

4              THE COURT:  I don't have any questions.  Thank

01:36:42  5    you, Mr. Cooke.

6              THE WITNESS:  Thank you.

7              MR. HOOLE:  Your Honor, that concludes our

8    evidence for today.

9              THE COURT:  Okay.  And you're so confident you'll

01:36:49  10   be able to get through tomorrow by 1:30.

11             MR. HOOLE:  Yes.  I think we're actually ahead of

12   my schedule so I'm hoping to rap up by at least 1:30

13   tomorrow.

14             THE COURT:  Thank you.

01:36:59  15             MR. HOOLE:  In terms of calling -- well we talked

16   about the three witnesses.

17             THE COURT:  Yes.

18             MR. HOOLE:  And we'll make arrangements there so

19   they can listen and then acknowledge a proffer.

01:37:11  20             THE COURT:  Affirm.  Okay.

21             MR. HOOLE:  Thank you, Your Honor.

22             THE COURT:  Thank you, counsel.  We'll be in

23   recess until tomorrow.

24             (Whereupon, the hearing concluded at 1:37 p.m.)

25

1                    **REPORTER'S CERTIFICATE**

2

3          I, Laura W. Robinson, Certified Shorthand

4    Reporter, Registered Professional Reporter and Notary Public

5    within and for the County of Salt Lake, State of Utah, do

6    hereby certify:

7              That the foregoing proceedings were taken before

8    me at the time and place set forth herein and were taken

9    down by me in shorthand and thereafter transcribed into

10   typewriting under my direction and supervision;

11             That the foregoing pages contain a true and

12   correct transcription of my said shorthand notes so taken.

13             In witness whereof I have subscribed my name

14   this 19th day of October, 2022.

15

16                         ***Laura W. Robinson***

17                         Laura W. Robinson

18                         RPR, FCRR, CSR, CP

19

20

21

22

23

24

25