Roger H. Hoole  5089
**HOOLE & KING, L.C.**
Attorneys for Plaintiffs
4276 South Highland Drive
Salt Lake City, Utah  84124
Telephone: (801) 272-7556
Facsimile: (801) 272-7557
rogerh@hooleking.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALICIA ROHBOCK; RUBY JESSOP; SUSAN BROADBENT; GINA ROHBOCK; NOLAN BARLOW; JASON BLACK; MAY MUSSER; HOLLY BISTLINE; LAWRENCE BARLOW; STEVEN DOCKSTADER; MARVIN COOKE; HELEN BARLOW; VERGEL BARLOW; CAROLE JESSOP; BRIELL LIBERTAE DECKER f/k/a, LYNETTE WARNER; AMY NIELSON; SARAH ALLRED; THOMAS JEFFS; and JANETTA JESSOP,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN STEED JEFFS, et al.,<br><br>Defendant. | **DAMAGES DECLARATION OF ALICIA ROHBOCK**<br><br><br><br>Case 2:16-cv-00788-TS<br><br>Judge G. Ted Stewart |

I, Alicia Rohbock, under criminal penalty under the laws of the State of Utah, and pursuant to Utah Code Ann. § 78B-18a-106, declare as follows:

1. I am over twenty-one years of age.

2. I am a Plaintiff in the above-captioned matter.

3. I make these statements based on my own knowledge and belief.

4. As allowed by the Court, I submit this Damages Declaration to summarize and supplement my trial testimony on September 26, 2022.

5. I was born in January 1977 and was placed in an arranged spiritual marriage to Rulon Jeffs in April 1997.

6. Based on my fraud claim against Warren Jeffs, I conservatively estimate that I incurred economic damages, including lost wage damages of $248,813 as summarized in trial Exhibit A, and medical bills as more specifically set forth in this Damages Declaration.

7. The work I did for Jeffs was demanding and required me to be available almost constantly. I was not paid for any of my labor or services.

8. From the time I started to work for the benefit of Warren Jeffs when I was 18, I received the necessities of life from either my parents or my spiritual husbands until I fled the FLDS in June of 2012.

9. Depending on whether I was being favored or punished, my accommodations sometimes provided a very poor standard of living similar to that experienced by other victims of labor trafficking and at other times a slightly higher standard more similar to that experienced by some sex trafficking victims. By 2007, for example, I was being corrected by Jeffs and kept in horrible living conditions.

10. The value of those necessities should be set off against the higher hourly rate (above

2

minimum wage) that I should have been paid from the time I was 18.

11. I estimate the value of the necessities I received while a plural wife at $300 a month over seventeen and a half years (210 months x $300) for a total of $63,000, which total amount may, in the Court's discretion, be deducted from my economic damages.

12. As I testified at trial, due to the stress I experienced in the FLDS, I became ill at a young age, sometimes septic, lost my hair, and developed Ankylosing Spondylitis ("AS") which is a terrible disease that will progressively rob me of my spine. At trial, I estimated my past medical bills to be more than $100,000.

13. Since trial, I have been told that a three-level cervical fusion is needed in the very near future as I am living in chronic pain and my left arm is already partially paralyzed because of my AS. This is only one of the surgeries I have already had that are attributable to the stress and injury I suffered under Jeffs and his refusal to allow me to obtain medical care.

14. I also have to take Enbrel for my AS at a cost of $7,000 per month. If I am able to live 10 more years, the cost of the Enbrel alone will be $840,000 ($7,000 x 10 years x 12 months). I can only estimate based on what I have learned about AS that my future medical bills will be well over $1,500,000.

15. Therefore, I claim economic damages in the total amount of at least $185,813 ($248,813 - $63,000) for lost wages and $2,440,000 ($100,000 + $840,000 + $1,500,000) for past and future medical expenses.

16. I believe that this total economic damages amount of $2,625,813 is underestimated and very conservative.

3

17. Based on the evidence received by the Court in relation to my general or non-economic damages, I ask for an award of general damages in the amount of $4,000,000.

18. Accordingly, I estimate that my total economic and non-economic damages are at least $6,625,813 ($2,625,813 + $4,000,000).

19. Finally, I request an award of punitive damages in the amount of three times my total economic and non-economic damages.

I declare under criminal penalty of perjury in the State of Utah that the foregoing is true and correct to the best of my knowledge and belief.

_____

Alicia Rohbock

17. Based on the evidence received by the Court in relation to my general or non-economic damages, I ask for an award of general damages in the amount of $4,000,000.

18. Accordingly, I estimate that my total economic and non-economic damages are at least $6,625,813 ($2,625,813 + $4,000,000).

19. Finally, I request an award of punitive damages in the amount of three times my total economic and non-economic damages.

I declare under criminal penalty of perjury in the State of Utah that the foregoing is true and correct to the best of my knowledge and belief.

_____
Alicia Rohbock