Roger H. Hoole  5089
**HOOLE & KING, L.C.**
Attorneys for Plaintiffs
4276 South Highland Drive
Salt Lake City, Utah  84124
Telephone: (801) 272-7556
Facsimile: (801) 272-7557
rogerh@hooleking.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALICIA ROHBOCK; RUBY JESSOP; SUSAN BROADBENT; GINA ROHBOCK; NOLAN BARLOW; JASON BLACK; MAY MUSSER; HOLLY BISTLINE; LAWRENCE BARLOW; STEVEN DOCKSTADER; MARVIN COOKE; HELEN BARLOW; VERGEL BARLOW; CAROLE JESSOP; BRIELL LIBERTAE DECKER f/k/a, LYNETTE WARNER; AMY NIELSON; SARAH ALLRED; THOMAS JEFFS; and JANETTA JESSOP,<br><br>           Plaintiff,<br><br>vs.<br><br>WARREN STEED JEFFS, et al.,<br><br>           Defendant. | **DAMAGES DECLARATION OF SUSAN BROADBENT**<br><br><br><br><br><br><br><br><br><br>Case 2:16-cv-00788-TS<br><br>Judge G. Ted Stewart |

   I, Susan Broadbent, under criminal penalty under the laws of the State of Utah, and pursuant to Utah Code Ann. § 78B-18a-106, declare as follows:

1. I am over twenty-one years of age.

2. I am a Plaintiff in the above-captioned matter.

3. I make these statements based on my own knowledge and belief.

4. As allowed by the Court, I submit this Damages Declaration to summarize and supplement my trial testimony on September 27, 2022.

5. Based on my fraud and TVPRA claims against Warren Jeffs and my trial testimony, I suffered damages as summarized in this Damages Declaration.

6. I was born on October 7, 1985 and placed in an illegal spiritual marriage on December 21, 2001, when I was 16.

7. As a child in the FLDS, I grew up working summers and after school in the community garden. When I was about 11, my mother was assigned to marry Frederick Mead Jessop, the then Bishop of Short Creek. My "Uncle Fred," as he was known in the community, put me to work in the Bishops Storehouse. I also occasionally worked preparing meals for large numbers of FLDS people. I did these jobs until I was illegally married. After my marriage, I was required to worked as an assistant teacher. I provided all of these services for the benefit of Jeffs. In trial Exhibit A, I estimated my lost income from these jobs at $24,668.50.

8. While growing up in the FLDS, I was taught by Jeffs that in addition to raising my own children for the Priesthood, one of my most important responsibilities as a plural wife would be to share in the care and raising of my husband's other children.

9. When I was placed in an arranged marriage at 16, I was required to provide the primary care for the youngest of my husband's 11 children. Suddenly, I was working the hours of a full-time parent. I did this as commanded and for the benefit of Jeffs and my Priesthood Head without being paid.

10. In addition to providing this labor, I was also assigned to help teach first grade as a teacher's assistant. Although I was not paid for my work, I enjoyed this job. However, I had been resisting Warren Jeffs' instructions to have a baby with my husband, so Jeffs punished me by making me work in the community garden. I was not paid for any of this work.

11. After my marriage, I was also directed to work at various times at the hardware store and the Hildale Clinic, traveling back and forth to Utah to work. I was paid for both jobs at minimum wage but was required to turn my paychecks over to my husband to pay the family's utilities and a required $1,000 per month for the Prophet. I had no choice about turning that money over to Jeffs. If I had said no, my rations would probably have been cut or I would have received some kind of punishment.

12. In all, apart from assisting at the school, I worked much more than 40 hours a week without pay. To conservatively estimate the labor and services I provided for the benefit of Jeffs without pay, I am only claiming lost wages at 40 hours a week for all of the work I did from the time of my unlawful marriage. I calculate that loss at $60,320. This estimated amount is based on my uncompensated work over a span of 208 weeks, working 40 hour weeks at the current minimum wage of $7.25 an hour.

13. While I was under Jeffs' control, Jeffs knowingly forced me and threatened me with force to obtain my labor and services. Jeffs also knowingly used physical restraint and the threat of physical restraint by being confined in various houses to repent to obtain my labor and services. Jeffs did this knowingly using his fraudulent scheme, plan and pattern to cause me to believe that if I did not provide labor and services for him, I would suffer serious harm and physical restraint.

14. Indeed, I was placed in repentance homes in Arizona and Nevada and confined in them as a punishment because of my rebellions to Jeffs. As a result, it is difficult to state the exact date I left. Leaving was a confusing and painful process that took place over a long period of time.

15. From the time I was married at 16, I had housing and some food provided by my husband and the FLDS Church, but as a minor I should have received the necessities of life, including basic housing, food and utilities until I was 18.

16. The value of the average standard of living that I experienced after turning 18 should be fully setoff against the higher wages that I should have been paid from October 7, 2003 until I left the home in Mesquite, Nevada especially considering that I am only claiming a rate of $7.25 an hour or less to calculate my forced donations.

17. I estimate the value of the necessities I received while a plural wife at $300 a month over four years ($300 x 48 months) for a total of $14,400, which total amount may, in the Court's discretion, be deducted from my economic damages.

18. As a result of the mental health and emotional injuries I suffered trying to be obedient to Jeffs and after being married at 16, my medical needs have been continuous. I was first hospitalized while in the FLDS because I was a suicide risk. Since leaving, I been hospitalized for

mental health treatment and have been an in-patient in a rehabilitation center for alcohol abuse. To date, I have also seen various mental health providers some 250 times. I estimate that the medical bills for my past hospitalizations, rehab, and mental health treatment are in excess of $65,000. That treatment will continue.

19. My economic damages after deductions for the necessities provided to me ($24,668 + $60,320 - $14,400 + $65,000), therefore, amount to $135,588.

20. In terms of general or non-economic damages, I testified at trial about what I went through from the time of my illegal spiritual marriage until I could finally escape and understand what had happened to me. I also addressed the PTSD that I continue to struggle with and will likely suffer with for the rest of my life. Based on that, I ask for general damages in the amount of $3,000,000.

21. Therefore, I estimate that my total economic and non-economic damages are at least ($135,588 + $3,000,000) $3,135,588.

22. Finally, I request an award of punitive damages in the amount of three times my total economic and non-economic damages.

I declare under criminal penalty of perjury in the State of Utah that the foregoing is true and correct to the best of my knowledge and belief.

*Susan Broadbent*
_____
Susan Broadbent