# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

Civil Action No. 2:16-cv-00788

ALICIA ROHBOCK; RUBY JESSOP; SUSAN BROADBENT; GINA ROHBOCK; NOLAN BARLOW; JASON BLACK; MAY MUSSER; HOLLY BISTLINE; LAWRENCE BARLOW; STEVEN DOCKSTADER; MARVIN COOKE; HELEN BARLOW; VERGEL BARLOW; CAROLE JESSOP; BRIELL LIBERTAE DECKER f/k/a, LYNETTE WARNER; AMY NIELSON; SARAH ALLRED; THOMAS JEFFS; and JANETTA JESSOP,

Plaintiffs,

v.

WARREN STEED JEFFS, et al.,

Defendants.

## JUDGMENT

This action came before the Honorable Ted Stewart on September 26 and 27, 2022 for a bench trial against Defendant Warren Jeffs. The Court having considered the evidence and having heard the testimony of the Plaintiffs on their Trafficking Victims Protection and Restoration Act and fraud claims entered its Finding of Fact and Conclusions of Law. The Court having found Defendant Jeffs liable to the Plaintiffs on all issues, has determined damages in favor of the individual Plaintiffs and against Defendant Jeffs as follows:

| Plaintiffs | Damages | Punitive Damages | Total Damages |
|---|---|---|---|
| Alicia Rohbock | $6,625,813 | X 3  $19,877,439 | 26,503,252 |
| Briell Decker | $5,015,357 | X 3  $15,046,071 | 20,061,428 |
| Thomas Jeffs | $2,533,102 | X 1  $2,533,102 | 5,066,204 |

| | | | | |
|---|---|---|---|---|
| Sarah Allred | $4,445,782 | X 3 | $13,337,346 | 17,783,128 |
| Holly Bistline | $2,033,600 | X 1 | $2,033,600 | 4,067,200 |
| Marvin Cooke | $7,196,400 | X 1 | $7,196,400 | 14,392,800 |
| Ruby Jessop | $3,054,170 | X 3 | $9,162,510 | 12,216,680 |
| May Musser | $1,072,851 | X 1 | $1,072,851 | 2,145,702 |
| Gina Rohbock | $3,222,680 | X 3 | $9,668,040 | 12,890,720 |
| Amy Nielson | $2,043,842 | X 1 | $2,043,842 | 4,087,684 |
| Carole Jessop | $1,056,116 | X 1 | $1,056,116 | 2,112,232 |
| Helen Barlow | $1,344,019 | X 1 | $1,344,019 | 2,688,038 |
| Vergel Barlow | $1,251,640 | X 1 | $1,251,640 | 2,503,280 |
| Susan Broadbent | $3,135,588 | X 3 | $9,406,764 | 12,542,352 |
| Janetta Jessop | $3,274,625 | X 3 | $9,823,875 | 13,098,500 |

IT IS HEREBY ORDERED THAT FINAL JUDGMENT IS ENTERED in favor of these individual Plaintiffs and against Defendant Jeffs in the individual amounts set forth above, totaling $152,159,200, together with taxable costs and interest pursuant to law.

DATED this 29th day of June, 2023.

BY THE COURT

_____
TED STEWART
United States District Judge